# Exhibit 1

 **United States Patent and Trademark Office**

Home | Site Index | Search | FAQ | Glossary | Guides | Contacts | eBusiness | eBiz alerts | News | Help

## Trademarks > Trademark Electronic Search System (TESS)

*TESS was last updated on Mon Mar 5 04:35:46 EST 2012*

| TESS HOME | NEW USER | STRUCTURED | FREE FORM | BROWSE DICT | SEARCH OG | BOTTOM | HELP |

Logout  Please logout when you are done to release system resources allocated for you.

# Record 1 out of 1

| TARR Status | ASSIGN Status | TDR | TTAB Status | *( Use the "Back" button of the Internet Browser to return to TESS)*



| | |
|---|---|
| **Word Mark** | DELTA AIR LINES |
| **Goods and Services** | IC 039. US 105. G & S: AIR TRANSPORTATION OF PASSENGERS, MAIL, AND EXPRESS. FIRST USE: 19340700. FIRST USE IN COMMERCE: 19340700 |
| **Mark Drawing Code** | (3) DESIGN PLUS WORDS, LETTERS, AND/OR NUMBERS |
| **Design Search Code** | 03.17.01 - Wings, birds'<br>24.03.25 - Badge, police; Badges; Police badge; Sheriff's badge; Ten Commandments<br>26.01.02 - Circles, plain single line; Plain single line circles<br>26.05.02 - Plain single line triangles; Triangles, plain single line<br>28.01.05 - Alpha (Greek letter); Greek characters; Omega (Greek letter) |
| **Serial Number** | 71529442 |
| **Filing Date** | July 25, 1947 |
| **Current Filing Basis** | 1A |
| **Original Filing Basis** | 1A |
| **Registration Number** | 0523611 |
| **Registration Date** | April 4, 1950 |
| **Owner** | (REGISTRANT) DELTA AIR LINES, INC. CORPORATION LOUISIANA MUNICIPAL AIRPORT ATLANTA GEORGIA |
| | (LAST LISTED OWNER) DELTA AIR LINES, INC. CORPORATION DELAWARE 1030 DELTA BLVD ATLANTA GEORGIA 303541989 |
| **Assignment Recorded** | ASSIGNMENT RECORDED |
| **Attorney of Record** | E. Alan Arnold |
| **Disclaimer** | THE WORDS "AIR LINES" ARE DISCLAIMED APART FROM THE MARK AS SHOWN. |
| **Type of Mark** | SERVICE MARK |
| **Register** | PRINCIPAL |
| **Affidavit Text** | SECTION 8(10-YR) 20100315. |
| **Renewal** | 4TH RENEWAL 20100315 |
| **Live/Dead Indicator** | LIVE |

| TESS HOME | NEW USER | STRUCTURED | FREE FORM | BROWSE DICT | SEARCH OG | TOP | HELP |



**United States Patent and Trademark Office**

Home | Site Index | Search | FAQ | Glossary | Guides | Contacts | eBusiness | eBiz alerts | News | Help

## Trademarks > Trademark Electronic Search System (TESS)

*TESS was last updated on Mon Mar 5 04:35:46 EST 2012*

| TESS HOME | NEW USER | STRUCTURED | FREE FORM | BROWSE DICT | SEARCH OG | BOTTOM | HELP |

Logout   Please logout when you are done to release system resources allocated for you.

# Record 1 out of 1

| TARR Status | ASSIGN Status | TDR | TTAB Status | *( Use the "Back" button of the Internet Browser to return to TESS)*

## Typed Drawing

| | |
|---|---|
| **Word Mark** | DELTA |
| **Goods and Services** | IC 039. US 105. G & S: AIR TRANSPORTATION OF PASSENGERS, MAIL, [ AND ] EXPRESS * , FREIGHT AND CARGO *. FIRST USE: 19450700. USED IN ANOTHER FORM IN JULY 1934 IN A SLIGHTLY DIFFERENT FORMAT. FIRST USE IN COMMERCE: 19450700 |
| **Mark Drawing Code** | (1) TYPED DRAWING |
| **Serial Number** | 72017621 |
| **Filing Date** | October 17, 1956 |
| **Current Filing Basis** | 1A |
| **Original Filing Basis** | 1A |
| **Change In Registration** | CHANGE IN REGISTRATION HAS OCCURRED |
| **Registration Number** | 0654915 |
| **International Registration Number** | 0924004 |
| **Registration Date** | November 19, 1957 |
| **Owner** | (REGISTRANT) DELTA AIR LINES, INC. CORPORATION LOUISIANA MUNICIPAL AIRPORT ATLANTA GEORGIA |
| | (LAST LISTED OWNER) DELTA AIR LINES, INC. CORPORATION DELAWARE 1030 DELTA BLVD ATLANTA GEORGIA 303541989 |
| **Assignment Recorded** | ASSIGNMENT RECORDED |
| **Attorney of Record** | J. Scott McClain |
| **Prior Registrations** | 0523611 |
| **Type of Mark** | SERVICE MARK |
| **Register** | PRINCIPAL |
| **Affidavit Text** | SECT 15. SECTION 8(10-YR) 20071106. |
| **Renewal** | 3RD RENEWAL 20071106 |
| **Live/Dead Indicator** | LIVE |

| TESS HOME | NEW USER | STRUCTURED | FREE FORM | BROWSE DICT | SEARCH OG | Top | HELP |

 **United States Patent and Trademark Office**

Home | Site Index | Search | FAQ | Glossary | Guides | Contacts | eBusiness | eBiz alerts | News | Help

## Trademarks > Trademark Electronic Search System (TESS)

*TESS was last updated on Mon Mar 5 04:35:46 EST 2012*

| TESS HOME | NEW USER | STRUCTURED | FREE FORM | BROWSE DICT | SEARCH OG | BOTTOM | HELP |

Logout  Please logout when you are done to release system resources allocated for you.

# Record 1 out of 1

| TARR Status | ASSIGN Status | TDR | TTAB Status |  *( Use the "Back" button of the Internet Browser to return to TESS)*

## Typed Drawing

| | |
|---|---|
| **Word Mark** | DELTAMATIC |
| **Goods and Services** | IC 039. US 105. G & S: ELECTRONICALLY TRANSMITTING, RECEIVING AND RECORDING DATA RELATING TO PASSENGER AND CARGO SPACE STATISTICS, INCLUDING THE AVAILABILITY OF SPACE ON FLIGHTS OF OTHER DOMESTIC AIRLINES, AS WELL AS ON APPLICANT'S FLIGHTS; THE RESERVATION OF SPACE ON APPLICANT'S FLIGHTS AND ON CONNECTING FLIGHTS OF OTHER CARRIERS; DATA CALCULATION AND COMMUNICATION BETWEEN REMOTE POINTS ON APPLICANT'S SYSTEM (INCLUDING POINTS SERVED BY APPLICANT IN OTHER COUNTRIES) AND BETWEEN APPLICANT AND OTHER DOMESTIC AIRLINES; ASSISTANCE TO PASSENGERS AND TRAVEL AGENCIES IN BOOKING TOURS, RESERVING HOTEL ACCOMMODATIONS, RESERVING RENTAL CARS, AND MAKING SPECIAL MEAL ARRANGEMENTS; AND LOCAL INTERCOMMUNICATIONS AND RELATED SERVICES. FIRST USE: 19640901. FIRST USE IN COMMERCE: 19640901 |
| **Mark Drawing Code** | (1) TYPED DRAWING |
| **Serial Number** | 72213768 |
| **Filing Date** | March 10, 1965 |
| **Current Filing Basis** | 1A |
| **Original Filing Basis** | 1A |
| **Registration Number** | **0802405** |
| **Registration Date** | January 18, 1966 |
| **Owner** | (REGISTRANT) DELTA AIR LINES, INC. CORPORATION LOUISIANA ATLANTA AIRPORT ATLANTA GEORGIA |
| | (LAST LISTED OWNER) DELTA AIR LINES, INC. CORPORATION DELAWARE 1030 DELTA BLVD ATLANTA GEORGIA 303541989 |
| **Assignment Recorded** | ASSIGNMENT RECORDED |
| **Attorney of Record** | J. SCOTT MCCLAIN |
| **Prior Registrations** | 0523611;0762448;AND OTHERS |
| **Type of Mark** | SERVICE MARK |
| **Register** | PRINCIPAL |
| **Affidavit Text** | SECT 15. SECTION 8(10-YR) 20050930. |
| **Renewal** | 1ST RENEWAL 20050930 |
| **Live/Dead Indicator** | LIVE |

| TESS HOME | NEW USER | STRUCTURED | FREE FORM | BROWSE DICT | SEARCH OG | TOP | HELP |

 **United States Patent and Trademark Office**

Home | Site Index | Search | FAQ | Glossary | Guides | Contacts | eBusiness | eBiz alerts | News | Help

## Trademarks > Trademark Electronic Search System (TESS)

*TESS was last updated on Mon Mar 5 04:35:46 EST 2012*

| TESS HOME | NEW USER | STRUCTURED | FREE FORM | BROWSE DICT | SEARCH OG | BOTTOM | HELP |

Logout   Please logout when you are done to release system resources allocated for you.

# Record 1 out of 1

| TARR Status | ASSIGN Status | TDR | TTAB Status | *( Use the "Back" button of the Internet Browser to return to TESS)*



| | |
|---|---|
| **Word Mark** | DELTA AIR LINES |
| **Goods and Services** | IC 039. US 105. G & S: AIR TRANSPORTATION OF PERSONS, PROPERTY, AND MAIL. FIRST USE: 19560101. FIRST USE IN COMMERCE: 19560101 |
| **Mark Drawing Code** | (3) DESIGN PLUS WORDS, LETTERS, AND/OR NUMBERS |
| **Design Search Code** | 03.17.01 - Wings, birds' <br> 26.03.17 - Concentric ovals; Concentric ovals and ovals within ovals; Ovals within ovals; Ovals, concentric <br> 26.03.21 - Ovals that are completely or partially shaded |
| **Serial Number** | 72410473 |
| **Filing Date** | December 17, 1971 |
| **Current Filing Basis** | 1A |
| **Original Filing Basis** | 1A |
| **Registration Number** | 0963228 |
| **Registration Date** | July 3, 1973 |
| **Owner** | (REGISTRANT) DELTA AIR LINES, INC. CORPORATION DELAWARE HARTFIELD ATLANTA INTERNATIONAL AIRPORT ATLANTA GEORGIA 303206001 <br><br> (LAST LISTED OWNER) DELTA AIR LINES, INC. CORPORATION DELAWARE 1030 DELTA BLVD ATLANTA GEORGIA 303541989 |
| **Assignment Recorded** | ASSIGNMENT RECORDED |
| **Attorney of Record** | J. SCOTT MCCLAIN |
| **Prior Registrations** | 0523611;0802405;AND OTHERS |
| **Disclaimer** | APPLICANT DISCLAIMS THE WORDS "AIR LINES" APART FROM THE MARK AS SHOWN. |
| **Type of Mark** | SERVICE MARK |
| **Register** | PRINCIPAL |
| **Affidavit Text** | SECT 8 (6-YR). SECTION 8(10-YR) 20040219. |
| **Renewal** | 2ND RENEWAL 20040219 |
| **Live/Dead Indicator** | LIVE |

| TESS HOME | NEW USER | STRUCTURED | FREE FORM | BROWSE DICT | SEARCH OG | TOP | HELP |

 **United States Patent and Trademark Office**

Home | Site Index | Search | FAQ | Glossary | Guides | Contacts | eBusiness | eBiz alerts | News | Help

## Trademarks > Trademark Electronic Search System (TESS)

*TESS was last updated on Mon Mar 5 04:35:46 EST 2012*

| TESS HOME | NEW USER | STRUCTURED | FREE FORM | BROWSE DICT | SEARCH OG | BOTTOM | HELP |

Logout  Please logout when you are done to release system resources allocated for you.

# Record 1 out of 1

| TARR Status | ASSIGN Status | TDR | TTAB Status |  *( Use the "Back" button of the Internet Browser to return to TESS)*

## Typed Drawing

| | |
|---|---|
| **Word Mark** | DELTA AIR LINES |
| **Goods and Services** | IC 039. US 105. G & S: AIR TRANSPORTATION OF PERSONS, PROPERTY, AND MAIL. FIRST USE: 19340700. USED IN ANOTHER FORM NOVEMBER 1928, AS TO "DELTA.". FIRST USE IN COMMERCE: 19340700 |
| **Mark Drawing Code** | (1) TYPED DRAWING |
| **Serial Number** | 72433473 |
| **Filing Date** | August 22, 1972 |
| **Current Filing Basis** | 1A |
| **Original Filing Basis** | 1A |
| **Registration Number** | 0970418 |
| **Registration Date** | October 9, 1973 |
| **Owner** | (REGISTRANT) DELTA AIR LINES, INC. CORPORATION DELAWARE HARTSFIELD ATLANTA INTERNATIONAL AIRPORT ATLANTA GEORGIA 303206001

(LAST LISTED OWNER) DELTA AIR LINES, INC. CORPORATION DELAWARE 1030 DELTA BLVD ATLANTA GEORGIA 303541989 |
| **Assignment Recorded** | ASSIGNMENT RECORDED |
| **Attorney of Record** | J. SCOTT MCCLAIN |
| **Prior Registrations** | 0523611;0940201;AND OTHERS |
| **Disclaimer** | APPLICANT DISCLAIMS THE WORDS "AIR LINES" APART FROM THE MARK AS SHOWN. |
| **Type of Mark** | SERVICE MARK |
| **Register** | PRINCIPAL |
| **Affidavit Text** | SECT 15. SECT 8 (6-YR). SECTION 8(10-YR) 20030829. |
| **Renewal** | 2ND RENEWAL 20030829 |
| **Live/Dead Indicator** | LIVE |

| TESS HOME | NEW USER | STRUCTURED | FREE FORM | BROWSE DICT | SEARCH OG | TOP | HELP |



**United States Patent and Trademark Office**

Home | Site Index | Search | FAQ | Glossary | Guides | Contacts | eBusiness | eBiz alerts | News | Help

## Trademarks > Trademark Electronic Search System (TESS)

*TESS was last updated on Mon Mar 5 04:35:46 EST 2012*

| TESS HOME | NEW USER | STRUCTURED | FREE FORM | BROWSE DICT | SEARCH OG | BOTTOM | HELP |

Logout  Please logout when you are done to release system resources allocated for you.

# Record 1 out of 1

| TARR Status | ASSIGN Status | TDR | TTAB Status | *( Use the "Back" button of the Internet Browser to return to TESS)*

### Typed Drawing

| | |
|---|---|
| **Word Mark** | DELTA CONNECTION |
| **Goods and Services** | IC 039. US 105. G & S: AIR TRANSPORTATION OF PERSONS, PROPERTY AND MAIL. FIRST USE: 19840426. FIRST USE IN COMMERCE: 19840426 |
| **Mark Drawing Code** | (1) TYPED DRAWING |
| **Serial Number** | 73566899 |
| **Filing Date** | November 4, 1985 |
| **Current Filing Basis** | 1A |
| **Original Filing Basis** | 1A |
| **Published for Opposition** | November 18, 1986 |
| **Change In Registration** | CHANGE IN REGISTRATION HAS OCCURRED |
| **Registration Number** | 1428763 |
| **Registration Date** | February 10, 1987 |
| **Owner** | (REGISTRANT) DELTA AIR LINES, INC. CORPORATION DELAWARE HARTSFIELD ATLANTA INTERNATIONAL AIRPORT ATLANTA GEORGIA 303206001 |
| | (LAST LISTED OWNER) DELTA AIR LINES, INC. CORPORATION DELAWARE 1030 DELTA BLVD ATLANTA GEORGIA 303541989 |
| **Assignment Recorded** | ASSIGNMENT RECORDED |
| **Attorney of Record** | J. SCOTT MCCLAIN |
| **Prior Registrations** | 0704103;0970418;AND OTHERS |
| **Disclaimer** | NO CLAIM IS MADE TO THE EXCLUSIVE RIGHT TO USE "CONNECTION" APART FROM THE MARK AS SHOWN |
| **Type of Mark** | SERVICE MARK |
| **Register** | PRINCIPAL |
| **Affidavit Text** | SECT 15. SECT 8 (6-YR). SECTION 8(10-YR) 20070329. |
| **Renewal** | 1ST RENEWAL 20070329 |
| **Live/Dead Indicator** | LIVE |

| TESS HOME | NEW USER | STRUCTURED | FREE FORM | BROWSE DICT | SEARCH OG | TOP | HELP |

 **United States Patent and Trademark Office**

Home | Site Index | Search | FAQ | Glossary | Guides | Contacts | eBusiness | eBiz alerts | News | Help

## Trademarks > Trademark Electronic Search System (TESS)

*TESS was last updated on Mon Mar 5 04:35:46 EST 2012*

| TESS HOME | NEW USER | STRUCTURED | FREE FORM | BROWSE DICT | SEARCH OG | BOTTOM | HELP |

Logout  Please logout when you are done to release system resources allocated for you.

# Record 1 out of 1

| TARR Status | ASSIGN Status | TDR | TTAB Status | *( Use the "Back" button of the Internet Browser to return to TESS)* |

## Typed Drawing

| | |
|---|---|
| **Word Mark** | DELTA SHUTTLE |
| **Goods and Services** | IC 039. US 105. G & S: air transportation of persons, property and mail. FIRST USE: 19910901. FIRST USE IN COMMERCE: 19910901 |
| **Mark Drawing Code** | (1) TYPED DRAWING |
| **Serial Number** | 74201827 |
| **Filing Date** | September 9, 1991 |
| **Current Filing Basis** | 1A |
| **Original Filing Basis** | 1A |
| **Published for Opposition** | May 5, 1992 |
| **Registration Number** | **1703774** |
| **Registration Date** | July 28, 1992 |
| **Owner** | (REGISTRANT) Delta Air Lines, Inc. CORPORATION DELAWARE Hartsfield Atlanta International Airport Atlanta GEORGIA 303206001 |
| | (LAST LISTED OWNER) DELTA AIR LINES, INC. CORPORATION DELAWARE 1030 DELTA BLVD ATLANTA GEORGIA 303541989 |
| **Assignment Recorded** | ASSIGNMENT RECORDED |
| **Attorney of Record** | J. SCOTT MCCLAIN |
| **Prior Registrations** | 0654915;0970418;AND OTHERS |
| **Disclaimer** | NO CLAIM IS MADE TO THE EXCLUSIVE RIGHT TO USE "SHUTTLE" APART FROM THE MARK AS SHOWN |
| **Type of Mark** | SERVICE MARK |
| **Register** | PRINCIPAL |
| **Affidavit Text** | SECT 15. SECT 8 (6-YR). SECTION 8(10-YR) 20021107. |
| **Renewal** | 1ST RENEWAL 20021107 |
| **Live/Dead Indicator** | LIVE |

| TESS HOME | NEW USER | STRUCTURED | FREE FORM | BROWSE DICT | SEARCH OG | TOP | HELP |



**United States Patent and Trademark Office**

Home | Site Index | Search | FAQ | Glossary | Guides | Contacts | eBusiness | eBiz alerts | News | Help

## Trademarks > Trademark Electronic Search System (TESS)

*TESS was last updated on Mon Mar 5 04:35:46 EST 2012*

| TESS HOME | NEW USER | STRUCTURED | FREE FORM | BROWSE DICT | SEARCH OG | BOTTOM | HELP |

Logout   Please logout when you are done to release system resources allocated for you.

# Record 1 out of 1

| TARR Status | ASSIGN Status | TDR | TTAB Status | *( Use the "Back" button of the Internet Browser to return to TESS)*

## Typed Drawing

| | |
|---|---|
| **Word Mark** | DELTA CENTER |
| **Goods and Services** | IC 041. US 101 102 107. G & S: providing arena facilities for exhibitions. FIRST USE: 19911016. FIRST USE IN COMMERCE: 19911016 |
| **Mark Drawing Code** | (1) TYPED DRAWING |
| **Serial Number** | 74249980 |
| **Filing Date** | February 21, 1992 |
| **Current Filing Basis** | 1A |
| **Original Filing Basis** | 1A |
| **Published for Opposition** | August 25, 1992 |
| **Registration Number** | 1733703 |
| **Registration Date** | November 17, 1992 |
| **Owner** | (REGISTRANT) Delta Air Lines, Inc. CORPORATION DELAWARE Hartsfield Atlanta International Airport Atlanta GEORGIA 303206001 |
| | (LAST LISTED OWNER) DELTA AIR LINES, INC. CORPORATION DELAWARE 1030 DELTA BLVD ATLANTA GEORGIA 303541989 |
| **Assignment Recorded** | ASSIGNMENT RECORDED |
| **Attorney of Record** | J. SCOTT MCCLAIN |
| **Prior Registrations** | 0970418;0984726;1443573;AND OTHERS |
| **Disclaimer** | NO CLAIM IS MADE TO THE EXCLUSIVE RIGHT TO USE "CENTER" APART FROM THE MARK AS SHOWN |
| **Type of Mark** | SERVICE MARK |
| **Register** | PRINCIPAL |
| **Affidavit Text** | SECT 15. SECT 8 (6-YR). SECTION 8(10-YR) 20030208. |
| **Renewal** | 1ST RENEWAL 20030208 |
| **Live/Dead Indicator** | LIVE |

| TESS HOME | NEW USER | STRUCTURED | FREE FORM | BROWSE DICT | SEARCH OG | TOP | HELP |

 **United States Patent and Trademark Office**

Home|Site Index|Search|FAQ|Glossary|Guides|Contacts|eBusiness|eBiz alerts|News|Help

# Trademarks > Trademark Electronic Search System (TESS)

*TESS was last updated on Mon Mar 5 04:35:46 EST 2012*

| TESS HOME | NEW USER | STRUCTURED | FREE FORM | BROWSE DICT | SEARCH OG | BOTTOM | HELP |

Logout   Please logout when you are done to release system resources allocated for you.

# Record 1 out of 1

| TARR Status | ASSIGN Status | TDR | TTAB Status |   *( Use the "Back" button of the Internet Browser to return to TESS)*

▲ **DELTA CENTER**

| | |
|---|---|
| **Word Mark** | DELTA CENTER |
| **Goods and Services** | IC 041. US 101 102 107. G & S: providing facilities for exhibitions. FIRST USE: 19911016. FIRST USE IN COMMERCE: 19911016 |
| **Mark Drawing Code** | (3) DESIGN PLUS WORDS, LETTERS, AND/OR NUMBERS |
| **Design Search Code** | 26.05.21 - Triangles that are completely or partially shaded<br>26.17.12 - Angles (geometric); Chevrons |
| **Serial Number** | 74249981 |
| **Filing Date** | February 21, 1992 |
| **Current Filing Basis** | 1A |
| **Original Filing Basis** | 1A |
| **Published for Opposition** | September 22, 1992 |
| **Registration Number** | 1740294 |
| **Registration Date** | December 15, 1992 |
| **Owner** | (REGISTRANT) Delta Air Lines, Inc. CORPORATION DELAWARE Hartsfield Atlanta International Airport Atlanta GEORGIA 303206001 |
| | (LAST LISTED OWNER) DELTA AIR LINES, INC. CORPORATION DELAWARE 1030 DELTA BLVD ATLANTA GEORGIA 303541989 |
| **Assignment Recorded** | ASSIGNMENT RECORDED |
| **Attorney of Record** | KENNETH A KLATT |
| **Disclaimer** | NO CLAIM IS MADE TO THE EXCLUSIVE RIGHT TO USE "CENTER" APART FROM THE MARK AS SHOWN |
| **Type of Mark** | SERVICE MARK |
| **Register** | PRINCIPAL |
| **Affidavit Text** | SECT 15. SECT 8 (6-YR). SECTION 8(10-YR) 20030308. |
| **Renewal** | 1ST RENEWAL 20030308 |
| **Live/Dead Indicator** | LIVE |

| TESS HOME | NEW USER | STRUCTURED | FREE FORM | BROWSE DICT | SEARCH OG | TOP | HELP |

 URL

**United States Patent and Trademark Office**

Home | Site Index | Search | FAQ | Glossary | Guides | Contacts | eBusiness | eBiz alerts | News | Help

# Trademarks > Trademark Electronic Search System (TESS)

*TESS was last updated on Mon Mar 5 04:35:46 EST 2012*

| TESS HOME | NEW USER | STRUCTURED | FREE FORM | BROWSE DICT | SEARCH OG | BOTTOM | HELP |

Logout  Please logout when you are done to release system resources allocated for you.

# Record 1 out of 1

| TARR Status | ASSIGN Status | TDR | TTAB Status |

*( Use the "Back" button of the Internet Browser to return to TESS)*



| | |
|---|---|
| **Word Mark** | DELTA |
| **Goods and Services** | IC 039. US 100 105. G & S: passenger air transportation services. FIRST USE: 19600400. FIRST USE IN COMMERCE: 19600400 |
| **Mark Drawing Code** | (3) DESIGN PLUS WORDS, LETTERS, AND/OR NUMBERS |
| **Design Search Code** | 18.09.01 - Airplanes; Gliders, airplane |
| **Serial Number** | 75064766 |
| **Filing Date** | February 28, 1996 |
| **Current Filing Basis** | 1A |
| **Original Filing Basis** | 1A |
| **Published for Opposition** | February 11, 1997 |
| **Registration Number** | **2058985** |
| **Registration Date** | May 6, 1997 |
| **Owner** | (REGISTRANT) Delta Air Lines, Inc. CORPORATION DELAWARE Hartsfield Atlanta International Airport Atlanta GEORGIA 303206001 |
| | (LAST LISTED OWNER) DELTA AIR LINES, INC. CORPORATION DELAWARE 1030 DELTA BLVD ATLANTA GEORGIA 303541989 |
| **Assignment Recorded** | ASSIGNMENT RECORDED |
| **Attorney of Record** | Kenneth A. Klatt |
| **Prior Registrations** | 0970418;1428763;1703774;AND OTHERS |
| **Description of Mark** | The mark consists of the markings on the aircraft and the wording "DELTA". The dotted lines are not part of the mark and serve only to show the position of the mark upon the aircraft. |
| **Type of Mark** | SERVICE MARK |
| **Register** | PRINCIPAL |
| **Affidavit Text** | SECT 8 (6-YR). |
| **Live/Dead Indicator** | LIVE |

| TESS HOME | NEW USER | STRUCTURED | FREE FORM | BROWSE DICT | SEARCH OG | TOP | HELP |

 **United States Patent and Trademark Office**

Home | Site Index | Search | FAQ | Glossary | Guides | Contacts | eBusiness | eBiz alerts | News | Help

## Trademarks > Trademark Electronic Search System (TESS)

*TESS was last updated on Mon Mar 5 04:35:46 EST 2012*

`TESS HOME` `NEW USER` `STRUCTURED` `FREE FORM` `BROWSE DICT` `SEARCH OG` `BOTTOM` `HELP`

`Logout`   Please logout when you are done to release system resources allocated for you.

# Record 1 out of 1

`TARR Status` `ASSIGN Status` `TDR` `TTAB Status` *( Use the "Back" button of the Internet Browser to return to TESS)*

## Typed Drawing

| | |
|---|---|
| **Word Mark** | DELTA VACATIONS |
| **Goods and Services** | IC 039. US 100 105. G & S: Passenger air transportation services; Packaged vacation booking services. FIRST USE: 19970827. FIRST USE IN COMMERCE: 19970827 |
| **Mark Drawing Code** | (1) TYPED DRAWING |
| **Serial Number** | 75698744 |
| **Filing Date** | May 5, 1999 |
| **Current Filing Basis** | 1A |
| **Original Filing Basis** | 1A |
| **Published for Opposition** | September 5, 2000 |
| **Registration Number** | 2408003 |
| **Registration Date** | November 28, 2000 |
| **Owner** | (REGISTRANT) Delta Air Lines, Inc. CORPORATION DELAWARE Hartsfield Atlanta International Airport Atlanta GEORGIA 303206001 |
| | (LAST LISTED OWNER) DELTA AIR LINES, INC. CORPORATION DELAWARE 1030 DELTA BLVD Dept. 982 ATLANTA GEORGIA 303541989 |
| **Assignment Recorded** | ASSIGNMENT RECORDED |
| **Attorney of Record** | E. Alan Arnold |
| **Prior Registrations** | 0970418;1703774;AND OTHERS |
| **Disclaimer** | NO CLAIM IS MADE TO THE EXCLUSIVE RIGHT TO USE "VACATIONS" APART FROM THE MARK AS SHOWN |
| **Type of Mark** | SERVICE MARK |
| **Register** | PRINCIPAL |
| **Affidavit Text** | SECT 15. SECT 8 (6-YR). SECTION 8(10-YR) 20091203. |
| **Renewal** | 1ST RENEWAL 20091203 |
| **Live/Dead Indicator** | LIVE |

`TESS HOME` `NEW USER` `STRUCTURED` `FREE FORM` `BROWSE DICT` `SEARCH OG` `Top` `HELP`

---

| .HOME | SITE INDEX | SEARCH | eBUSINESS | HELP | PRIVACY POLICY

 **United States Patent and Trademark Office**

Home | Site Index | Search | FAQ | Glossary | Guides | Contacts | eBusiness | eBiz alerts | News | Help

## Trademarks > Trademark Electronic Search System (TESS)

*TESS was last updated on Mon Mar 5 04:35:46 EST 2012*

| TESS HOME | NEW USER | STRUCTURED | FREE FORM | BROWSE DICT | SEARCH OG | BOTTOM | HELP |

Logout | Please logout when you are done to release system resources allocated for you.

# Record 1 out of 1

| TARR Status | ASSIGN Status | TDR | TTAB Status | *( Use the "Back" button of the Internet Browser to return to TESS)*

## Typed Drawing

| | |
|---|---|
| **Word Mark** | DELTA AIRELITE |
| **Goods and Services** | IC 039. US 100 105. G & S: Air Transportation. FIRST USE: 20011015. FIRST USE IN COMMERCE: 20011015 |
| **Mark Drawing Code** | (1) TYPED DRAWING |
| **Serial Number** | 76316100 |
| **Filing Date** | September 21, 2001 |
| **Current Filing Basis** | 1A |
| **Original Filing Basis** | 1B |
| **Published for Opposition** | September 24, 2002 |
| **Registration Number** | 2662451 |
| **Registration Date** | December 17, 2002 |
| **Owner** | (REGISTRANT) Delta Corporate Identity, Inc. CORPORATION DELAWARE 1030 Delta Boulevard Atlanta GEORGIA 303202574 |
| | (LAST LISTED OWNER) DELTA AIR LINES, INC. CORPORATION DELAWARE 1030 DELTA BLVD ATLANTA GEORGIA 303541989 |
| **Assignment Recorded** | ASSIGNMENT RECORDED |
| **Attorney of Record** | J.Scott McClain |
| **Prior Registrations** | 0654915;0970418;1703774;AND OTHERS |
| **Type of Mark** | SERVICE MARK |
| **Register** | PRINCIPAL |
| **Affidavit Text** | SECT 15. SECT 8 (6-YR). |
| **Live/Dead Indicator** | LIVE |

| TESS HOME | NEW USER | STRUCTURED | FREE FORM | BROWSE DICT | SEARCH OG | TOP | HELP |

URL

 **United States Patent and Trademark Office**

Home | Site Index | Search | FAQ | Glossary | Guides | Contacts | eBusiness | eBiz alerts | News | Help

# Trademarks > Trademark Electronic Search System (TESS)

*TESS was last updated on Mon Mar 5 04:35:46 EST 2012*

| TESS HOME | NEW USER | STRUCTURED | FREE FORM | BROWSE DICT | SEARCH OG | BOTTOM | HELP |

Logout | Please logout when you are done to release system resources allocated for you.

# Record 1 out of 1

| TARR Status | ASSIGN Status | TDR | TTAB Status | *( Use the "Back" button of the Internet Browser to return to TESS)* |

## Typed Drawing

| | |
|---|---|
| **Word Mark** | DELTA CONNECTION |
| **Goods and Services** | IC 041. US 100 101 107. G & S: aircraft flight instruction and training; educational services in the nature of courses at the university level offering associate and bachelors degrees in aviation science. FIRST USE: 20030312. FIRST USE IN COMMERCE: 20030312 |
| **Mark Drawing Code** | (1) TYPED DRAWING |
| **Serial Number** | 78313739 |
| **Filing Date** | October 15, 2003 |
| **Current Filing Basis** | 1A |
| **Original Filing Basis** | 1A |
| **Published for Opposition** | May 10, 2005 |
| **Registration Number** | **2980826** |
| **Registration Date** | August 2, 2005 |
| **Owner** | (REGISTRANT) Delta Corporate Identity, Inc. CORPORATION DELAWARE Dept. 981 1030 Delta Boulevard Atlanta GEORGIA 303202574 |
| | (LAST LISTED OWNER) DELTA AIR LINES, INC. CORPORATION DELAWARE 1030 DELTA BLVD ATLANTA GEORGIA 303541989 |
| **Assignment Recorded** | ASSIGNMENT RECORDED |
| **Prior Registrations** | 1428763 |
| **Type of Mark** | SERVICE MARK |
| **Register** | PRINCIPAL |
| **Affidavit Text** | SECT 15. SECT 8 (6-YR). |
| **Live/Dead Indicator** | LIVE |

| TESS HOME | NEW USER | STRUCTURED | FREE FORM | BROWSE DICT | SEARCH OG | TOP | HELP |

 **United States Patent and Trademark Office**

Home | Site Index | Search | FAQ | Glossary | Guides | Contacts | eBusiness | eBiz alerts | News | Help

## Trademarks > Trademark Electronic Search System (TESS)

*TESS was last updated on Mon Mar 5 04:35:46 EST 2012*

| TESS HOME | NEW USER | STRUCTURED | FREE FORM | BROWSE DICT | SEARCH OG | BOTTOM | HELP |

Logout   Please logout when you are done to release system resources allocated for you.

# Record 1 out of 1

| TARR Status | ASSIGN Status | TDR | TTAB Status | *( Use the "Back" button of the Internet Browser to return to TESS)*

▲ **DELTA**

# SKY CLUB

| | |
|---|---|
| **Word Mark** | DELTA SKY CLUB |
| **Goods and Services** | IC 039. US 100 105. G & S: Air transportation services featuring transit lounge facilities for passenger relaxation. FIRST USE: 20090415. FIRST USE IN COMMERCE: 20090415 |
| **Mark Drawing Code** | (3) DESIGN PLUS WORDS, LETTERS, AND/OR NUMBERS |
| **Design Search Code** | 26.05.21 - Triangles that are completely or partially shaded<br>26.05.28 - Miscellaneous designs with overall triangular shape; Triangular shape (miscellaneous overall shape) |
| **Trademark Search Facility Classification Code** | SHAPES-CHEVRONS Designs with a general shape of a chevron or V character<br>SHAPES-COLORS-2 Design listing or lined for two colors<br>SHAPES-MISC Miscellaneous shaped designs<br>SHAPES-TRIANGLES Triangular shaped designs and marks including incomplete triangles |
| **Serial Number** | 77684419 |
| **Filing Date** | March 5, 2009 |
| **Current Filing Basis** | 1A |
| **Original Filing Basis** | 1B |
| **Published for Opposition** | February 2, 2010 |
| **Registration Number** | 3890727 |
| **Registration Date** | December 14, 2010 |
| **Owner** | (REGISTRANT) Delta Air Lines, Inc. CORPORATION DELAWARE 1030 Delta Boulevard Atlanta GEORGIA 30320 |
| **Assignment Recorded** | ASSIGNMENT RECORDED |
| **Attorney of Record** | Frederick W. Meyers |
| **Prior Registrations** | 0654915;0970418;2058985;AND OTHERS |
| **Disclaimer** | NO CLAIM IS MADE TO THE EXCLUSIVE RIGHT TO USE "CLUB" APART FROM THE MARK AS SHOWN |
| **Description of Mark** | The color(s) red and blue is/are claimed as a feature of the mark. The mark consists of a triangular design element in the color red to the left of the wording "DELTA SKY CLUB" in the color blue. |
| **Type of Mark** | SERVICE MARK |
| **Register** | PRINCIPAL |
| **Live/Dead Indicator** | LIVE |

| TESS HOME | NEW USER | STRUCTURED | FREE FORM | BROWSE DICT | SEARCH OG | Top | HELP |

 **United States Patent and Trademark Office**

Home | Site Index | Search | FAQ | Glossary | Guides | Contacts | eBusiness | eBiz alerts | News | Help

## Trademarks > Trademark Electronic Search System (TESS)

*TESS was last updated on Mon Mar 5 04:35:46 EST 2012*

| TESS HOME | NEW USER | STRUCTURED | FREE FORM | BROWSE DICT | SEARCH OG | BOTTOM | HELP |

Logout   Please logout when you are done to release system resources allocated for you.

# Record 1 out of 1

| TARR Status | ASSIGN Status | TDR | TTAB Status |   *( Use the "Back" button of the Internet Browser to return to TESS)*

# DELTA ASSIST

| | |
|---|---|
| **Word Mark** | DELTA ASSIST |
| **Goods and Services** | IC 038. US 100 101 104. G & S: Providing a customer service forum online or via social media. FIRST USE: 20100510. FIRST USE IN COMMERCE: 20100510 |
| **Standard Characters Claimed** | |
| **Mark Drawing Code** | (4) STANDARD CHARACTER MARK |
| **Serial Number** | 85204216 |
| **Filing Date** | December 22, 2010 |
| **Current Filing Basis** | 1A |
| **Original Filing Basis** | 1B |
| **Published for Opposition** | April 26, 2011 |
| **Registration Number** | **3994004** |
| **Registration Date** | July 12, 2011 |
| **Owner** | (REGISTRANT) DELTA AIR LINES, INC. CORPORATION DELAWARE 1030 Delta Boulevard Atlanta GEORGIA 30320 |
| **Attorney of Record** | Frederick W. Meyers |
| **Disclaimer** | NO CLAIM IS MADE TO THE EXCLUSIVE RIGHT TO USE "ASSIST" APART FROM THE MARK AS SHOWN |
| **Type of Mark** | SERVICE MARK |
| **Register** | PRINCIPAL |
| **Live/Dead Indicator** | LIVE |

| TESS HOME | NEW USER | STRUCTURED | FREE FORM | BROWSE DICT | SEARCH OG | TOP | HELP |

# Exhibit 2



| ◼◼ ◼✚◼ | Canadian Intellectual Property Office | Office de la propriété intellectuelle du Canada | |
|---|---|---|---|
| | An Agency of Industry Canada | Un organisme d'Industrie Canada | Canadä |

## Canadian Intellectual Property Office

# Canadian Trade-marks Database

## CANADIAN TRADE-MARK DATA

⇨ Search Page

*** Note Data on trade-marks is shown in the official language in which it was submitted.

The database was last updated on: 2012-02-28

**APPLICATION NUMBER:**          **REGISTRATION NUMBER:**
0394181                                           TMA222350
**STATUS:**                                                     REGISTERED
**FILED:**                                                       1976-02-04
**REGISTERED:**                                          1977-08-12

**REGISTRANT:**
DELTA AIR LINES, INC.
ATTN: MS. PATRICIA W. LAMAR
DEPT. 971,
HARTSFIELD ATLANTA INTERNATIONAL AIRPORT
ATLANTA, GEORGIA 30320
UNITED STATES OF AMERICA

      REPRESENTATIVE FOR SERVICE:
      ALAN G. WARNOCK,
      (WARNOCK & COMPANY),
      BOX 5104,
      204, 304 MAIN STREET SQUARE,
      AIRDRIE,
      ALBERTA T4B 2B2

**CURRENT OWNER:**
Delta Air Lines, Inc.
(a Delaware corporation)
1030 Delta Boulevard
Atlanta, Georgia
UNITED STATES OF AMERICA

      REPRESENTATIVE FOR SERVICE:
      RIDOUT & MAYBEE LLP
      4TH FLOOR
      100 MURRAY STREET
      OTTAWA
      ONTARIO K1N 0A1

**INTERESTED PARTIES:**
      OLD OWNER
      Delta Corporate Identity, Inc.
      (a Delaware corporation)
      1030 Delta Blvd.,
      Atlanta, Georgia,
      UNITED STATES OF AMERICA

**TRADE-MARK:**

URL

# DELTA AIR LINES

**DISCLAIMER TEXT:**
The right to the exclusive use of the word AIR LINES is disclaimed apart from the trade-mark.

**INDEX HEADINGS:**
DELTA AIR LINES

**SERVICES:**
(1) Air transportation of persons, property and mail.

**CLAIMS:**
Used in CANADA since at least as early as July 1934.

**ASSOCIATED MARKS:**
TMA226,289 TMA588,915 TMA626,928 1,509,397

### Action Information

| ACTION | DATE | BF | COMMENTS |
|---|---|---|---|
| Filed | 1976-02-04 | | |
| Registered | 1977-08-12 | | |
| Renewed | 1992-08-12 | | |
| Rep for Service Changed | 2001-06-29 | | From: 2971 To: 9681 / Voir Preuve au dossier/See evidence on File No. 319658 |
| Agent Changed | 2001-06-29 | | From: To: 9681 / Voir Preuve au dossier/See evidence on File No. 319658 |
| Change in Title Registered | 2001-06-29 | | Assignment / Voir Preuve au dossier/See evidence on File No. 319658 |
| Rep for Service Changed | 2007-05-28 | | From: 9681 To: 10425 / Voir Preuve au dossier/See evidence on File No. 394181 |
| Amendment to Registration | 2007-07-09 | | Merger and address / Voir Preuve au dossier/See evidence on File No. 319658 |
| Renewed | 2007-08-12 | | DP:2007/04/26 RD:2007/04/26 RR:(10425) RIDOUT & MAYBEE LLP |

**FOOTNOTES:**
*OWNER ADDRESS CHANGE/CHANGEMENT D'ADRESSE DU PROPRIÉTAIRE:*
DATE REGISTERED/DATE DE L'ENREGISTREMENT: 02 oct/Oct 1992

*CHANGE IN TITLE/CHANGEMENT EN TITRE:*
TYPE OF CHANGE/GENRE DE CHANGEMENT: Assignment/Cession
DATE REGISTERED/DATE DE L'ENREGISTREMENT: 29 juin/Jun 2001
DATE OF CHANGE/DATE DE CHANGEMENT: 30 avr/Apr 2001
COMMENTS/COMMENTAIRES: FROM: DELTA AIR LINES, INC.
(a Delaware corporation)
TO: Delta Corporate Identity, Inc.
(a Delaware corporation)
Voir Preuve au dossier/See evidence on File No. 319658

*Merger and address/Fusionnement et adresse*
DATE REGISTERED/DATE DE L'ENREGISTREMENT: 09 juil/Jul 2007
DATE OF CHANGE/DATE DE CHANGEMENT: 30 avr/Apr 2007
COMMENTS/COMMENTAIRES: FROM: Delta Corporate Identity, Inc.
(a Delaware corporation)
TO: Delta Air Lines, Inc.
(a Delaware corporation)
Voir Preuve au dossier/See evidence on File No. 319658

| Back to search | Back |

Last updated: 2012-01-09

| | |
|---|---|
| **Canadian Intellectual Property Office** | **Office de la propriété intellectuelle du Canada** |
| An Agency of Industry Canada | Un organisme d'Industrie Canada |

Canadä

## Canadian Intellectual Property Office

# Canadian Trade-marks Database

## CANADIAN TRADE-MARK DATA

⇨ Search Page

*** Note Data on trade-marks is shown in the official language in which it was submitted.

The database was last updated on: 2012-02-28

**APPLICATION NUMBER:**
0405964

**STATUS:**

**FILED:**

**REGISTERED:**

**REGISTRATION NUMBER:**
TMA226289

REGISTERED

1977-01-10

1978-02-24

**REGISTRANT:**
DELTA AIR LINES, INC.
ATTN: MS. PATRIACIA W. LAMAR
DEPT. 971,
HARTSFIELD ATLANTA INTERNATIONAL AIRPORT
ATLANTA, GEORGIA 30320
UNITED STATES OF AMERICA

        REPRESENTATIVE FOR SERVICE:
        NORTON ROSE CANADA
        LLP/S.E.N.C.R.L.,S.R.L.
        1, Place Ville Marie
        Suite 2500
        Montreal
        QUEBEC H3B 1R1

**CURRENT OWNER:**
Delta Air Lines, Inc.
(a Delaware corporation)
1030 Delta Boulevard
Atlanta, Georgia
UNITED STATES OF AMERICA

        REPRESENTATIVE FOR SERVICE:
        SMART & BIGGAR
        438 UNIVERSITY AVENUE
        SUITE 1500, BOX 111
        TORONTO
        ONTARIO M5G 2K8

**INTERESTED PARTIES:**
        OLD OWNER
        Delta Corporate Identity, Inc.
        (a Delaware corporation)
        1030 Delta Blvd.,
        Atlanta, Georgia,
        UNITED STATES OF AMERICA

## TRADE-MARK:

# DELTA

## INDEX HEADINGS:
DELTA

## SERVICES:
(1) Air transportation of persons, property and mail.

## CLAIMS:
Used in CANADA since at least as early as February 1929.

## ASSOCIATED MARKS:
TMA222,350 TMA588,915 TMA626,928 1,509,397

### Action Information

| ACTION | DATE | BF | COMMENTS |
|---|---|---|---|
| Filed | 1977-01-10 | | |
| Registered | 1978-02-24 | | |
| Renewed | 1993-02-24 | | |
| Rep for Service Changed | 2001-06-29 | | From: 5153 To: 9681 / Voir Preuve au dossier/See evidence on File No. 319658 |
| Change in Title Registered | 2001-06-29 | | Assignment / Voir Preuve au dossier/See evidence on File No. 319658 |
| Agent Changed | 2001-06-29 | | From: To: 9681 / Voir Preuve au dossier/See evidence on File No. 319658 |
| Amendment to Registration | 2007-07-09 | | Merger and address / Voir Preuve au dossier/See evidence on File No. 319658 |
| Renewed | 2008-02-24 | | DP:2007/12/24 RD:2007/12/20 RR:(9681) SMART & BIGGAR |

## FOOTNOTES:
***OWNER ADDRESS CHANGE/CHANGEMENT D'ADRESSE DU PROPRIÉTAIRE:***
DATE REGISTERED/DATE DE L'ENREGISTREMENT: 02 oct/Oct 1992

***CHANGE IN TITLE/CHANGEMENT EN TITRE:***
TYPE OF CHANGE/GENRE DE CHANGEMENT: Assignment/Cession
DATE REGISTERED/DATE DE L'ENREGISTREMENT: 29 juin/Jun 2001
DATE OF CHANGE/DATE DE CHANGEMENT: 30 avr/Apr 2001
COMMENTS/COMMENTAIRES: FROM: DELTA AIR LINES, INC.
TO: Delta Corporate Identity, Inc.
(a Delaware corporation)
Voir Preuve au dossier/See evidence on File No. 319658

***Merger and address/Fusionnement et adresse***
DATE REGISTERED/DATE DE L'ENREGISTREMENT: 09 juil/Jul 2007
DATE OF CHANGE/DATE DE CHANGEMENT: 30 avr/Apr 2007
COMMENTS/COMMENTAIRES: FROM: Delta Corporate Identity, Inc.
(a Delaware corporation)
TO: Delta Air Lines, Inc.
(a Delaware corporation)
Voir Preuve au dossier/See evidence on File No. 319658

Back to search    Back

Last updated: 2012-01-09

 **Canadian Intellectual Property Office** / Office de la propriété intellectuelle du Canada — An Agency of Industry Canada / Un organisme d'Industrie Canada

 Canadä

## Canadian Intellectual Property Office

# Canadian Trade-marks Database

## CANADIAN TRADE-MARK DATA

⇨  Search Page

\*\*\* Note Data on trade-marks is shown in the official language in which it was submitted.

The database was last updated on: 2012-02-28

| **APPLICATION NUMBER:** | **REGISTRATION NUMBER:** |
| --- | --- |
| 1109198 | TMA588915 |
| **STATUS:** | REGISTERED |
| **FILED:** | 2001-07-11 |
| **FORMALIZED:** | 2001-08-07 |
| **ADVERTISED:** | 2003-04-23 |
| **REGISTERED:** | 2003-09-04 |

**REGISTRANT:**
DELTA CORPORATE IDENTITY, INC.
1030 Delta Boulevard,
Atlanta, Georgia,
UNITED STATES OF AMERICA

REPRESENTATIVE FOR SERVICE:
SMART & BIGGAR
438 UNIVERSITY AVENUE
SUITE 1500, BOX 111
TORONTO
ONTARIO M5G 2K8

**CURRENT OWNER:**
Delta Air Lines, Inc.
(a Delaware corporation)
1030 Delta Boulevard
Atlanta, Georgia
UNITED STATES OF AMERICA

REPRESENTATIVE FOR SERVICE:
SMART & BIGGAR
438 UNIVERSITY AVENUE
SUITE 1500, BOX 111
TORONTO
ONTARIO M5G 2K8

**TRADE-MARK:**
# DELTA CONNECTION

**DISCLAIMER TEXT:**
The right to the exclusive use of the word CONNECTION is disclaimed apart from the trade-mark.

**INDEX HEADINGS:**
DELTA CONNECTION

**SERVICES:**
(1) Transportation services, namely, transportation of passengers, property and cargo by air; storage services, namely, air cargo storage and handling services; travel services, namely, arranging tours, cruises and other travel packages, travel agency and booking services, namely making reservations and bookings for transportation and providing online facilities for purchase of travel services.

**CLAIMS:**
Used in CANADA since at least as early as November 01, 1984.

**ASSOCIATED MARKS:**
TMA222,350 TMA226,289 TMA626,928 1,509,397

**Action Information**

| ACTION | DATE | BF | COMMENTS |
|---|---|---|---|
| Filed | 2001-07-11 | | |
| Created | 2001-07-17 | | |
| Formalized | 2001-08-07 | | |
| Clerical Correction | 2001-11-19 | | Amended TM per correspondence dated 2001/09/06. |
| Search Recorded | 2002-09-30 | | |
| Examiner's First Report | 2002-09-30 | 2003-01-30 | |
| Approved | 2003-02-28 | | |
| Extracted for Advertisement | 2003-04-10 | | Vol.50 Issue 2530 2003/04/23 |
| Advertised | 2003-04-23 | | Vol.50 Issue 2530 |
| Allowed | 2003-07-11 | | |
| Allowance Notice Sent | 2003-07-11 | 2004-01-11 | |
| Registered | 2003-09-04 | | |
| Amendment to Registration | 2007-07-09 | | Merger and address / Voir Preuve au dossier/See evidence on File No. 319658 |

**FOOTNOTES:**
*Merger and address/Fusionnement et adresse*
DATE REGISTERED/DATE DE L'ENREGISTREMENT: 09 juil/Jul 2007
DATE OF CHANGE/DATE DE CHANGEMENT: 30 avr/Apr 2007
COMMENTS/COMMENTAIRES: FROM: DELTA CORPORATE IDENTITY, INC.
TO: Delta Air Lines, Inc.
(a Delaware corporation)
Voir Preuve au dossier/See evidence on File No. 319658

[ Back to search ]  [ Back ]

Last updated:  2012-01-09

URL

Canadian Intellectual
Property Office

Office de la propriété
intellectuelle du Canada

Canadä

An Agency of
Industry Canada

Un organisme
d'Industrie Canada

## Canadian Intellectual Property Office

## Canadian Trade-marks Database

## CANADIAN TRADE-MARK DATA

➡ Search Page

\*\*\* Note Data on trade-marks is shown in the official language in which it was submitted.

The database was last updated on: 2012-02-28

| **APPLICATION NUMBER:** | **REGISTRATION NUMBER:** |
|---|---|
| 1185792 | TMA626928 |
| **STATUS:** | REGISTERED |
| **FILED:** | 2003-07-24 |
| **FORMALIZED:** | 2003-08-27 |
| **ADVERTISED:** | 2004-08-04 |
| **REGISTERED:** | 2004-11-29 |

**REGISTRANT:**
DELTA CORPORATE IDENTITY, INC.
1030 Delta Boulevard
Atlanta, Georgia
UNITED STATES OF AMERICA

REPRESENTATIVE FOR SERVICE:
SMART & BIGGAR
438 UNIVERSITY AVENUE
SUITE 1500, BOX 111
TORONTO
ONTARIO M5G 2K8

**CURRENT OWNER:**
Delta Air Lines, Inc.
(a Delaware corporation)
1030 Delta Boulevard
Atlanta, Georgia
UNITED STATES OF AMERICA

REPRESENTATIVE FOR SERVICE:
SMART & BIGGAR
438 UNIVERSITY AVENUE
SUITE 1500, BOX 111
TORONTO
ONTARIO M5G 2K8

**TRADE-MARK:**

# DELTA AIRELITE

**INDEX HEADINGS:**
DELTA AIRELITE

AIR ELITE

## SERVICES:
(1) Air transportation.

## CLAIMS:
Used in CANADA since at least as early as October 15, 2001.
Used in UNITED STATES OF AMERICA.
Registered in or for UNITED STATES OF AMERICA on December 17, 2002
under No. 2662451.

## ASSOCIATED MARKS:
TMA222,350 TMA226,289 TMA588,915 1,509,397

### Action Information

| ACTION | DATE | BF | COMMENTS |
|---|---|---|---|
| Filed | 2003-07-24 | | |
| Created | 2003-08-11 | | |
| Formalized | 2003-08-27 | | |
| Search Recorded | 2004-02-16 | | |
| Examiner's First Report | 2004-02-16 | 2004-06-16 | |
| Approved | 2004-06-30 | | |
| Extracted for Advertisement | 2004-07-20 | | Vol.51 Issue 2597 2004/08/04 |
| Advertised | 2004-08-04 | | Vol.51 Issue 2597 |
| Allowed | 2004-10-22 | | |
| Allowance Notice Sent | 2004-10-22 | 2005-04-22 | |
| Registered | 2004-11-29 | | |
| Amendment to Registration | 2007-07-09 | | Merger and address / Voir Preuve au dossier/See evidence on File No. 319658 |

## FOOTNOTES:
*Merger and address/Fusionnement et adresse*
DATE REGISTERED/DATE DE L'ENREGISTREMENT: 09 juil/Jul 2007
DATE OF CHANGE/DATE DE CHANGEMENT: 30 avr/Apr 2007
COMMENTS/COMMENTAIRES: FROM: DELTA CORPORATE IDENTITY, INC.
TO: Delta Air Lines, Inc.
(a Delaware corporation)
Voir Preuve au dossier/See evidence on File No. 319658

[ Back to search ]  [ Back ]

Last updated:  2012-01-09

# Exhibit 3

 **United States Patent and Trademark Office**

Home | Site Index | Search | FAQ | Glossary | Guides | Contacts | eBusiness | eBiz alerts | News | Help

# Trademarks > Trademark Electronic Search System (TESS)

*TESS was last updated on Mon Mar 5 04:35:46 EST 2012*

| TESS HOME | NEW USER | STRUCTURED | FREE FORM | BROWSE DICT | SEARCH OG | BOTTOM | HELP |

Logout  Please logout when you are done to release system resources allocated for you.

# Record 1 out of 1

| TARR Status | ASSIGN Status | TDR | TTAB Status | *( Use the "Back" button of the Internet Browser to return to TESS)*



| | |
|---|---|
| **Goods and Services** | IC 039. US 105. G & S: Air Transportation of Persons, Property, and Mail. FIRST USE: 19590725. FIRST USE IN COMMERCE: 19590725 |
| **Mark Drawing Code** | (2) DESIGN ONLY |
| **Design Search Code** | 26.05.21 - Triangles that are completely or partially shaded<br>26.17.12 - Angles (geometric); Chevrons |
| **Serial Number** | 72086020 |
| **Filing Date** | November 25, 1959 |
| **Current Filing Basis** | 1A |
| **Original Filing Basis** | 1A |
| **Registration Number** | **0704103** |
| **International Registration Number** | 0923105 |
| **Registration Date** | September 6, 1960 |
| **Owner** | (REGISTRANT) Delta Air Lines, Inc. CORPORATION LOUISIANA ATLANTA AIRPORT Atlanta GEORGIA<br><br>(LAST LISTED OWNER) DELTA AIR LINES, INC. CORPORATION DELAWARE 1030 DELTA BLVD Dept. 982 ATLANTA GEORGIA 303541989 |
| **Assignment Recorded** | ASSIGNMENT RECORDED |
| **Attorney of Record** | E. Alan Arnold |
| **Prior Registrations** | 0523611;0661166;AND OTHERS |
| **Type of Mark** | SERVICE MARK |
| **Register** | PRINCIPAL |
| **Affidavit Text** | SECT 8 (6-YR). SECTION 8(10-YR) 20091013. |
| **Renewal** | 3RD RENEWAL 20091013 |
| **Live/Dead Indicator** | LIVE |

| TESS HOME | NEW USER | STRUCTURED | FREE FORM | BROWSE DICT | SEARCH OG | TOP | HELP |

 **United States Patent and Trademark Office**

Home|Site Index|Search|FAQ|Glossary|Guides|Contacts|eBusiness|eBiz alerts|News|Help

## Trademarks > Trademark Electronic Search System (TESS)

*TESS was last updated on Mon Mar 5 04:35:46 EST 2012*

| TESS HOME | NEW USER | STRUCTURED | FREE FORM | BROWSE DICT | SEARCH OG | BOTTOM | HELP |

Logout   Please logout when you are done to release system resources allocated for you.

# Record 1 out of 1

| TARR Status | ASSIGN Status | TDR | TTAB Status | *( Use the "Back" button of the Internet Browser to return to TESS)*



| | |
|---|---|
| **Goods and Services** | IC 039. US 105. G & S: AIR TRANSPORTATION OF PERSONS, PROPERTY, AND MAIL. FIRST USE: 19790103. FIRST USE IN COMMERCE: 19790103 |
| **Mark Drawing Code** | (2) DESIGN ONLY |
| **Design Search Code** | 26.05.09 - Triangles made of geometric figures, objects, humans, plants or animals<br>26.05.12 - Triangles with bars, bands and lines<br>26.17.12 - Angles (geometric); Chevrons |
| **Serial Number** | 73206154 |
| **Filing Date** | March 5, 1979 |
| **Current Filing Basis** | 1A |
| **Original Filing Basis** | 1A |
| **Published for Opposition** | July 1, 1980 |
| **Registration Number** | **1143697** |
| **Registration Date** | December 16, 1980 |
| **Owner** | (REGISTRANT) DELTA AIR LINES, INC. CORPORATION DELAWARE HARTSFIELD ATLANTA INTERNATIONAL AIRPORT ATLANTA GEORGIA 30320<br><br>(LAST LISTED OWNER) DELTA AIR LINES, INC. CORPORATION DELAWARE 1030 DELTA BLVD ATLANTA GEORGIA 303541989 |
| **Assignment Recorded** | ASSIGNMENT RECORDED |
| **Attorney of Record** | J. SCOTT MCCLAIN |
| **Prior Registrations** | 0523611;1084292;AND OTHERS |
| **Type of Mark** | SERVICE MARK |
| **Register** | PRINCIPAL |
| **Affidavit Text** | SECT 15. SECT 8 (6-YR). SECTION 8(10-YR) 20010829. |
| **Renewal** | 1ST RENEWAL 20010829 |
| **Live/Dead Indicator** | LIVE |

| TESS HOME | NEW USER | STRUCTURED | FREE FORM | BROWSE DICT | SEARCH OG | TOP | HELP |



URL

**United States Patent and Trademark Office**

Home | Site Index | Search | FAQ | Glossary | Guides | Contacts | eBusiness | eBiz alerts | News | Help

## Trademarks > Trademark Electronic Search System (TESS)

*TESS was last updated on Mon Mar 5 04:35:46 EST 2012*

| TESS HOME | NEW USER | STRUCTURED | FREE FORM | BROWSE DICT | SEARCH OG | BOTTOM | HELP |

Logout | Please logout when you are done to release system resources allocated for you.

# Record 1 out of 1

| TARR Status | ASSIGN Status | TDR | TTAB Status | *( Use the "Back" button of the Internet Browser to return to TESS)*



| | |
|---|---|
| **Goods and Services** | IC 039. US 100 105. G & S: AIR TRANSPORTATION OF PERSONS, PROPERTY AND MAIL. FIRST USE: 20000323. FIRST USE IN COMMERCE: 20000323 |
| **Mark Drawing Code** | (2) DESIGN ONLY |
| **Design Search Code** | 26.05.21 - Triangles that are completely or partially shaded<br>26.05.28 - Miscellaneous designs with overall triangular shape; Triangular shape (miscellaneous overall shape) |
| **Serial Number** | 76311945 |
| **Filing Date** | September 17, 2001 |
| **Current Filing Basis** | 1A |
| **Original Filing Basis** | 1A |
| **Published for Opposition** | January 8, 2002 |
| **Registration Number** | 2556013 |
| **Registration Date** | April 2, 2002 |
| **Owner** | (REGISTRANT) Delta Corporate Identity, Inc. CORPORATION DELAWARE 1030 DELTA BOULEVARD ATLANTA GEORGIA 303202574 |
| | (LAST LISTED OWNER) DELTA AIR LINES, INC. CORPORATION DELAWARE 1030 DELTA BLVD Legal Dept. (981/ATG) ATLANTA GEORGIA 303541989 |
| **Assignment Recorded** | ASSIGNMENT RECORDED |
| **Attorney of Record** | J. Scott McClain |
| **Type of Mark** | SERVICE MARK |
| **Register** | PRINCIPAL |
| **Affidavit Text** | SECT 15. SECT 8 (6-YR). |
| **Live/Dead Indicator** | LIVE |

| TESS HOME | NEW USER | STRUCTURED | FREE FORM | BROWSE DICT | SEARCH OG | TOP | HELP |

# Exhibit 4

URL

[*] | Canadian Intellectual Property Office / An Agency of Industry Canada | Office de la propriété intellectuelle du Canada / Un organisme d'Industrie Canada | Canadä

## Canadian Intellectual Property Office

---

# Canadian Trade-marks Database

## CANADIAN TRADE-MARK DATA

⇨  Search Page

\*\*\* Note Data on trade-marks is shown in the official language in which it was submitted.

The database was last updated on: 2012-02-28

| **APPLICATION NUMBER:** | **REGISTRATION NUMBER:** |
|---|---|
| 0394178 | TMA220815 |
| **STATUS:** | REGISTERED |
| **FILED:** | 1976-02-04 |
| **REGISTERED:** | 1977-05-27 |

**REGISTRANT:**
DELTA AIR LINES, INC.
ATTN: MS. PATRICIA W. LAMAR
DEPT. 971,
HARTSFIELD ATLANTA INTERNATIONAL AIRPORT
ATLANTA, GEORGIA 30320
UNITED STATES OF AMERICA

       REPRESENTATIVE FOR SERVICE:
       NORTON ROSE CANADA
       LLP/S.E.N.C.R.L.,S.R.L.
       1, Place Ville Marie
       Suite 2500
       Montreal
       QUEBEC H3B 1R1

**CURRENT OWNER:**
Delta Air Lines, Inc.
(a Delaware corporation)
1030 Delta Boulevard
Atlanta, Georgia
UNITED STATES OF AMERICA

       REPRESENTATIVE·FOR SERVICE:
       RIDOUT & MAYBEE LLP
       4TH FLOOR
       100 MURRAY STREET
       OTTAWA
       ONTARIO K1N 0A1

**INTERESTED PARTIES:**
       OLD OWNER
       Delta Corporate Identity, Inc.
       (a Delaware corporation)
       1030 Delta Blvd.,
       Atlanta, Georgia,
       UNITED STATES OF AMERICA

**TRADE-MARK:**



**MARK DESCRIPTIVE REFERENCE:**
**A DESIGN**

**INDEX HEADINGS:**
A

**VIENNA INFORMATION:**
**VIENNA INFORMATION**

| Code | Description |
|------|-------------|
| 24.15.21 | Arrowheads -- Note: Not including arrowheads in the form of angles (26.3.23). |
| 26.3.23 | Lines or bands forming an angle -- Note: Including chevrons and arrowheads formed by lines or bands. |
| 26.3.1 | One triangle |
| 26.3.24 | Triangles with dark surfaces or parts of surfaces |
| 27.1.1 | Letters or numerals forming geometrical figures, written or typographical matter in perspective |
| 27.1.5 | Letters or numerals forming a triangle (surface or periphery) |

**SERVICES:**
(1) Air transportation of persons, property, and mail.

**CLAIMS:**
Used in CANADA since at least as early as September 1959.

**ASSOCIATED MARKS:**
TMA796,254

**Action Information**

| ACTION | DATE | BF | COMMENTS |
|--------|------|----|----------|
| Filed | 1976-02-04 | | |
| Registered | 1977-05-27 | | |
| Renewed | 1992-05-27 | | |
| Rep for Service Changed | 2001-06-29 | | From: 5153 To: 9681 / Voir Preuve au dossier/See evidence on File No. 319658 |
| Agent Changed | 2001-06-29 | | From: To: 9681 / Voir Preuve au dossier/See evidence on File No. 319658 |
| Change in Title Registered | 2001-06-29 | | Assignment / Voir Preuve au dossier/See evidence on File No. 319658 |
| Rep for Service Changed | 2007-01-10 | | From: 9681 To: 10425 / Voir Preuve au dossier/See evidence on File No. 394178 |
| Renewed | 2007-05-27 | | DP:2006/12/27 RD:2006/12/22 RR:(10425) RIDOUT & MAYBEE LLP |
| Amendment to | 2007-07-09 | | Merger and address / Voir Preuve au |

dossier/See evidence on File No. 319658

**FOOTNOTES:**
***OWNER ADDRESS CHANGE/CHANGEMENT D'ADRESSE DU PROPRIÉTAIRE:***
DATE REGISTERED/DATE DE L'ENREGISTREMENT: 02 oct/Oct 1992

***CHANGE IN TITLE/CHANGEMENT EN TITRE:***
TYPE OF CHANGE/GENRE DE CHANGEMENT: Assignment/Cession
DATE REGISTERED/DATE DE L'ENREGISTREMENT: 29 juin/Jun 2001
DATE OF CHANGE/DATE DE CHANGEMENT: 30 avr/Apr 2001
COMMENTS/COMMENTAIRES: FROM: DELTA AIR LINES, INC.
TO: Delta Corporate Identity, Inc.
(a Delaware corporation)
Voir Preuve au dossier/See evidence on File No. 319658

***Merger and address/Fusionnement et adresse***
DATE REGISTERED/DATE DE L'ENREGISTREMENT: 09 juil/Jul 2007
DATE OF CHANGE/DATE DE CHANGEMENT: 30 avr/Apr 2007
COMMENTS/COMMENTAIRES: FROM: Delta Corporate Identity, Inc.
(a Delaware corporation)
TO: Delta Air Lines, Inc.
(a Delaware corporation)
Voir Preuve au dossier/See evidence on File No. 319658

| Back to search | | Back |

Last updated:  2012-01-09

| | | |
|---|---|---|
| **■+■** | Canadian Intellectual Property Office | Office de la propriété intellectuelle du Canada |
| | An Agency of Industry Canada | Un organisme d'Industrie Canada |



# Canadian Intellectual Property Office

## Canadian Trade-marks Database

## CANADIAN TRADE-MARK DATA

⇨ Search Page

*** Note Data on trade-marks is shown in the official language in which it was submitted.

The database was last updated on: 2012-02-28

| | |
|---|---|
| **APPLICATION NUMBER:** | **REGISTRATION NUMBER:** |
| 1096997 | TMA588854 |
| **STATUS:** | REGISTERED |
| **FILED:** | 2001-03-21 |
| **FORMALIZED:** | 2001-04-09 |
| **ADVERTISED:** | 2003-01-01 |
| **REGISTERED:** | 2003-09-04 |

**REGISTRANT:**
DELTA CORPORATE IDENTITY, INC.
1030 Delta Boulevard,
Atlanta, Georgia, 30354-1989
UNITED STATES OF AMERICA

     REPRESENTATIVE FOR SERVICE:
     SMART & BIGGAR
     438 UNIVERSITY AVENUE
     SUITE 1500, BOX 111
     TORONTO
     ONTARIO M5G 2K8

**CURRENT OWNER:**
Delta Air Lines, Inc.
(a Delaware corporation)
1030 Delta Boulevard
Atlanta, Georgia
UNITED STATES OF AMERICA

     REPRESENTATIVE FOR SERVICE:
     SMART & BIGGAR
     438 UNIVERSITY AVENUE
     SUITE 1500, BOX 111
     TORONTO
     ONTARIO M5G 2K8

**TRADE-MARK:**



**MARK DESCRIPTIVE REFERENCE:**
**WIDGET DESIGN**

**VIENNA INFORMATION:**
**VIENNA INFORMATION**
**Code    Description**
24.15.21 Arrowheads -- Note: Not including arrowheads in the form of angles (26.3.23).
26.3.23 Lines or bands forming an angle -- Note: Including chevrons and arrowheads formed by lines or bands.
26.3.1 One triangle
26.3.6 Triangular figures with one or more convex or concave sides
26.3.7 Triangular figures with one or more truncated or rounded angles
26.3.24 Triangles with dark surfaces or parts of surfaces
27.1.1 Letters or numerals forming geometrical figures, written or typographical matter in perspective
27.1.5 Letters or numerals forming a triangle (surface or periphery)

**SERVICES:**
(1) Air transportation of persons, property and mail.

**CLAIMS:**
Declaration of Use filed August 05, 2003.

**Action Information**

| ACTION | DATE | BF | COMMENTS |
|---|---|---|---|
| Filed | 2001-03-21 | | |
| Created | 2001-03-28 | | |
| Formalized | 2001-04-09 | | |
| Search Recorded | 2002-10-11 | | |
| Examiner's First Report | 2002-10-15 | 2003-02-15 | |
| Approved | 2002-11-22 | | |
| Extracted for Advertisement | 2002-12-18 | | Vol.50 Issue 2514 2003/01/01 |
| Advertised | 2003-01-01 | | Vol.50 Issue 2514 |
| Allowed | 2003-03-24 | | |
| Allowance Notice Sent | 2003-03-24 | 2004-03-21 | |
| Registered | 2003-09-04 | | |
| Amendment to Registration | 2007-07-09 | | Merger and address / Voir Preuve au dossier/See evidence on File No. 319658 |

**FOOTNOTES:**
*Merger and address/Fusionnement et adresse*
DATE REGISTERED/DATE DE L'ENREGISTREMENT: 09 juil/Jul 2007
DATE OF CHANGE/DATE DE CHANGEMENT: 30 avr/Apr 2007
COMMENTS/COMMENTAIRES: FROM: DELTA CORPORATE IDENTITY, INC.

TO: Delta Air Lines, Inc.
(a Delaware corporation)
Voir Preuve au dossier/See evidence on File No. 319658

Back to search    Back

Last updated:  2012-01-09

# Exhibit 5

http://www.delta.com/



# NEWS TO YOU



## App Check-in, Expanded

**Mobile check-in goes international.**

The Fly Delta app can now save you your check-in time for international flights. Check-in for the return flight is even easier because your passport information is already on record.

**Download the Fly Delta App**

## Foodie Fare

We've teamed with James Beard award winner Michelle Bernstein to create a delectable five-course menu for international BusinessElite®.

**Discover BusinessElite**



## Fly in Comfort

Enjoy priority boarding, more legroom, and extra recline when you fly internationally and coast to coast in Economy Comfort®.

**Step up to Economy Comfort seating**

# FARE SPECIALS

## Islands Await

Escape the chaos of home and head to the islands. Puerto Rico and the Dominican Republic are more attractive than ever.

PUERTO RICO FROM $125*
EACH WAY

**View Fares | View all deals**

| | | |
|---|---|---|
| Dominican Republic | FROM $190* EACH WAY | **Book now** |
| Asia: Energy & Serenity | FROM $409* EACH WAY | **Book now** |
| Great Deals to Europe | FROM $271* EACH WAY | **Book now** |

*Fees/restrictions/baggage fees may apply. round-trip purchase required. Fares available on delta.com.



**SIGN UP AND SAVE BIG**
Get on the list for last minute fares.

**JOIN SKYMILES TODAY**
Experience the benefits of membership.



http://www.delta.com/



## What's Happening on Facebook

Want to get the latest announcements, travel tips, and promotions from Delta? Like us on our Facebook page. Share your thoughts, photos, and experiences with Delta and our community, or just plan your next group getaway with Delta's Away We Go app.

f Like us on Facebook

## Now Trending @Delta

@Delta Got on the plane this morning and @Delta boarding music was my friends @thegreencards. Nice.
1 hour ago

Follow @ Delta   301K followers

## Smart Phone. Smarter Travel.

Get the Fly Delta app and take off with an easier, more convenient travel experience. Check in, change seats, track your bag, and so much more from your smartphone.

Get the Fly Delta App

Book Now

©2012 Delta Air Lines, Inc. [+]

Best Price Guarantee
or your first night is free

Travel may be on other airlines.

Site Map   About Delta   Business Programs   Travel Agents   Careers   Privacy & Security   Legal   Text Only   Blog   Delta Facebook   Mobile App

Terms and conditions apply to all offers and SkyMiles benefits. See specific offer for details, and visit SkyMiles Membership Guide & Program Rules.
*Subject to government approval.

Feedback

# Exhibit 6



## PLEASE READ ENTIRE DOCUMENT CAREFULLY--

### Dear GERARD ZAVASKI

Enclosed is your airline ticket voucher. This voucher is good for a certificate for **2 round trip airline tickets** to anywhere in the continental US from any major international US airport.

**This voucher must be certified to be valid.**

We have been tasked with notifying you of this award. We have attempted contacting you several times. Note that this award must be claimed by no later than 7 days after postmark.

If you do not claim your award, it will be transferred to the alternate. This is a limited time offer and can be withdrawn at any time. Flights fill quickly. Governmental taxes and fees may apply.

**This will be your last chance to respond.**

Please reference your claim number: **4924**

Sincerely.
Awards Department
**1-877-786-0949**

---

CALL US AT **1-877-786-0949** TO CLAIM YOUR
**2 ROUND TRIP AIRLINE TICKETS** WORTH UP TO **$999 TODAY!**

---

# Exhibit 7

▲Delta

URGENT

# AWARD NOTIFICATION

| Form: | b45--HH | | Call Back Number: |
|---|---|---|---|

Announcement Type: FINAL NOTICE

Claim Number: 4924

RE:

Award:
2 Round Trip Airline Tickets

Call Back Number: 1-877-786-0949

Registered Winner Address and Zip Code:

GERARD ZAVASKI

AWARDS DEPARTMENT DIVISION

OFFICIAL DOCUMENTS

Subject: NOTIFICATION

Issue: AWARDS DEPARTMENT

Nº: 0412
---ISSUED---

# Exhibit 8



 FLY AWAY ESCAPE

# DELTA

PRSRT FIRST CLASS
U.S. POSTAGE
PAID
SACRAMENTO, CA
PERMIT NO. 1684

Dear Pauline,

## Congratulations! You have been selected to receive
## 2 Round Trip Airfares within the continental US.
## CALL WITHIN 48 HOURS AND YOU WILL ALSO RECEIVE A BONUS
## 3 DAY 2 NIGHT HOTEL STAY!

**WE HAVE BEEN TRYING TO CONTACT YOU! (THIS IS NOT A TIMESHARE OR LAND SALE OFFER)**

*To claim this special offer, simply call* **1-866-870-7605**

*Complimentary for Timeshare Owners*

0 43 1 *******AUTO**5-DIGIT 03801
PAULINE MONAHAN
500 MARKET ST
PORTSMOUTH NH 03801-3458

Participating Airlines include American, Delta, Northwest, United, Continental and US Airways. Certain restrictions apply. Call for details of participation. This offer is not sponsored by or affiliated with Delta Airlines but they are a major supplier. Taxes and reservation fees are the responsibility of the recipient. Offer void where prohibited by law. Not applicable to Alaska or Hawaii.