## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | | |
|---|---|---|
| Delta Air Lines, Inc., | ) | |
| | ) | Case No. 1:12-cv-01758 |
| Plaintiff, | ) | |
| | ) | Honorable Edmond E. Chang |
| v. | ) | |
| | ) | Magistrate Judge Arlander Keys |
| Perfect Marketing Corp., | ) | |
| | ) | |
| Defendant. | ) | |

## DECLARATION OF CHLOE A. HECHT

I, Chloe A. Hecht, of the City of Chicago, in the State of Illinois, declares as follows:

1.  I am an attorney with the firm of Ladas & Parry LLP, 224 South Michigan Avenue, Suite 1600, Chicago, Illinois 60604. I have been employed as an attorney with Ladas & Parry LLP since 2008.

2.  As part of my representation of Delta Air Lines, Inc. ("Delta"), I perform or supervise investigations related to Internet- and/or facsimile- and/or mail-based infringement of the DELTA and WIDGET LOGO trademarks. Delta's widespread fame and reputation has resulted in significant infringement and counterfeiting of the DELTA and WIDGET LOGO marks and a significant number of fraudulent scams perpetrated on consumers under the DELTA and WIDGET LOGO marks. Delta regularly investigates and pursues suspicious activity reported by Delta's SkyMiles® members, customers, and other third parties.

featuring the DELTA and WIDGET LOGO marks and when consumers began complaining in 2012 of their respective receipt of the Communications via mail featuring the DELTA and WIDGET LOGO marks and enclosing an alleged Award Notification Voucher for two (2) free round trip airline tickets. I have been informed that these Communications, the enclosed Award Notification Vouchers, and the Postcards are fake and are unauthorized by and unaffiliated with Delta.  As such, Defendant's use of Delta's DELTA and WIDGET LOGO marks in its Communications to third parties falsely represent to consumers that Delta is affiliate with, sponsors, or authorized Defendant's actions and business activities. I have been informed that Delta has not negotiated any such airline ticket giveaway with or through Defendant. I have been informed that Delta has not authorized Defendant to use in any way its DELTA and/or WIDGET LOGO trademarks. I have been informed that Delta is in no way affiliated with Defendant. I have been informed that Delta has in no way agreed to promote and/or sponsor such a giveaway through Defendant. By using Delta's name and marks, Defendant is passing itself off as a representative and/or agent and/or partner of Delta, and Defendant makes it appear that Delta endorses the promotional giveaway.

4.      Defendant created and is sending via mail a communication purporting to be from the "Awards Department" (hereafter the "Communication(s)"). The Communication displays the DELTA and WIDGET LOGO marks at the top of the page. A copy of this Communication is attached as Exhibit 1 hereto.

5.      The Communication claims that the recipient has won a voucher for an airline

ticket valid for two round trip airline tickets to anywhere in the continental

United States from any major international airport. The Communication goes

on to state that "We have been tasked with notifying you of this award. We

have attempted contacting you several times. Note that this award must be

claimed by no later than 7 days after postmark. If you do not claim your

award, it will be transferred to the alternate. This is a limited time offer and

can be withdrawn at any time. Flights fill quickly. Governmental taxes and

fees may apply. This will be your last chance to respond." The

Communication also lists a "claim number," for example "3914," and states in

underlining "Note: This is not a timeshare or land sales offer." The

Communication is signed "Sincerely, Awards Department" with the phone

number "1-877-209-4922" and states at the bottom "CALL US AT 1-877-

209-4922 TO CLAIM YOUR 2 ROUND TRIP AIRLINE TICKETS WORTH

UP TO $999 TODAY."

6.      The Communication encloses an "Award Notification Voucher". A copy of

the Awards Notification Voucher is attached as Exhibit 2. The Award

Notification Voucher features the DELTA and WIDGET LOGO marks, is

stamped "FINAL NOTICE," lists the recipient's name under "Registered

Winner Address and Zip Code," features a "Re:" of "Award: 2 Round Trip

Airline Tickets" and is purportedly from the "Awards Department Division."

7.      Our investigation showed that when the listed phone number on the

Communication and Award Notification Voucher (1-877-209-4922) is called,

the individual answering the phone states that the name of the company is "Perfect Marketing." When the claim number "3914" is given, the individual states that an entity by the name of Portfolio Travel is inviting local residents into their new location in San Diego, located at 324 Westfield Horton Plaza, San Diego, CA 92101, and when people visit the new location, they are entered into a drawing to win two (2) free airline tickets. The individual also states that Delta is Portfolio Travel's biggest airline, which is why the name and marks DELTA and WIDGET LOGO are listed on the Communication; however, the two (2) free tickets could be on any major airline. We ascertained the above by hiring a private investigator, who contacted the phone number 1-877-209-4922 (listed on the Communication) and purported to be a recipient of the Communication and Awards Notification Voucher. When prompted, the private investigator provided the claim number 3914 to the individual that answered the phone number. The private investigator reported that the answering individual identified the name of the company as "Perfect Marketing," and that when given claim number "3914," the individual stated that the promotion was from Portfolio Travel, which was inviting local residents into their new location in San Diego, located at 324 Westfield Horton Plaza, San Diego, CA 92101, and when people visit the new location, they are entered into a drawing to win two (2) free airline tickets. The individual also states that Delta is Portfolio Travel's biggest airline, which is why the name and marks DELTA and WIDGET LOGO are listed on

the Communication; however, the two (2) free tickets could be on any major airline.

8.    I am informed that Defendant and/or the named "Portfolio Travel" is in no way affiliated with, sponsored by, or authorized by Delta to use the DELTA and WIDGET LOGO marks.

9.    Upon information and belief, Defendant is also sending bogus postcards to third-party recipients offering two (2) roundtrip airfares within the continental U.S. (hereafter the "Postcard(s)"). Attached as Exhibit 3 is a copy of the front and back of the Postcard. The front of the Postcard features an airplane with the DELTA and WIDGET LOGO marks in the bottom left-hand corner and "FLY AWAY ESCAPE" in the bottom right-hand corner. The back of the Postcard features "DELTA" on the top center of the postcard, followed with a salutation to the recipient, and the language, "Congratulations! You have been selected to receive 2 Round Trip Airfares within the continental US. CALL WITHIN 48 HOURS AND YOU WILL ALSO RECEIVE A BONUS 3 DAY 2 NIGHT HOTEL STAY! WE HAVE BEEN TRYING TO CONTACT YOU! (THIS IS NOT A TIMESHARE OR LAND SALE OFFER). To claim this special offer, simply call 1-888-615-7656".

10.   Certain of these Postcards discovered and identified by Delta feature the phone number 1-800-707-7496. Our firm's investigation of these Postcards involved hiring a private investigator to track the owner of each phone number listed on the various postcards discovered and identified by Delta. The phone number "1-800-707-7496" was shown to be used by a company identified as

"Perfect Marketing" with an address of 3015 S. 48th Street, Tempe, Arizona, 85282.

11.     Our investigation indicates that the recipients of the Communications and Award Notification Vouchers and/or the Postcard are all SkyMiles® members, implying that Defendant has in some manner misappropriated Delta's SkyMiles® members list, information that Delta maintains as a trade secret, and is using this misappropriated trade secret to identify individuals to send the Communications and Award Notification Vouchers and/or Postcards.

12.     I am informed that Delta has not licensed or authorized Defendant to use its DELTA and/or WIDGET LOGO marks.

I declare under penalty of perjury that the foregoing is true and correct. Executed on this __9__ day of March, 2012, at Chicago, Illinois.

Chloe A. Hecht

# Exhibit 1



## PLEASE READ ENTIRE DOCUMENT CAREFULLY--

Dear **GERARD ZAVASKI**

Enclosed is your airline ticket voucher. This voucher is good for a certificate for **2 round trip airline tickets** to anywhere in the continental US from any major international US airport.

**This voucher must be certified to be valid.**

We have been tasked with notifying you of this award. We have attempted contacting you several times. Note that this award must be claimed by no later than 7 days after postmark.

If you do not claim your award, it will be transferred to the alternate. This is a limited time offer and can be withdrawn at any time. Flights fill quickly. Governmental taxes and fees may apply.

**This will be your last chance to respond.**

Please reference your claim number: **4924**

Sincerely,
Awards Department
**1-877-786-0949**

---

CALL US AT **1-877-786-0949** TO CLAIM YOUR
**2 ROUND TRIP AIRLINE TICKETS** WORTH UP TO **$999 TODAY!**

---

# Exhibit 2

# ▲Delta

## URGENT

| | |
|---|---|
| Form: | 645--HH |
| Claim Number: | 4924 |
| Announcement Type: | FINAL NOTICE |
| Registered Winner Address and Zip Code: | GERARD ZAVASKI |

# AWARD NOTIFICATION

Call Back Number:
**1-877-786-0949**

RE:

**Award:
2 Round Trip Airline Tickets**

| AWARDS DEPARTMENT DIVISION | Subject: | NOTIFICATION | Nº: 0412 |
|---|---|---|---|
| OFFICIAL DOCUMENTS | Issue: | AWARDS DEPARTMENT | ---ISSUED--- |

# Exhibit 3



 FLY AWAY ESCAPE

# DELTA

PRSRT FIRST CLASS
U.S. POSTAGE
PAID
SACRAMENTO, CA
PERMIT NO. 1884

Dear Pauline,

## Congratulations! You have been selected to receive
## 2 Round Trip Airfares within the continental US.
## CALL WITHIN 48 HOURS AND YOU WILL ALSO RECEIVE A BONUS
## 3 DAY 2 NIGHT HOTEL STAY!

**WE HAVE BEEN TRYING TO CONTACT YOU! (THIS IS NOT A TIMESHARE OR LAND SALE OFFER)**

*To claim this special offer, simply call* **1-866-870-7605**

*Complimentary for Timeshare Owners*

0 43 1 *******AUTO**5-DIGIT 03801
**PAULINE MONAHAN
500 MARKET ST
PORTSMOUTH NH 03801-3458**

Participating Airlines include American, Delta, Northwest, United, Continental and US Airways. Certain restrictions apply. Call for details of participation. This offer is not sponsored by or affiliated with Delta Airlines but they are a major supplier. Taxes and reservation fees are the responsibility of the recipient. Offer void where prohibited by law. Not applicable to Alaska or Hawaii.