**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | | |
|---|---|---|
| Delta Air Lines, Inc., | ) | |
| | ) | Case No. 1:12-cv-01758 |
| Plaintiff, | ) | |
| | ) | Honorable Edmond E. Chang |
| v. | ) | |
| | ) | Magistrate Judge Arlander Keys |
| Perfect Marketing Corp., | ) | |
| | ) | |
| Defendant. | ) | |

**DECLARATION OF EDWARD ALAN ARNOLD**

I, Edward Alan Arnold, declare and state as follows:

1.  This declaration is based upon my personal knowledge of the facts stated herein or on the business records that were made at the time or in the regular course of business. If called as a witness, I could and would testify to the statements made herein.

2.  I have been an employee of Delta Air Lines, Inc. ("Delta') since 1999.  I am an Attorney-at-Law licensed in the State of Georgia. I have been Assistant General Counsel for Delta since 2005, and I am enabled and authorized to make this declaration. I am knowledgeable or have access to business records relating to Delta's intellectual property, including (but not limited to), its trademarks, copyrights, other intellectual property, sales, online sales, advertising, marketing, media coverage, and international operations. I make this declaration from matters within my own knowledge save where otherwise stated.

3.   Delta serves more than 160 million customers each year via its global network using Delta® and Delta Connection ® carriers to more than 340 destinations in nearly 60 countries on six continents.

4.   Delta is headquartered in Atlanta and employs more than 80,000 employees worldwide.

5.   Delta operates a mainline fleet of more than 700 aircraft.

6.   Delta has extensively marketed its airline and associated services under its DELTA and WIDGET LOGO marks. Delta has expended hundreds of millions of dollars in worldwide advertising and marketing in order to build the fame, reputation and good will of the **DELTA** and **WIDGET LOGO** marks Delta advertises through a variety of media, including Internet, television, radio, newspapers, magazines, and direct mail.

7.   Delta's innovative marketing and high quality services have earned Delta numerous awards and accolades including being named by Fortune Magazine the most admired airline worldwide in Fortune Magazine's 2011 World's Most Admired Companies list  (Exhibit 1) and being named the "Top Tech-Friendly U.S. Airline" by PCWorld magazine for Delta's innovation in technology (Exhibit 2).

8.   Delta's services include the SkyMiles frequent flier program, the world's largest airline loyalty program; the award-winning BusinessElite service; and more than 50 Delta Sky Clubs in airports worldwide. Delta is investing more than $2 billion through 2013 in airport facilities and global products, services and technology to enhance the customer experience in the air and on the ground. Customers can

check in for flights, print boarding passes, check bags and review flight status at
www.delta.com.

9.  Delta owns trademark registrations worldwide for the DELTA and WIDGET
LOGO marks, including in the United States and Canada, under which Delta
offers and sells its goods and services. These registrations include the following
U.S. trademark registrations for the DELTA mark:

| Registration No. | Mark | Registration Date |
|---|---|---|
| 0523611 | DELTA AIR LINES | April 4, 1950 |
| 0654915 | DELTA | November 19, 1957 |
| 0802405 | DELTAMATIC | January 18, 1966 |
| 0963228 | DELTA AIR LINES (IN OVAL LOGO) | July 3, 1973 |
| 0970418 | DELTA AIR LINES | October 9, 1973 |
| 1428763 | DELTA CONNECTION | February 10, 1987 |
| 1703774 | DELTA SHUTTLE | July 28, 1992 |
| 1733703 | DELTA CENTER | November 17, 1992 |
| 1740294 | DELTA CENTER (WITH WIDGET LOGO) | December 15, 1992 |
| 2058985 | DELTA & 1960 AIRCRAFT DESIGN | May 6, 1997 |
| 2408003 | DELTA VACATIONS | November 28, 2000 |
| 2662451 | DELTA AIRELITE | December 17, 2002 |
| 2980826 | DELTA CONNECTION | August 2, 2005 |
| 3890727 | DELTA SKY CLUB | December 14, 2010 |
| 3994004 | DELTA ASSIST | July 12, 2011 |

To the best of my knowledge, these registrations, which issued on the Principal
Register, are in full force and effect. The majority of these registrations have long
since acquired "incontestable" registration status. A copy of extracts for these
registrations from the United States Patent and Trademark Office are attached as
Exhibit 3.

10. Delta offers and sells its goods and services under and in conjunction with the
following DELTA trademark registrations in Canada:

| Registration No. | Mark | Registration Date |
|---|---|---|
| TMA222350 | DELTA AIR LINES | August 12, 1977 |
| 226289 | DELTA | February 24, 1978 |
| TMA588915 | DELTA CONNECTION | September 4, 2003 |
| TMA626928 | DELTA AIRELITE | November 29, 2004 |

To the best of my knowledge, these registrations are in full force and effect.

Copies of the extracts for these registrations from the Canadian Intellectual

Property Office are attached as Exhibit 4.

11.    Delta offers and sells its goods and services under and in conjunction with the

following **WIDGET LOGO** trademark registrations in the United States:

| Registration No. | Mark | Registration Date |
|---|---|---|
| 0704103 | WIDGET LOGO | September 6, 1960 |
| 1143697 | WIDGET (OPEN) | December 16, 1980 |
| 2556013 | WIDGET LOGO | April 2, 2002 |

To the best of my knowledge, these registrations, which issued on the Principal

Register, are in full force and effect, and all of these registrations have acquired

"incontestable" registration status. Copies of the extracts for these registrations

from the United States Patent and Trademark Office are attached as Exhibit 5.

12.    Delta offers and sells its goods and services under and in conjunction with the

following **WIDGET LOGO** trademark registrations in Canada, which are in full

force and effect:

| Registration No. | Mark | Registration Date |
|---|---|---|
| TMA220815 | WIDGET LOGO | May 27, 1977 |
| TMA588854 | WIDGET (OPEN) | September 4, 2003 |

To the best of my knowledge, these registrations are in full force and effect. Copies of the extracts for these registrations from the Canadian Intellectual Property Office are attached as Exhibit 6.

13. Delta has received numerous complaints from customers complaining of the Communications, Award Notification Vouchers, and/or Postcards. Many of these customers believed the Communications, Award Notification Vouchers, and/or Postcards were indeed affiliated with Delta and, based upon that belief, participated in the fraudulent offers. These customers then complained to Delta of Defendant and its fraudulent activities after learning that this offer was not sponsored by, affiliated with, or authorized by Delta.

I declare under penalty of perjury that the foregoing is true and correct.

Executed this  8ᵗʰ  day of March, 2012, at  Atlanta, Georgia

Edward Alan Arnold

# Exhibit 1

http://news.delta.com/index.php?s=43&item=1303

# ▲ DELTA

Home | Comment/Complaint? | Need Help?

**About Delta**

▼ Newsroom

News Archive

Press Kit

Multi-Media Library

Press Contacts

Financial News

Investor Relations

Corporate Information

Career Opportunities

Delta's Force for Global Good

SkyMiles Partnership Opportunities

Delta Blog: Under the Wing

Delta Merchandise

☐ Sign up for news alerts

## News Release

### Delta Tops 2011 FORTUNE World's Most Admired Companies Airline Industry List

Mar 3, 2011

ATLANTA, March 3, 2011 /**PRNewswire**/ -- Delta Air Lines (NYSE: DAL) today issued the following memo from CEO Richard Anderson to its more than 80,000 employees worldwide.

(Logo: **http://photos.prnewswire.com/prnh/20090202/DELTALOGO** )

| To: | Delta Colleagues Worldwide |
| --- | --- |
| From: | Richard Anderson |
| Subject: | FORTUNE Ranks Delta at the Top of the 2011 World's Most Admired Airline Industry List |

FORTUNE magazine has ranked Delta the most admired airline worldwide in its 2011 World's Most Admired Companies airline industry list, published today. This is a remarkable achievement and yet another testament to the hard work of Delta people. Congratulations!

Delta has moved up in the airline rankings in the FORTUNE list from 10th in 2007, to sixth in 2008 and 2009, and third place in 2010. The airlines ranked second through 12th in the FORTUNE industry list, in order, are: Singapore Airlines, Southwest Airlines, Lufthansa Group, Air France-KLM Group, Cathay Pacific Airways, United Continental, Qantas Airways, British Airways, All Nippon Airways, US Airways Group and AMR.

The annual **FORTUNE World's Most Admired Companies airlines list** is based on results of a global survey of airline executives, directors and analysts who rate companies in their own industry on nine criteria: people management, quality of management, innovation, long-term investment, use of corporate assets, financial soundness, social responsibility, quality of product and services and global competitiveness.  In addition to ranking top overall in the airline industry list, Delta ranked No. 1 among airlines in long-term investment, quality of management, global competitiveness and social responsibility.

This award is proof of the great strides we have made in building a strong global business for our customers, employees, shareholders and the communities we serve.  We've completed virtually all our merger integration, launched significant investments in our customer experience and the technology that supports the way we do business, strengthened our industry-leading joint venture and alliance relationships, and expanded our international reach.  These are just a few of the things that have caused others to recognize what the more than 80,000 employees of Delta have achieved.

The recognition is not only a testament to what we have accomplished, but also our path in getting to this point.  Through all of this change, we've preserved a unique culture anchored in dignity and respect.  Delta stayed true to its word, with no frontline

involuntary furloughs as a result of the merger. We created new jobs in TechOps, Cargo, Airport Customer Service, Reservations, Flight Operations and In-flight Service to support our larger international network. In addition to frontline pay increases, Delta also has invested more than $2.5 billion in Delta people in the form of company equity, profit sharing, and operational performance bonuses over the last four years, all while maintaining low unit costs and reducing debt.

Our progress and steadfast commitment to the Delta culture have been remarkable. Business leaders around the world have noticed all the hard work you have been doing. Your commitment to make Delta a better airline for our customers and investors, while building on our heritage as a great place to work is a point of pride for all of us.

Thank you for all you do for Delta every day.

**About Delta**

Delta Air Lines serves more than 160 million customers each year. With an industry-leading **global network**, Delta and the **Delta Connection** carriers offer service to 356 destinations in 65 countries on six continents. Headquartered in Atlanta, Delta employs 80,000 employees worldwide and operates a mainline fleet of more than 700 aircraft. A founding member of the **SkyTeam** global alliance, Delta participates in the industry's leading **trans-Atlantic joint venture** with **Air France-KLM** and **Alitalia**. Including its worldwide alliance partners, Delta offers customers more than 13,000 daily flights, with hubs in **Amsterdam, Atlanta, Cincinnati, Detroit, Memphis, Minneapolis-St. Paul, New York-JFK, Paris-Charles de Gaulle, Salt Lake City** and **Tokyo-Narita.** The airline's service includes the **SkyMiles** frequent flier program, the world's largest airline loyalty program; the award-winning **BusinessElite** service; and more than 50 Delta **Sky Clubs** in airports worldwide. Delta is investing more than $2 billion through 2013 in airport facilities and global products, services and technology to enhance the customer experience in the air and on the ground. Customers can check in for flights, print boarding passes, check bags and review flight status at **delta.com.**

SOURCE Delta Air Lines

For press inquiries: Corporate Communications, +1-404-715-2554, news archive at news.delta.com

**Print Email RSS**




[+] Feedback

Powered by PR Newswire's MediaRoom service



MediaRoom
On your site. In your control.



Find **Money** on facebook    Click Here

**CNNMoney**
A Service of CNN, Fortune & Money

FORTUNE ▾    Money ▾

Home | Video | Business News | Markets | Term Sheet | Economy | Tech | Personal Finance | Small Business

# WORLD'S MOST ADMIRED COMPANIES

2011

| Full List | By Location | Best & Worst | No. 1s | Industries |

All industries | Industry champions

## Industries

Airlines

### Most Admired

| Rank | Company | Overall score |
|------|---------|---------------|
| 1 | Delta Air Lines | 6.44 |
| 2 | Singapore Airlines | 6.30 |
| 3 | Southwest Airlines | 6.17 |
| 4 | Lufthansa Group | 6.15 |
| 5 | Air France–KLM Group | 6.04 |
| 6 | Cathay Pacific Airways | 5.82 |

### Contenders

| Rank | Company | Overall score |
|------|---------|---------------|
| 7 | United Continental Holdings | 5.53 |
| 8 | Qantas Airways | 5.34 |
| 9 | British Airways | 5.11 |
| 10 | All Nippon Airways | 5.07 |
| 11 | US Airways Group | 3.24 |
| 12 | AMR | 3.19 |

From the March 21, 2011 issue

### Top 50 Headquarters



**Show:** Top 50 | All Most Admired: The Americas | Europe | Asia/Australia

### Pick a sector

| A-D | E-H | I-P | Q-Z |

Aerospace and Defense
Airlines
Apparel
Beverages
Chemicals
Computer Software
Computers
Consumer Credit Card Services
Consumer Food Products
Delivery
Diversified Outsourcing Services

## Quick Vote

Which company do you most admire?

○ Apple
○ Google

Vote  or View results

Job openin...
at Best Con...

Housekeeper/Roo...
Shawnee, KS – Marrio...

RN - Labor and De...
San Antonio, TX – Bap...

MEDICAL RECEP...
ASSC-WLB]
Wall, NJ - Meridian He...

Registered Nurses...
Homestead, FL – Bapt...

Clinical Services-N...
San Antonio, TX – Bap...

See All Job...
Search All Jobs

job title or compa...



# Exhibit 2

http://news.delta.com/index.php?s=43&item=1525



## ▲ DELTA

**About Delta**

▼ Newsroom

  News Archive
  Press Kit
  Multi-Media Library
  Press Contacts
  Financial News

Investor Relations
Corporate Information
Career Opportunities
Delta's Force for Global Good
SkyMiles Partnership Opportunities
Delta Blog: Under the Wing
Delta Merchandise

☐ Sign up for news alerts

# News Release

**Delta Named Top Tech-Friendly U.S. Airline**

**Airline highlighted by PCWorld for airport recharging stations, in-flight Wi-Fi, mobile apps, use of social media**

Jan 19, 2012

ATLANTA, Jan. 19, 2012 /PRNewswire/ -- Delta Air Lines (NYSE: DAL) has been named "Top Tech-Friendly U.S. Airline" by PCWorld magazine for its airport recharging stations, in-flight Wi-Fi on more domestic flights than any other carrier and smartphone apps with innovative features including baggage tracking and airport check-in. The publication also highlighted Delta's 24-hour customer service via Twitter from @DeltaAssist, as well as the ability to book tickets directly from Facebook.

(Logo: **http://photos.prnewswire.com/pmh/20090202/DELTALOGO** )

"We're providing customers with technology tools to keep them connected during their travel experience on the ground and in the air," said Bob Kupbens, Delta's vice president -- eCommerce. "When you literally have the tools in the palm of your hand to track your bag at 30,000 feet or check the status of your connecting flight, it helps eliminate the stress of travel and puts customers in control."

Delta's tech-friendly offerings are part of the airline's previously announced plan to invest more than $2 billion in enhanced global products, services and airport facilities through 2013.

Installation of branded recharging stations in Delta's top 19 airports, including all of its domestic hubs, was complete in 2010. Wi-Fi is available on all of Delta's domestic mainline aircraft, and installation on all of its two-class regional jets will be complete by the end of March 2012. When completed, customers will have access to in-flight Wi-Fi on more than 800 aircraft flying 3,000 daily domestic flights every day.

The popular Fly Delta app was launched on the iPhone in the fall of 2010. BlackBerry, Android and Windows versions followed soon after. The apps provide eBoarding check-in options in 79 cities worldwide, the ability to track and pay for bags, alerts for updated travel information, airport and aircraft details, and a parking reminder.

Delta's Ticket Counter allows Facebook users to book travel or check-in for their upcoming flight using a dedicated "tab" at **facebook.com/delta** without navigating to delta.com. Innovative tools like the Delta Away We Go app lets customers share and plan their travel with family and friends. Delta has continued to expand its social interaction with customers on **twitter.com/delta**, **blog.delta.com** and also provides real-time travel assistance at **twitter.com/deltaassist** in English and **twitter.com/deltaassist_ES** in Spanish.

Delta Air Lines serves more than 160 million customers each year, and was named by Fortune magazine as **the most admired airline worldwide** in its 2011 World's Most Admired Companies airline industry list. With an industry-leading **global network**, Delta and the **Delta Connection** carriers offer service to 341 destinations in 61 countries on six continents. Headquartered in Atlanta, Delta employs 80,000 employees worldwide and operates a mainline fleet of more than 700 aircraft. A founding member of the **SkyTeam** global alliance, Delta participates in the industry's leading **trans-Atlantic joint venture with Air France-KLM and Alitalia.** Including its worldwide alliance partners, Delta offers customers more than 13,000 daily flights, with hubs in **Amsterdam, Atlanta, Cincinnati, Detroit, Memphis, Minneapolis-St. Paul, New York-JFK, Paris-Charles de Gaulle, Salt Lake City and Tokyo-Narita.** The airline's service includes the **SkyMiles** frequent flier program, a world-class airline loyalty program; the award-winning **BusinessElite** service; and more than 50 Delta **Sky Clubs** in airports worldwide.

http://news.delta.com/index.php?s=43&item=1525

Delta is investing more than $2 billion through 2013 in airport facilities and global products, services and technology to enhance the customer experience in the air and on the ground. Customers can check in for flights, print boarding passes, check bags and review flight status at **delta.com**.

SOURCE Delta Air Lines

For press inquiries: CONTACT: Delta Corporate Communications, +1-404-715-2554

**Print Email RSS**



Site Map   About Delta   Delta Blog   Business Programs   Corporate Travel   Deals   Travel Agents   Careers   Privacy/Security   Legal   Text Only

Powered by PR Newswire's MediaRoom service

MediaRoom
On your site. In your control.

[+] Feedback

# The Top 10 Tech-Friendly U.S. Airlines

All of the U.S.-based airlines are making moves to better accommodate tech-savvy passengers—some faster than others. Here are the winners and losers.

*By Megan Geuss and Leah Yamshon  Jan 15, 2012 6:00 PM*

In December, PCWorld posted a major story about the tech amenities available to travelers in America's airports ("20 Best U.S. Airports for Tech Travelers"). In it we focused on the airports themselves, but often airlines are responsible for driving the installation of new tech amenities in gate areas. The airlines know that electrical outlets, work desks, and zippy Wi-Fi can influence passengers' decisions to fly with Airline A or with Airline B.

As a result, some airlines have become deeply involved in making their gate areas a more welcoming place for laptop and smartphone users. Others have focused on developing apps and mobile websites, and offering in-flight Wi-Fi service in their planes. Not surprisingly, some airlines are more progressive than others when it comes to techy stuff. Here's how the U.S. airlines stack up. (See a ranked chart of the top 10 U.S. airlines, comparing their features.)

## 1. Delta



Delta has upgraded about 20 of the airports where it operates with Delta-branded charging stations. Those stations have made a huge difference in the number of available outlets and USB ports at the gates. And Delta's iPad installations at New York's JFK and LaGuardia airports, and (soon) at Minneapolis–St. Paul International are truly impressive.

Delta's tech focus doesn't stop at the gate. All of its large domestic aircraft now offer Gogo Wi-Fi on board. The carrier is looking for a way to outfit its 250 international aircraft with Wi-Fi, too, since Gogo's ground-based service can't reach beyond 100 miles offshore.

Aside from the usual array of features (flight updates, mobile boarding passes, seat maps, and so on), Delta's Fly Delta mobile app offers capabilities that most other airline apps don't—such as the ability to track your checked bag by scanning your bag tag with your smartphone. User reviews of Fly Delta in app stores are generally positive, though the app does lose a few points for not letting the user book new flights; you can use it only to change existing reservations.

http://www.pcworld.com/printable/article/id,248162/printable.html

Delta also has the strongest presence of any airline on both Twitter and Facebook. The company allows customers to book travel directly from Facebook, and it offers the @deltaassist hashtag on Twitter for people who encounter support issues. Delta's "social media lab" is peopled by regular customer service reps who watch for Delta customers tweeting about problems or annoyances, and then provide support in real time over Twitter or other channels if necessary.

Delta says that its social networking efforts pay off both financially and in customer loyalty. "We want to engage with our customers with our digital channels as much as possible," says Delta's vice president of e-commerce Bob Kupbens. "We feel it's a great way to improve customer service. It's a way for us to get people out of line and off the phone, which is good for the customer and good for Delta."

## 2. Alaska

Though Alaska itself doesn't have any branded tech amenities in its terminals, the airline operates in airport terminals that have a high density of outlets and Internet kiosks. The fact that the airline shares many terminals and concourses with Delta (an airline that invests in charging stations at the gates it serves) helps Alaska out a lot. But the airline is tech-conscious itself, as evidenced by its well-maintained and interactive Facebook and Twitter pages. Alaska often reaches out to customers via Twitter; but it also posts new content, which makes following the airline on Twitter worthwhile.

Surprisingly, Alaska Air has a fairly functional app, called the Travel App, that lets you change your seat assignment, add notes about your hotel and car rental, and check into your flight. The app also supports mobile boarding passes at select airports. One drawback is that you can't use the same reservation to check in multiple travelers, so it's not ideal for family use. Alaska has been the most progressive U.S. airline at making onboard Wi-Fi available. Today, some 92 percent of the planes in Alaska's fleet have Wi-Fi service installed.



## 3. Virgin America

Virgin America is a tiny airline that beat out larger rivals in our rankings by keeping its passengers connected while they wait for a flight, and while in-flight.

In about half of the terminals that Virgin services, the outlet densities are higher than the average for the airport as a whole.



All Virgin planes have onboard Wi-Fi, and the company is transitioning from Gogo (ground-based) to a satellite-based service. The size of the company's fleet will reach 57 aircraft in 2013, and all planes will be equipped with this technology. Virgin recently partnered with Google to lend Google Chromebooks to

passengers 10 minutes before boarding, so they can take advantage of free Wi-Fi during the flight. Conversation on Virgin America's Facebook is a bit of a one-way street, as the airline doesn't seem to respond to user's comments in that forum; but overall it scored very well for use of social media.

### 4. American Airlines

American has a high density of outlets in its terminals, but it doesn't offer much in the way of Internet kiosks, work desks, or other branded amenities. The carrier does, however, respond to Twitter followers who have complaints, so American earned high rankings in our social media scores.

Unlike other airline apps, the AA Mobile app lets you book flights through it. It also supports mobile boarding passes, parking reminders, push notifications, and details of your upcoming flights (including terminal maps). Unfortunately, mixed user feedback prevents the app from being a winner; apparently, it loses boarding passes, and certain pages generate error messages.

Onboard Wi-Fi is limited to 30 percent of American Airlines flights. However, customers can stream content (such as onboard movies, TV, and music) to their wireless devices while in flight--an especially welcome option given that many American flights don't have seatback monitors.

## 5. Southwest

Southwest earned high marks for the number of outlets, USB ports, and work surfaces at its gates; but its overall ranking suffered from the company's relatively low level of available onboard Wi-Fi and its buggy app.



At Southwest gates around the country small recharge stations situated between two comfortable chairs are commonplace, as are high worktables with outlets and stools.

Though only 19 percent (105 out of 550) of Southwest's planes now have Wi-Fi service, the airline plans to outfit its entire fleet with Wi-Fi by early 2013.

The Dallas-based airline has released its own mobile app for passengers, which it says its customers widely use for booking flights checking in. But the app has drawn user criticism in the app stores for being slow and buggy, and for having a clumsy user interface.

Nevertheless, Southwest seems to have a grip on its social media channels. The airline's Facebook and Twitter accounts are content-rich, and its customer service personnel reportedly monitor the networks for complaints and questions.

## 6. United/Continental

United had no gate-side tech amenities to speak of, but the airline did have a higher-than-average outlet count in the

terminals it serviced at the airports we evaluated. If you're looking to complete some work as you wait for your flight, however, you might want to rethink booking United: It had a much lower-than-average count of work desks at its gates (we defined a work desk as a table with a chair and an outlet).

The United Airlines app has numerous features. You can book flights, gain access to airport maps, and get information, and the app offers Mobile Boarding Passes, too. The app's rating would be higher if the user feedback it has elicited were a little higher. Users have noted occasional problems with push notifications, logging upcoming flights (for Mileage Plus members), and outdated gate information.

United's Facebook page wasn't very impressive either--allowing customers to post on its wall, but offering no responses and providing no new information for passengers.

Worse still, Wi-Fi is available on only 2 percent of United's flights--the lowest percentage in our test group apart from JetBlue, which has no Wi-Fi at all. United has a large fleet to upgrade, but the company plans to extend Wi-Fi to all planes by 2015.

## 7. US Airways

US Airways ranked poorly in our scoring of tech at airport gates, because it offered below-average numbers of outlets, work desks, and Internet kiosks.

US Airways doesn't have a standalone app, but the carrier does support mobile boarding passes in select airports. In addition, US Airways maintains an active Facebook and Twitter presence, so it scored well in social media activity.

The airline offers Wi-Fi on only 17 percent of its planes, but it plans to expand those offerings.

## 8. Frontier Airlines

Frontier ranked below average in number of outlets, work desks, and Internet kiosks for its passengers. On the other hand, it does a great job of staying on top of social media--and not just because of the cute animals it features as its Facebook and Twitter profile pictures. Frontier regularly updates flight deal offers, it keeps passengers updated on services through its social outlets, and its offers links for customers to use in submitting complaints if they feel that they've had poor service.

Frontier Airlines has no app and no designated mobile site, but 35 percent of its planes provide Wi-Fi service.

## 9. AirTran

At its gates in the 40 busiest airports, where we did our research, AirTran offered few amenities for tech-conscious travelers. It also has almost no social media presence to speak of. The airline usually offers very cheap fares, so passengers should weigh the trade-off. One significant plus: The airline offers onboard Wi-Fi on all of its planes.

## 10. JetBlue

JetBlue's spokespeople say that the airline has been conducting research into outfitting its passengers with more tech amenities; but as of fall 2011, our field research indicated that it had not made significant improvements to the gates it services. The airline was about average in this area, compared to other airlines.

JetBlue did earn a very high social media score. It doesn't do a great job of responding to user complaints via the social networks, but it does post regularly and allow user comments both positive and negative.

JetBlue currently lacks a separate app and onboard Wi-Fi, but the airline has partnered with ViaSat to provide Wi-Fi on all 160 aircraft in its fleet. The new Wi-Fi service will start appearing in 2012, according to the airline.

# Exhibit 3



United States Patent and Trademark Office

Home | Site Index | Search | FAQ | Glossary | Guides | Contacts | eBusiness | eBiz alerts | News | Help

## Trademarks > Trademark Electronic Search System (TESS)

*TESS was last updated on Mon Mar 5 04:35:46 EST 2012*

| TESS HOME | NEW USER | STRUCTURED | FREE FORM | BROWSE DICT | SEARCH OG | BOTTOM | HELP |

Logout  Please logout when you are done to release system resources allocated for you.

# Record 1 out of 1

| TARR Status | ASSIGN Status | TDR | TTAB Status | *( Use the "Back" button of the Internet Browser to return to TESS)*



| | |
|---|---|
| **Word Mark** | DELTA AIR LINES |
| **Goods and Services** | IC 039. US 105. G & S: AIR TRANSPORTATION OF PASSENGERS, MAIL, AND EXPRESS. FIRST USE: 19340700. FIRST USE IN COMMERCE: 19340700 |
| **Mark Drawing Code** | (3) DESIGN PLUS WORDS, LETTERS, AND/OR NUMBERS |
| **Design Search Code** | 03.17.01 - Wings, birds'<br>24.03.25 - Badge, police; Badges; Police badge; Sheriff's badge; Ten Commandments<br>26.01.02 - Circles, plain single line; Plain single line circles<br>26.05.02 - Plain single line triangles; Triangles, plain single line<br>28.01.05 - Alpha (Greek letter); Greek characters; Omega (Greek letter) |
| **Serial Number** | 71529442 |
| **Filing Date** | July 25, 1947 |
| **Current Filing Basis** | 1A |
| **Original Filing Basis** | 1A |
| **Registration Number** | 0523611 |
| **Registration Date** | April 4, 1950 |
| **Owner** | (REGISTRANT) DELTA AIR LINES, INC. CORPORATION LOUISIANA MUNICIPAL AIRPORT ATLANTA GEORGIA<br><br>(LAST LISTED OWNER) DELTA AIR LINES, INC. CORPORATION DELAWARE 1030 DELTA BLVD ATLANTA GEORGIA 303541989 |
| **Assignment Recorded** | ASSIGNMENT RECORDED |
| **Attorney of Record** | E. Alan Arnold |
| **Disclaimer** | THE WORDS "AIR LINES" ARE DISCLAIMED APART FROM THE MARK AS SHOWN. |
| **Type of Mark** | SERVICE MARK |
| **Register** | PRINCIPAL |
| **Affidavit Text** | SECTION 8(10-YR) 20100315. |
| **Renewal** | 4TH RENEWAL 20100315 |
| **Live/Dead Indicator** | LIVE |

| TESS HOME | NEW USER | STRUCTURED | FREE FORM | BROWSE DICT | SEARCH OG | TOP | HELP |

 **United States Patent and Trademark Office**

Home | Site Index | Search | FAQ | Glossary | Guides | Contacts | eBusiness | eBiz alerts | News | Help

## Trademarks > Trademark Electronic Search System (TESS)

*TESS was last updated on Mon Mar 5 04:35:46 EST 2012*

| TESS HOME | NEW USER | STRUCTURED | FREE FORM | BROWSE DICT | SEARCH OG | BOTTOM | HELP |

Logout   Please logout when you are done to release system resources allocated for you.

# Record 1 out of 1

| TARR Status | ASSIGN Status | TDR | TTAB Status |   *( Use the "Back" button of the Internet Browser to return to TESS)*

### Typed Drawing

| | |
|---|---|
| **Word Mark** | DELTA |
| **Goods and Services** | IC 039. US 105. G & S: AIR TRANSPORTATION OF PASSENGERS, MAIL, [ AND ] EXPRESS * , FREIGHT AND CARGO *. FIRST USE: 19450700. USED IN ANOTHER FORM IN JULY 1934 IN A SLIGHTLY DIFFERENT FORMAT. FIRST USE IN COMMERCE: 19450700 |
| **Mark Drawing Code** | (1) TYPED DRAWING |
| **Serial Number** | 72017621 |
| **Filing Date** | October 17, 1956 |
| **Current Filing Basis** | 1A |
| **Original Filing Basis** | 1A |
| **Change In Registration** | CHANGE IN REGISTRATION HAS OCCURRED |
| **Registration Number** | 0654915 |
| **International Registration Number** | 0924004 |
| **Registration Date** | November 19, 1957 |
| **Owner** | (REGISTRANT) DELTA AIR LINES, INC. CORPORATION LOUISIANA MUNICIPAL AIRPORT ATLANTA GEORGIA |
| | (LAST LISTED OWNER) DELTA AIR LINES, INC. CORPORATION DELAWARE 1030 DELTA BLVD ATLANTA GEORGIA 303541989 |
| **Assignment Recorded** | ASSIGNMENT RECORDED |
| **Attorney of Record** | J. Scott McClain |
| **Prior Registrations** | 0523611 |
| **Type of Mark** | SERVICE MARK |
| **Register** | PRINCIPAL |
| **Affidavit Text** | SECT 15. SECTION 8(10-YR) 20071106. |
| **Renewal** | 3RD RENEWAL 20071106 |
| **Live/Dead Indicator** | LIVE |

| TESS HOME | NEW USER | STRUCTURED | FREE FORM | BROWSE DICT | SEARCH OG | TOP | HELP |

---

| .HOME | SITE INDEX | SEARCH | eBUSINESS | HELP | PRIVACY POLICY



**United States Patent and Trademark Office**

Home | Site Index | Search | FAQ | Glossary | Guides | Contacts | eBusiness | eBiz alerts | News | Help

## Trademarks > Trademark Electronic Search System (TESS)

*TESS was last updated on Mon Mar 5 04:35:46 EST 2012*

[TESS HOME] [NEW USER] [STRUCTURED] [FREE FORM] [BROWSE DICT] [SEARCH OG] [BOTTOM] [HELP]

[Logout] Please logout when you are done to release system resources allocated for you.

# Record 1 out of 1

[TARR Status] [ASSIGN Status] [TDR] [TTAB Status] *( Use the "Back" button of the Internet Browser to return to TESS)*

### Typed Drawing

| | |
|---|---|
| **Word Mark** | DELTAMATIC |
| **Goods and Services** | IC 039. US 105. G & S: ELECTRONICALLY TRANSMITTING, RECEIVING AND RECORDING DATA RELATING TO PASSENGER AND CARGO SPACE STATISTICS, INCLUDING THE AVAILABILITY OF SPACE ON FLIGHTS OF OTHER DOMESTIC AIRLINES, AS WELL AS ON APPLICANT'S FLIGHTS; THE RESERVATION OF SPACE ON APPLICANT'S FLIGHTS AND ON CONNECTING FLIGHTS OF OTHER CARRIERS; DATA CALCULATION AND COMMUNICATION BETWEEN REMOTE POINTS ON APPLICANT'S SYSTEM (INCLUDING POINTS SERVED BY APPLICANT IN OTHER COUNTRIES) AND BETWEEN APPLICANT AND OTHER DOMESTIC AIRLINES; ASSISTANCE TO PASSENGERS AND TRAVEL AGENCIES IN BOOKING TOURS, RESERVING HOTEL ACCOMMODATIONS, RESERVING RENTAL CARS, AND MAKING SPECIAL MEAL ARRANGEMENTS; AND LOCAL INTERCOMMUNICATIONS AND RELATED SERVICES. FIRST USE: 19640901. FIRST USE IN COMMERCE: 19640901 |
| **Mark Drawing Code** | (1) TYPED DRAWING |
| **Serial Number** | 72213768 |
| **Filing Date** | March 10, 1965 |
| **Current Filing Basis** | 1A |
| **Original Filing Basis** | 1A |
| **Registration Number** | 0802405 |
| **Registration Date** | January 18, 1966 |
| **Owner** | (REGISTRANT) DELTA AIR LINES, INC. CORPORATION LOUISIANA ATLANTA AIRPORT ATLANTA GEORGIA |
| | (LAST LISTED OWNER) DELTA AIR LINES, INC. CORPORATION DELAWARE 1030 DELTA BLVD ATLANTA GEORGIA 303541989 |
| **Assignment Recorded** | ASSIGNMENT RECORDED |
| **Attorney of Record** | J. SCOTT MCCLAIN |
| **Prior Registrations** | 0523611;0762448;AND OTHERS |
| **Type of Mark** | SERVICE MARK |
| **Register** | PRINCIPAL |
| **Affidavit Text** | SECT 15. SECTION 8(10-YR) 20050930. |
| **Renewal** | 1ST RENEWAL 20050930 |
| **Live/Dead Indicator** | LIVE |

[TESS HOME] [NEW USER] [STRUCTURED] [FREE FORM] [BROWSE DICT] [SEARCH OG] [TOP] [HELP]



**United States Patent and Trademark Office**

Home | Site Index | Search | FAQ | Glossary | Guides | Contacts | eBusiness | eBiz alerts | News | Help

## Trademarks > Trademark Electronic Search System (TESS)

*TESS was last updated on Mon Mar 5 04:35:46 EST 2012*

| TESS HOME | NEW USER | STRUCTURED | FREE FORM | BROWSE DICT | SEARCH OG | BOTTOM | HELP |

Logout  Please logout when you are done to release system resources allocated for you.

# Record 1 out of 1

| TARR Status | ASSIGN Status | TDR | TTAB Status | *( Use the "Back" button of the Internet Browser to return to TESS)* |



| | |
|---|---|
| **Word Mark** | DELTA AIR LINES |
| **Goods and Services** | IC 039. US 105. G & S: AIR TRANSPORTATION OF PERSONS, PROPERTY, AND MAIL. FIRST USE: 19560101. FIRST USE IN COMMERCE: 19560101 |
| **Mark Drawing Code** | (3) DESIGN PLUS WORDS, LETTERS, AND/OR NUMBERS |
| **Design Search Code** | 03.17.01 - Wings, birds' <br> 26.03.17 - Concentric ovals; Concentric ovals and ovals within ovals; Ovals within ovals; Ovals, concentric <br> 26.03.21 - Ovals that are completely or partially shaded |
| **Serial Number** | 72410473 |
| **Filing Date** | December 17, 1971 |
| **Current Filing Basis** | 1A |
| **Original Filing Basis** | 1A |
| **Registration Number** | 0963228 |
| **Registration Date** | July 3, 1973 |
| **Owner** | (REGISTRANT) DELTA AIR LINES, INC. CORPORATION DELAWARE HARTFIELD ATLANTA INTERNATIONAL AIRPORT ATLANTA GEORGIA 303206001 <br><br> (LAST LISTED OWNER) DELTA AIR LINES, INC. CORPORATION DELAWARE 1030 DELTA BLVD ATLANTA GEORGIA 303541989 |
| **Assignment Recorded** | ASSIGNMENT RECORDED |
| **Attorney of Record** | J. SCOTT MCCLAIN |
| **Prior Registrations** | 0523611;0802405;AND OTHERS |
| **Disclaimer** | APPLICANT DISCLAIMS THE WORDS "AIR LINES" APART FROM THE MARK AS SHOWN. |
| **Type of Mark** | SERVICE MARK |
| **Register** | PRINCIPAL |
| **Affidavit Text** | SECT 8 (6-YR). SECTION 8(10-YR) 20040219. |
| **Renewal** | 2ND RENEWAL 20040219 |
| **Live/Dead Indicator** | LIVE |

| TESS HOME | NEW USER | STRUCTURED | FREE FORM | BROWSE DICT | SEARCH OG | TOP | HELP |



**United States Patent and Trademark Office**

Home | Site Index | Search | FAQ | Glossary | Guides | Contacts | eBusiness | eBiz alerts | News | Help

# Trademarks > **Trademark Electronic Search System (TESS)**

*TESS was last updated on Mon Mar 5 04:35:46 EST 2012*

| TESS HOME | NEW USER | STRUCTURED | FREE FORM | BROWSE DICT | SEARCH OG | BOTTOM | HELP |

| Logout | Please logout when you are done to release system resources allocated for you.

# Record 1 out of 1

| TARR Status | ASSIGN Status | TDR | TTAB Status | *( Use the "Back" button of the Internet Browser to return to TESS)*

## Typed Drawing

| | |
|---|---|
| **Word Mark** | DELTA AIR LINES |
| **Goods and Services** | IC 039. US 105. G & S: AIR TRANSPORTATION OF PERSONS, PROPERTY, AND MAIL. FIRST USE: 19340700. USED IN ANOTHER FORM NOVEMBER 1928, AS TO "DELTA.". FIRST USE IN COMMERCE: 19340700 |
| **Mark Drawing Code** | (1) TYPED DRAWING |
| **Serial Number** | 72433473 |
| **Filing Date** | August 22, 1972 |
| **Current Filing Basis** | 1A |
| **Original Filing Basis** | 1A |
| **Registration Number** | 0970418 |
| **Registration Date** | October 9, 1973 |
| **Owner** | (REGISTRANT) DELTA AIR LINES, INC. CORPORATION DELAWARE HARTSFIELD ATLANTA INTERNATIONAL AIRPORT ATLANTA GEORGIA 303206001

(LAST LISTED OWNER) DELTA AIR LINES, INC. CORPORATION DELAWARE 1030 DELTA BLVD ATLANTA GEORGIA 303541989 |
| **Assignment Recorded** | ASSIGNMENT RECORDED |
| **Attorney of Record** | J. SCOTT MCCLAIN |
| **Prior Registrations** | 0523611;0940201;AND OTHERS |
| **Disclaimer** | APPLICANT DISCLAIMS THE WORDS "AIR LINES" APART FROM THE MARK AS SHOWN. |
| **Type of Mark** | SERVICE MARK |
| **Register** | PRINCIPAL |
| **Affidavit Text** | SECT 15. SECT 8 (6-YR). SECTION 8(10-YR) 20030829. |
| **Renewal** | 2ND RENEWAL 20030829 |
| **Live/Dead Indicator** | LIVE |

| TESS HOME | NEW USER | STRUCTURED | FREE FORM | BROWSE DICT | SEARCH OG | TOP | HELP |

 **United States Patent and Trademark Office**

Home | Site Index | Search | FAQ | Glossary | Guides | Contacts | eBusiness | eBiz alerts | News | Help

# Trademarks > Trademark Electronic Search System (TESS)

*TESS was last updated on Mon Mar 5 04:35:46 EST 2012*

| TESS HOME | NEW USER | STRUCTURED | FREE FORM | BROWSE DICT | **SEARCH OG** | BOTTOM | HELP |

| Logout | Please logout when you are done to release system resources allocated for you.

# Record 1 out of 1

| TARR Status | ASSIGN Status | TDR | TTAB Status | *( Use the "Back" button of the Internet Browser to return to TESS)*

## Typed Drawing

| | |
|---|---|
| **Word Mark** | DELTA CONNECTION |
| **Goods and Services** | IC 039. US 105. G & S: AIR TRANSPORTATION OF PERSONS, PROPERTY AND MAIL. FIRST USE: 19840426. FIRST USE IN COMMERCE: 19840426 |
| **Mark Drawing Code** | (1) TYPED DRAWING |
| **Serial Number** | 73566899 |
| **Filing Date** | November 4, 1985 |
| **Current Filing Basis** | 1A |
| **Original Filing Basis** | 1A |
| **Published for Opposition** | November 18, 1986 |
| **Change In Registration** | CHANGE IN REGISTRATION HAS OCCURRED |
| **Registration Number** | 1428763 |
| **Registration Date** | February 10, 1987 |
| **Owner** | (REGISTRANT) DELTA AIR LINES, INC. CORPORATION DELAWARE HARTSFIELD ATLANTA INTERNATIONAL AIRPORT ATLANTA GEORGIA 303206001 |
| | (LAST LISTED OWNER) DELTA AIR LINES, INC. CORPORATION DELAWARE 1030 DELTA BLVD ATLANTA GEORGIA 303541989 |
| **Assignment Recorded** | ASSIGNMENT RECORDED |
| **Attorney of Record** | J. SCOTT MCCLAIN |
| **Prior Registrations** | 0704103;0970418;AND OTHERS |
| **Disclaimer** | NO CLAIM IS MADE TO THE EXCLUSIVE RIGHT TO USE "CONNECTION" APART FROM THE MARK AS SHOWN |
| **Type of Mark** | SERVICE MARK |
| **Register** | PRINCIPAL |
| **Affidavit Text** | SECT 15. SECT 8 (6-YR). SECTION 8(10-YR) 20070329. |
| **Renewal** | 1ST RENEWAL 20070329 |
| **Live/Dead Indicator** | LIVE |

| TESS HOME | NEW USER | STRUCTURED | FREE FORM | BROWSE DICT | **SEARCH OG** | TOP | HELP |



**United States Patent and Trademark Office**

Home | Site Index | Search | FAQ | Glossary | Guides | Contacts | eBusiness | eBiz alerts | News | Help

## Trademarks > Trademark Electronic Search System (TESS)

*TESS was last updated on Mon Mar 5 04:35:46 EST 2012*

| TESS HOME | NEW USER | STRUCTURED | FREE FORM | BROWSE DICT | SEARCH OG | BOTTOM | HELP |

Logout   Please logout when you are done to release system resources allocated for you.

# Record 1 out of 1

| TARR Status | ASSIGN Status | TDR | TTAB Status | *( Use the "Back" button of the Internet Browser to return to TESS)*

## Typed Drawing

| | |
|---|---|
| **Word Mark** | DELTA SHUTTLE |
| **Goods and Services** | IC 039. US 105. G & S: air transportation of persons, property and mail. FIRST USE: 19910901. FIRST USE IN COMMERCE: 19910901 |
| **Mark Drawing Code** | (1) TYPED DRAWING |
| **Serial Number** | 74201827 |
| **Filing Date** | September 9, 1991 |
| **Current Filing Basis** | 1A |
| **Original Filing Basis** | 1A |
| **Published for Opposition** | May 5, 1992 |
| **Registration Number** | **1703774** |
| **Registration Date** | July 28, 1992 |
| **Owner** | (REGISTRANT) Delta Air Lines, Inc. CORPORATION DELAWARE Hartsfield Atlanta International Airport Atlanta GEORGIA 303206001 |
| | (LAST LISTED OWNER) DELTA AIR LINES, INC. CORPORATION DELAWARE 1030 DELTA BLVD ATLANTA GEORGIA 303541989 |
| **Assignment Recorded** | ASSIGNMENT RECORDED |
| **Attorney of Record** | J. SCOTT MCCLAIN |
| **Prior Registrations** | 0654915;0970418;AND OTHERS |
| **Disclaimer** | NO CLAIM IS MADE TO THE EXCLUSIVE RIGHT TO USE "SHUTTLE" APART FROM THE MARK AS SHOWN |
| **Type of Mark** | SERVICE MARK |
| **Register** | PRINCIPAL |
| **Affidavit Text** | SECT 15. SECT 8 (6-YR). SECTION 8(10-YR) 20021107. |
| **Renewal** | 1ST RENEWAL 20021107 |
| **Live/Dead Indicator** | LIVE |

| TESS HOME | NEW USER | STRUCTURED | FREE FORM | BROWSE DICT | SEARCH OG | TOP | HELP |



**United States Patent and Trademark Office**

Home|Site Index|Search|FAQ|Glossary|Guides|Contacts|eBusiness|eBiz alerts|News|Help

## Trademarks > Trademark Electronic Search System (TESS)

*TESS was last updated on Mon Mar 5 04:35:46 EST 2012*

| TESS HOME | NEW USER | STRUCTURED | FREE FORM | BROWSE DICT | SEARCH OG | BOTTOM | HELP |

Logout   Please logout when you are done to release system resources allocated for you.

# Record 1 out of 1

| TARR Status | ASSIGN Status | TDR | TTAB Status |   *( Use the "Back" button of the Internet Browser to return to TESS)*

## Typed Drawing

| | |
|---|---|
| **Word Mark** | DELTA CENTER |
| **Goods and Services** | IC 041. US 101 102 107. G & S: providing arena facilities for exhibitions. FIRST USE: 19911016. FIRST USE IN COMMERCE: 19911016 |
| **Mark Drawing Code** | (1) TYPED DRAWING |
| **Serial Number** | 74249980 |
| **Filing Date** | February 21, 1992 |
| **Current Filing Basis** | 1A |
| **Original Filing Basis** | 1A |
| **Published for Opposition** | August 25, 1992 |
| **Registration Number** | **1733703** |
| **Registration Date** | November 17, 1992 |
| **Owner** | (REGISTRANT) Delta Air Lines, Inc. CORPORATION DELAWARE Hartsfield Atlanta International Airport Atlanta GEORGIA 303206001 |
| | (LAST LISTED OWNER) DELTA AIR LINES, INC. CORPORATION DELAWARE 1030 DELTA BLVD ATLANTA GEORGIA 303541989 |
| **Assignment Recorded** | ASSIGNMENT RECORDED |
| **Attorney of Record** | J. SCOTT MCCLAIN |
| **Prior Registrations** | 0970418;0984726;1443573;AND OTHERS |
| **Disclaimer** | NO CLAIM IS MADE TO THE EXCLUSIVE RIGHT TO USE "CENTER" APART FROM THE MARK AS SHOWN |
| **Type of Mark** | SERVICE MARK |
| **Register** | PRINCIPAL |
| **Affidavit Text** | SECT 15. SECT 8 (6-YR). SECTION 8(10-YR) 20030208. |
| **Renewal** | 1ST RENEWAL 20030208 |
| **Live/Dead Indicator** | LIVE |

| TESS HOME | NEW USER | STRUCTURED | FREE FORM | BROWSE DICT | SEARCH OG | TOP | HELP |



**United States Patent and Trademark Office**

Home|Site Index|Search|FAQ|Glossary|Guides|Contacts|eBusiness|eBiz alerts|News|Help

# Trademarks > Trademark Electronic Search System (TESS)

*TESS was last updated on Mon Mar 5 04:35:46 EST 2012*

| TESS HOME | NEW USER | STRUCTURED | FREE FORM | BROWSE DICT | SEARCH OG | BOTTOM | HELP |

| Logout | Please logout when you are done to release system resources allocated for you.

# Record 1 out of 1

| TARR Status | ASSIGN Status | TDR | TTAB Status |  *( Use the "Back" button of the Internet Browser to return to TESS)*

## ▲ DELTA CENTER

| | |
|---|---|
| **Word Mark** | DELTA CENTER |
| **Goods and Services** | IC 041. US 101 102 107. G & S: providing facilities for exhibitions. FIRST USE: 19911016. FIRST USE IN COMMERCE: 19911016 |
| **Mark Drawing Code** | (3) DESIGN PLUS WORDS, LETTERS, AND/OR NUMBERS |
| **Design Search Code** | 26.05.21 - Triangles that are completely or partially shaded<br>26.17.12 - Angles (geometric); Chevrons |
| **Serial Number** | 74249981 |
| **Filing Date** | February 21, 1992 |
| **Current Filing Basis** | 1A |
| **Original Filing Basis** | 1A |
| **Published for Opposition** | September 22, 1992 |
| **Registration Number** | **1740294** |
| **Registration Date** | December 15, 1992 |
| **Owner** | (REGISTRANT) Delta Air Lines, Inc. CORPORATION DELAWARE Hartsfield Atlanta International Airport Atlanta GEORGIA 303206001 |
| | (LAST LISTED OWNER) DELTA AIR LINES, INC. CORPORATION DELAWARE 1030 DELTA BLVD ATLANTA GEORGIA 303541989 |
| **Assignment Recorded** | ASSIGNMENT RECORDED |
| **Attorney of Record** | KENNETH A KLATT |
| **Disclaimer** | NO CLAIM IS MADE TO THE EXCLUSIVE RIGHT TO USE "CENTER" APART FROM THE MARK AS SHOWN |
| **Type of Mark** | SERVICE MARK |
| **Register** | PRINCIPAL |
| **Affidavit Text** | SECT 15. SECT 8 (6-YR). SECTION 8(10-YR) 20030308. |
| **Renewal** | 1ST RENEWAL 20030308 |
| **Live/Dead Indicator** | LIVE |

| TESS HOME | NEW USER | STRUCTURED | FREE FORM | BROWSE DICT | SEARCH OG | TOP | HELP |



**United States Patent and Trademark Office**

Home | Site Index | Search | FAQ | Glossary | Guides | Contacts | eBusiness | eBiz alerts | News | Help

## Trademarks > Trademark Electronic Search System (TESS)

*TESS was last updated on Mon Mar 5 04:35:46 EST 2012*

| TESS HOME | NEW USER | STRUCTURED | FREE FORM | BROWSE DICT | SEARCH OG | BOTTOM | HELP |

Logout Please logout when you are done to release system resources allocated for you.

# Record 1 out of 1

| TARR Status | ASSIGN Status | TDR | TTAB Status | *( Use the "Back" button of the Internet Browser to return to TESS)*



| | |
|---|---|
| **Word Mark** | DELTA |
| **Goods and Services** | IC 039. US 100 105. G & S: passenger air transportation services. FIRST USE: 19600400. FIRST USE IN COMMERCE: 19600400 |
| **Mark Drawing Code** | (3) DESIGN PLUS WORDS, LETTERS, AND/OR NUMBERS |
| **Design Search Code** | 18.09.01 - Airplanes; Gliders, airplane |
| **Serial Number** | 75064766 |
| **Filing Date** | February 28, 1996 |
| **Current Filing Basis** | 1A |
| **Original Filing Basis** | 1A |
| **Published for Opposition** | February 11, 1997 |
| **Registration Number** | 2058985 |
| **Registration Date** | May 6, 1997 |
| **Owner** | (REGISTRANT) Delta Air Lines, Inc. CORPORATION DELAWARE Hartsfield Atlanta International Airport Atlanta GEORGIA 303206001 |
| | (LAST LISTED OWNER) DELTA AIR LINES, INC. CORPORATION DELAWARE 1030 DELTA BLVD ATLANTA GEORGIA 303541989 |
| **Assignment Recorded** | ASSIGNMENT RECORDED |
| **Attorney of Record** | Kenneth A. Klatt |
| **Prior Registrations** | 0970418;1428763;1703774;AND OTHERS |
| **Description of Mark** | The mark consists of the markings on the aircraft and the wording "DELTA". The dotted lines are not part of the mark and serve only to show the position of the mark upon the aircraft. |
| **Type of Mark** | SERVICE MARK |
| **Register** | PRINCIPAL |
| **Affidavit Text** | SECT 8 (6-YR). |
| **Live/Dead Indicator** | LIVE |

| TESS HOME | NEW USER | STRUCTURED | FREE FORM | BROWSE DICT | SEARCH OG | TOP | HELP |



**United States Patent and Trademark Office**

Home | Site Index | Search | FAQ | Glossary | Guides | Contacts | eBusiness | eBiz alerts | News | Help

## Trademarks > Trademark Electronic Search System (TESS)

*TESS was last updated on Mon Mar 5 04:35:46 EST 2012*

| TESS HOME | NEW USER | STRUCTURED | FREE FORM | BROWSE DICT | SEARCH OG | BOTTOM | HELP |

Logout  Please logout when you are done to release system resources allocated for you.

# Record 1 out of 1

| TARR Status | ASSIGN Status | TDR | TTAB Status | *( Use the "Back" button of the Internet Browser to return to TESS)*

## Typed Drawing

| | |
|---|---|
| **Word Mark** | DELTA VACATIONS |
| **Goods and Services** | IC 039. US 100 105. G & S: Passenger air transportation services; Packaged vacation booking services. FIRST USE: 19970827. FIRST USE IN COMMERCE: 19970827 |
| **Mark Drawing Code** | (1) TYPED DRAWING |
| **Serial Number** | 75698744 |
| **Filing Date** | May 5, 1999 |
| **Current Filing Basis** | 1A |
| **Original Filing Basis** | 1A |
| **Published for Opposition** | September 5, 2000 |
| **Registration Number** | 2408003 |
| **Registration Date** | November 28, 2000 |
| **Owner** | (REGISTRANT) Delta Air Lines, Inc. CORPORATION DELAWARE Hartsfield Atlanta International Airport Atlanta GEORGIA 303206001 |
| | (LAST LISTED OWNER) DELTA AIR LINES, INC. CORPORATION DELAWARE 1030 DELTA BLVD Dept. 982 ATLANTA GEORGIA 303541989 |
| **Assignment Recorded** | ASSIGNMENT RECORDED |
| **Attorney of Record** | E. Alan Arnold |
| **Prior Registrations** | 0970418;1703774;AND OTHERS |
| **Disclaimer** | NO CLAIM IS MADE TO THE EXCLUSIVE RIGHT TO USE "VACATIONS" APART FROM THE MARK AS SHOWN |
| **Type of Mark** | SERVICE MARK |
| **Register** | PRINCIPAL |
| **Affidavit Text** | SECT 15. SECT 8 (6-YR). SECTION 8(10-YR) 20091203. |
| **Renewal** | 1ST RENEWAL 20091203 |
| **Live/Dead Indicator** | LIVE |

| TESS HOME | NEW USER | STRUCTURED | FREE FORM | BROWSE DICT | SEARCH OG | TOP | HELP |



**United States Patent and Trademark Office**

Home | Site Index | Search | FAQ | Glossary | Guides | Contacts | eBusiness | eBiz alerts | News | Help

# Trademarks > Trademark Electronic Search System (TESS)

*TESS was last updated on Mon Mar 5 04:35:46 EST 2012*

| TESS HOME | NEW USER | STRUCTURED | FREE FORM | BROWSE DICT | SEARCH OG | BOTTOM | HELP |

Logout  Please logout when you are done to release system resources allocated for you.

# Record 1 out of 1

| TARR Status | ASSIGN Status | TDR | TTAB Status |  *( Use the "Back" button of the Internet Browser to return to TESS)*

## Typed Drawing

| | |
|---|---|
| **Word Mark** | DELTA AIRELITE |
| **Goods and Services** | IC 039. US 100 105. G & S: Air Transportation. FIRST USE: 20011015. FIRST USE IN COMMERCE: 20011015 |
| **Mark Drawing Code** | (1) TYPED DRAWING |
| **Serial Number** | 76316100 |
| **Filing Date** | September 21, 2001 |
| **Current Filing Basis** | 1A |
| **Original Filing Basis** | 1B |
| **Published for Opposition** | September 24, 2002 |
| **Registration Number** | 2662451 |
| **Registration Date** | December 17, 2002 |
| **Owner** | (REGISTRANT) Delta Corporate Identity, Inc. CORPORATION DELAWARE 1030 Delta Boulevard Atlanta GEORGIA 303202574 |
| | (LAST LISTED OWNER) DELTA AIR LINES, INC. CORPORATION DELAWARE 1030 DELTA BLVD ATLANTA GEORGIA 303541989 |
| **Assignment Recorded** | ASSIGNMENT RECORDED |
| **Attorney of Record** | J.Scott McClain |
| **Prior Registrations** | 0654915;0970418;1703774;AND OTHERS |
| **Type of Mark** | SERVICE MARK |
| **Register** | PRINCIPAL |
| **Affidavit Text** | SECT 15. SECT 8 (6-YR). |
| **Live/Dead Indicator** | LIVE |

| TESS HOME | NEW USER | STRUCTURED | FREE FORM | BROWSE DICT | SEARCH OG | TOP | HELP |

 **United States Patent and Trademark Office**

Home | Site Index | Search | FAQ | Glossary | Guides | Contacts | eBusiness | eBiz alerts | News | Help

# Trademarks > Trademark Electronic Search System (TESS)

*TESS was last updated on Mon Mar 5 04:35:46 EST 2012*

| TESS HOME | NEW USER | STRUCTURED | FREE FORM | BROWSE DICT | SEARCH OG | BOTTOM | HELP |

Logout  Please logout when you are done to release system resources allocated for you.

# Record 1 out of 1

| TARR Status | ASSIGN Status | TDR | TTAB Status |  *( Use the "Back" button of the Internet Browser to return to TESS)*

## Typed Drawing

| | |
|---|---|
| **Word Mark** | DELTA CONNECTION |
| **Goods and Services** | IC 041. US 100 101 107. G & S: aircraft flight instruction and training; educational services in the nature of courses at the university level offering associate and bachelors degrees in aviation science. FIRST USE: 20030312. FIRST USE IN COMMERCE: 20030312 |
| **Mark Drawing Code** | (1) TYPED DRAWING |
| **Serial Number** | 78313739 |
| **Filing Date** | October 15, 2003 |
| **Current Filing Basis** | 1A |
| **Original Filing Basis** | 1A |
| **Published for Opposition** | May 10, 2005 |
| **Registration Number** | **2980826** |
| **Registration Date** | August 2, 2005 |
| **Owner** | (REGISTRANT) Delta Corporate Identity, Inc. CORPORATION DELAWARE Dept. 981 1030 Delta Boulevard Atlanta GEORGIA 303202574 |
| | (LAST LISTED OWNER) DELTA AIR LINES, INC. CORPORATION DELAWARE 1030 DELTA BLVD ATLANTA GEORGIA 303541989 |
| **Assignment Recorded** | ASSIGNMENT RECORDED |
| **Prior Registrations** | 1428763 |
| **Type of Mark** | SERVICE MARK |
| **Register** | PRINCIPAL |
| **Affidavit Text** | SECT 15. SECT 8 (6-YR). |
| **Live/Dead Indicator** | LIVE |

| TESS HOME | NEW USER | STRUCTURED | FREE FORM | BROWSE DICT | SEARCH OG | TOP | HELP |



**United States Patent and Trademark Office**

Home | Site Index | Search | FAQ | Glossary | Guides | Contacts | eBusiness | eBiz alerts | News | Help

## Trademarks > Trademark Electronic Search System (TESS)

*TESS was last updated on Mon Mar 5 04:35:46 EST 2012*

| TESS HOME | NEW USER | STRUCTURED | FREE FORM | BROWSE DICT | SEARCH OG | BOTTOM | HELP |

Logout   Please logout when you are done to release system resources allocated for you.

# Record 1 out of 1

| TARR Status | ASSIGN Status | TDR | TTAB Status |   *( Use the "Back" button of the Internet Browser to return to TESS)*

## ▲ DELTA

# SKY CLUB

| | |
|---|---|
| **Word Mark** | DELTA SKY CLUB |
| **Goods and Services** | IC 039. US 100 105. G & S: Air transportation services featuring transit lounge facilities for passenger relaxation. FIRST USE: 20090415. FIRST USE IN COMMERCE: 20090415 |
| **Mark Drawing Code** | (3) DESIGN PLUS WORDS, LETTERS, AND/OR NUMBERS |
| **Design Search Code** | 26.05.21 - Triangles that are completely or partially shaded<br>26.05.28 - Miscellaneous designs with overall triangular shape; Triangular shape (miscellaneous overall shape) |
| **Trademark Search Facility Classification Code** | SHAPES-CHEVRONS Designs with a general shape of a chevron or V character<br>SHAPES-COLORS-2 Design listing or lined for two colors<br>SHAPES-MISC Miscellaneous shaped designs<br>SHAPES-TRIANGLES Triangular shaped designs and marks including incomplete triangles |
| **Serial Number** | 77684419 |
| **Filing Date** | March 5, 2009 |
| **Current Filing Basis** | 1A |
| **Original Filing Basis** | 1B |
| **Published for Opposition** | February 2, 2010 |
| **Registration Number** | 3890727 |
| **Registration Date** | December 14, 2010 |
| **Owner** | (REGISTRANT) Delta Air Lines, Inc. CORPORATION DELAWARE 1030 Delta Boulevard Atlanta GEORGIA 30320 |
| **Assignment Recorded** | ASSIGNMENT RECORDED |
| **Attorney of Record** | Frederick W. Meyers |
| **Prior Registrations** | 0654915;0970418;2058985;AND OTHERS |
| **Disclaimer** | NO CLAIM IS MADE TO THE EXCLUSIVE RIGHT TO USE "CLUB" APART FROM THE MARK AS SHOWN |
| **Description of Mark** | The color(s) red and blue is/are claimed as a feature of the mark. The mark consists of a triangular design element in the color red to the left of the wording "DELTA SKY CLUB" in the color blue. |
| **Type of Mark** | SERVICE MARK |
| **Register** | PRINCIPAL |
| **Live/Dead Indicator** | LIVE |

| TESS HOME | NEW USER | STRUCTURED | FREE FORM | BROWSE DICT | SEARCH OG | TOP | HELP |



**United States Patent and Trademark Office**

Home | Site Index | Search | FAQ | Glossary | Guides | Contacts | eBusiness | eBiz alerts | News | Help

## Trademarks > Trademark Electronic Search System (TESS)

*TESS was last updated on Mon Mar 5 04:35:46 EST 2012*

| TESS Home | New User | Structured | Free Form | Browse Dict | SEARCH OG | Bottom | HELP |

Logout   Please logout when you are done to release system resources allocated for you.

# Record 1 out of 1

| TARR Status | ASSIGN Status | TDR | TTAB Status |   *( Use the "Back" button of the Internet Browser to return to TESS)*

# DELTA ASSIST

| | |
|---|---|
| **Word Mark** | DELTA ASSIST |
| **Goods and Services** | IC 038. US 100 101 104. G & S: Providing a customer service forum online or via social media. FIRST USE: 20100510. FIRST USE IN COMMERCE: 20100510 |
| **Standard Characters Claimed** | |
| **Mark Drawing Code** | (4) STANDARD CHARACTER MARK |
| **Serial Number** | 85204216 |
| **Filing Date** | December 22, 2010 |
| **Current Filing Basis** | 1A |
| **Original Filing Basis** | 1B |
| **Published for Opposition** | April 26, 2011 |
| **Registration Number** | 3994004 |
| **Registration Date** | July 12, 2011 |
| **Owner** | (REGISTRANT) DELTA AIR LINES, INC. CORPORATION DELAWARE 1030 Delta Boulevard Atlanta GEORGIA 30320 |
| **Attorney of Record** | Frederick W. Meyers |
| **Disclaimer** | NO CLAIM IS MADE TO THE EXCLUSIVE RIGHT TO USE "ASSIST" APART FROM THE MARK AS SHOWN |
| **Type of Mark** | SERVICE MARK |
| **Register** | PRINCIPAL |
| **Live/Dead Indicator** | LIVE |

| TESS Home | New User | Structured | Free Form | Browse Dict | SEARCH OG | Top | HELP |

# Exhibit 4

URL

| ▌▐ ✦ | **Canadian Intellectual Property Office** | **Office de la propriété intellectuelle du Canada** | **Canada** |
|---|---|---|---|
| | An Agency of Industry Canada | Un organisme d'Industrie Canada | |

## Canadian Intellectual Property Office

# Canadian Trade-marks Database

## CANADIAN TRADE-MARK DATA

⇨ <u>Search Page</u>

\*\*\* Note Data on trade-marks is shown in the official language in which it was submitted.

The database was last updated on: 2012-02-28

**APPLICATION NUMBER:**
0394181
**STATUS:**
**FILED:**
**REGISTERED:**

**REGISTRATION NUMBER:**
TMA222350
REGISTERED
1976-02-04
1977-08-12

**REGISTRANT:**
DELTA AIR LINES, INC.
ATTN: MS. PATRICIA W. LAMAR
DEPT. 971,
HARTSFIELD ATLANTA INTERNATIONAL AIRPORT
ATLANTA, GEORGIA 30320
UNITED STATES OF AMERICA

    <u>REPRESENTATIVE FOR SERVICE:</u>
    ALAN G. WARNOCK,
    (WARNOCK & COMPANY),
    BOX 5104,
    204, 304 MAIN STREET SQUARE,
    AIRDRIE,
    ALBERTA T4B 2B2

**CURRENT OWNER:**
Delta Air Lines, Inc.
(a Delaware corporation)
1030 Delta Boulevard
Atlanta, Georgia
UNITED STATES OF AMERICA

    <u>REPRESENTATIVE FOR SERVICE:</u>
    RIDOUT & MAYBEE LLP
    4TH FLOOR
    100 MURRAY STREET
    OTTAWA
    ONTARIO K1N 0A1

**INTERESTED PARTIES:**
    <u>OLD OWNER</u>
    Delta Corporate Identity, Inc.
    (a Delaware corporation)
    1030 Delta Blvd.,
    Atlanta, Georgia,
    UNITED STATES OF AMERICA

**TRADE-MARK:**

# DELTA AIR LINES

**DISCLAIMER TEXT:**
The right to the exclusive use of the word AIR LINES is disclaimed apart from the trade-mark.

**INDEX HEADINGS:**
DELTA AIR LINES

**SERVICES:**
(1) Air transportation of persons, property and mail.

**CLAIMS:**
Used in CANADA since at least as early as July 1934.

**ASSOCIATED MARKS:**
TMA226,289 TMA588,915 TMA626,928 1,509,397

**Action Information**

| ACTION | DATE | BF | COMMENTS |
|---|---|---|---|
| Filed | 1976-02-04 | | |
| Registered | 1977-08-12 | | |
| Renewed | 1992-08-12 | | |
| Rep for Service Changed | 2001-06-29 | | From: 2971 To: 9681 / Voir Preuve au dossier/See evidence on File No. 319658 |
| Agent Changed | 2001-06-29 | | From: To: 9681 / Voir Preuve au dossier/See evidence on File No. 319658 |
| Change in Title Registered | 2001-06-29 | | Assignment / Voir Preuve au dossier/See evidence on File No. 319658 |
| Rep for Service Changed | 2007-05-28 | | From: 9681 To: 10425 / Voir Preuve au dossier/See evidence on File No. 394181 |
| Amendment to Registration | 2007-07-09 | | Merger and address / Voir Preuve au dossier/See evidence on File No. 319658 |
| Renewed | 2007-08-12 | | DP:2007/04/26 RD:2007/04/26 RR:(10425) RIDOUT & MAYBEE LLP |

**FOOTNOTES:**
***OWNER ADDRESS CHANGE/CHANGEMENT D'ADRESSE DU PROPRIÉTAIRE:***
DATE REGISTERED/DATE DE L'ENREGISTREMENT: 02 oct/Oct 1992

***CHANGE IN TITLE/CHANGEMENT EN TITRE:***
TYPE OF CHANGE/GENRE DE CHANGEMENT: Assignment/Cession
DATE REGISTERED/DATE DE L'ENREGISTREMENT: 29 juin/Jun 2001
DATE OF CHANGE/DATE DE CHANGEMENT: 30 avr/Apr 2001
COMMENTS/COMMENTAIRES: FROM: DELTA AIR LINES, INC.
TO: Delta Corporate Identity, Inc.
(a Delaware corporation)
Voir Preuve au dossier/See evidence on File No. 319658

***Merger and address/Fusionnement et adresse***
DATE REGISTERED/DATE DE L'ENREGISTREMENT: 09 juil/Jul 2007
DATE OF CHANGE/DATE DE CHANGEMENT: 30 avr/Apr 2007
COMMENTS/COMMENTAIRES: FROM: Delta Corporate Identity, Inc.
(a Delaware corporation)
TO: Delta Air Lines, Inc.
(a Delaware corporation)
Voir Preuve au dossier/See evidence on File No. 319658

| Back to search | Back |



| Canadian Intellectual Property Office | Office de la propriété intellectuelle du Canada | Canadä |
|---|---|---|
| An Agency of Industry Canada | Un organisme d'Industrie Canada | |

# Canadian Intellectual Property Office

## Canadian Trade-marks Database

## CANADIAN TRADE-MARK DATA

⇨ Search Page

*** Note Data on trade-marks is shown in the official language in which it was submitted.

The database was last updated on: 2012-02-28

**APPLICATION NUMBER:**      **REGISTRATION NUMBER:**
0405964                                      TMA226289
**STATUS:**                                     REGISTERED
**FILED:**                                        1977-01-10
**REGISTERED:**                           1978-02-24

**REGISTRANT:**
DELTA AIR LINES, INC.
ATTN: MS. PATRIACIA W. LAMAR
DEPT. 971,
HARTSFIELD ATLANTA INTERNATIONAL AIRPORT
ATLANTA, GEORGIA 30320
UNITED STATES OF AMERICA

         REPRESENTATIVE FOR SERVICE:
         NORTON ROSE CANADA
         LLP/S.E.N.C.R.L.,S.R.L.
         1, Place Ville Marie
         Suite 2500
         Montreal
         QUEBEC H3B 1R1

**CURRENT OWNER:**
Delta Air Lines, Inc.
(a Delaware corporation)
1030 Delta Boulevard
Atlanta, Georgia
UNITED STATES OF AMERICA

         REPRESENTATIVE FOR SERVICE:
         SMART & BIGGAR
         438 UNIVERSITY AVENUE
         SUITE 1500, BOX 111
         TORONTO
         ONTARIO M5G 2K8

**INTERESTED PARTIES:**
         OLD OWNER
         Delta Corporate Identity, Inc.
         (a Delaware corporation)
         1030 Delta Blvd.,
         Atlanta, Georgia,
         UNITED STATES OF AMERICA

**TRADE-MARK:**

# DELTA

**INDEX HEADINGS:**
DELTA

**SERVICES:**
(1) Air transportation of persons, property and mail.

**CLAIMS:**
Used in CANADA since at least as early as February 1929.

**ASSOCIATED MARKS:**
TMA222,350 TMA588,915 TMA626,928 1,509,397

**Action Information**

| ACTION | DATE | BF | COMMENTS |
|---|---|---|---|
| Filed | 1977-01-10 | | |
| Registered | 1978-02-24 | | |
| Renewed | 1993-02-24 | | |
| Rep for Service Changed | 2001-06-29 | | From: 5153 To: 9681 / Voir Preuve au dossier/See evidence on File No. 319658 |
| Change in Title Registered | 2001-06-29 | | Assignment / Voir Preuve au dossier/See evidence on File No. 319658 |
| Agent Changed | 2001-06-29 | | From: To: 9681 / Voir Preuve au dossier/See evidence on File No. 319658 |
| Amendment to Registration | 2007-07-09 | | Merger and address / Voir Preuve au dossier/See evidence on File No. 319658 |
| Renewed | 2008-02-24 | | DP:2007/12/24 RD:2007/12/20 RR:(9681) SMART & BIGGAR |

**FOOTNOTES:**
*OWNER ADDRESS CHANGE/CHANGEMENT D'ADRESSE DU PROPRIÉTAIRE:*
DATE REGISTERED/DATE DE L'ENREGISTREMENT: 02 oct/Oct 1992

*CHANGE IN TITLE/CHANGEMENT EN TITRE:*
TYPE OF CHANGE/GENRE DE CHANGEMENT: Assignment/Cession
DATE REGISTERED/DATE DE L'ENREGISTREMENT: 29 juin/Jun 2001
DATE OF CHANGE/DATE DE CHANGEMENT: 30 avr/Apr 2001
COMMENTS/COMMENTAIRES: FROM: DELTA AIR LINES, INC.
TO: Delta Corporate Identity, Inc.
(a Delaware corporation)
Voir Preuve au dossier/See evidence on File No. 319658

*Merger and address/Fusionnement et adresse*
DATE REGISTERED/DATE DE L'ENREGISTREMENT: 09 juil/Jul 2007
DATE OF CHANGE/DATE DE CHANGEMENT: 30 avr/Apr 2007
COMMENTS/COMMENTAIRES: FROM: Delta Corporate Identity, Inc.
(a Delaware corporation)
TO: Delta Air Lines, Inc.
(a Delaware corporation)
Voir Preuve au dossier/See evidence on File No. 319658

Back to search     Back

Last updated:  2012-01-09

URL



Canadian Intellectual
Property Office

An Agency of
Industry Canada

Office de la propriété
intellectuelle du Canada

Un organisme
d'Industrie Canada



## Canadian Intellectual Property Office

# Canadian Trade-marks Database

## CANADIAN TRADE-MARK DATA

➪ Search Page

*** Note Data on trade-marks is shown in the official language in which it was submitted.

The database was last updated on: 2012-02-28

| **APPLICATION NUMBER:** | **REGISTRATION NUMBER:** |
|---|---|
| 1109198 | TMA588915 |
| **STATUS:** | REGISTERED |
| **FILED:** | 2001-07-11 |
| **FORMALIZED:** | 2001-08-07 |
| **ADVERTISED:** | 2003-04-23 |
| **REGISTERED:** | 2003-09-04 |

**REGISTRANT:**
DELTA CORPORATE IDENTITY, INC.
1030 Delta Boulevard,
Atlanta, Georgia,
UNITED STATES OF AMERICA

REPRESENTATIVE FOR SERVICE:
SMART & BIGGAR
438 UNIVERSITY AVENUE
SUITE 1500, BOX 111
TORONTO
ONTARIO M5G 2K8

**CURRENT OWNER:**
Delta Air Lines, Inc.
(a Delaware corporation)
1030 Delta Boulevard
Atlanta, Georgia
UNITED STATES OF AMERICA

REPRESENTATIVE FOR SERVICE:
SMART & BIGGAR
438 UNIVERSITY AVENUE
SUITE 1500, BOX 111
TORONTO
ONTARIO M5G 2K8

**TRADE-MARK:**

# DELTA CONNECTION

**DISCLAIMER TEXT:**
The right to the exclusive use of the word CONNECTION is disclaimed apart from the trade-mark.

**INDEX HEADINGS:**
DELTA CONNECTION

**SERVICES:**
(1) Transportation services, namely, transportation of passengers, property and cargo by air; storage services, namely, air cargo storage and handling services; travel services, namely, arranging tours, cruises and other travel packages, travel agency and booking services, namely making reservations and bookings for transportation and providing online facilities for purchase of travel services.

**CLAIMS:**
Used in CANADA since at least as early as November 01, 1984.

**ASSOCIATED MARKS:**
TMA222,350 TMA226,289 TMA626,928 1,509,397

**Action Information**

| ACTION | DATE | BF | COMMENTS |
|---|---|---|---|
| Filed | 2001-07-11 | | |
| Created | 2001-07-17 | | |
| Formalized | 2001-08-07 | | |
| Clerical Correction | 2001-11-19 | | Amended TM per correspondence dated 2001/09/06. |
| Search Recorded | 2002-09-30 | | |
| Examiner's First Report | 2002-09-30 | 2003-01-30 | |
| Approved | 2003-02-28 | | |
| Extracted for Advertisement | 2003-04-10 | | Vol.50 Issue 2530 2003/04/23 |
| Advertised | 2003-04-23 | | Vol.50 Issue 2530 |
| Allowed | 2003-07-11 | | |
| Allowance Notice Sent | 2003-07-11 | 2004-01-11 | |
| Registered | 2003-09-04 | | |
| Amendment to Registration | 2007-07-09 | | Merger and address / Voir Preuve au dossier/See evidence on File No. 319658 |

**FOOTNOTES:**
*Merger and address/Fusionnement et adresse*
DATE REGISTERED/DATE DE L'ENREGISTREMENT: 09 juil/Jul 2007
DATE OF CHANGE/DATE DE CHANGEMENT: 30 avr/Apr 2007
COMMENTS/COMMENTAIRES: FROM: DELTA CORPORATE IDENTITY, INC.
TO: Delta Air Lines, Inc.
(a Delaware corporation)
Voir Preuve au dossier/See evidence on File No. 319658

[ Back to search ] [ Back ]

Last updated:  2012-01-09



| Canadian Intellectual Property Office | Office de la propriété intellectuelle du Canada |
|---|---|
| An Agency of Industry Canada | Un organisme d'Industrie Canada |



## Canadian Intellectual Property Office

## Canadian Trade-marks Database

## CANADIAN TRADE-MARK DATA

⇨ Search Page

\*\*\* Note Data on trade-marks is shown in the official language in which it was submitted.

The database was last updated on: 2012-02-28

| APPLICATION NUMBER: | REGISTRATION NUMBER: |
|---|---|
| 1185792 | TMA626928 |
| **STATUS:** | REGISTERED |
| **FILED:** | 2003-07-24 |
| **FORMALIZED:** | 2003-08-27 |
| **ADVERTISED:** | 2004-08-04 |
| **REGISTERED:** | 2004-11-29 |

**REGISTRANT:**
DELTA CORPORATE IDENTITY, INC.
1030 Delta Boulevard
Atlanta, Georgia
UNITED STATES OF AMERICA

> REPRESENTATIVE FOR SERVICE:
> SMART & BIGGAR
> 438 UNIVERSITY AVENUE
> SUITE 1500, BOX 111
> TORONTO
> ONTARIO M5G 2K8

**CURRENT OWNER:**
Delta Air Lines, Inc.
(a Delaware corporation)
1030 Delta Boulevard
Atlanta, Georgia
UNITED STATES OF AMERICA

> REPRESENTATIVE FOR SERVICE:
> SMART & BIGGAR
> 438 UNIVERSITY AVENUE
> SUITE 1500, BOX 111
> TORONTO
> ONTARIO M5G 2K8

**TRADE-MARK:**

# DELTA AIRELITE

**INDEX HEADINGS:**
DELTA AIRELITE

URL

AIR ELITE

**SERVICES:**
(1) Air transportation.

**CLAIMS:**
Used in CANADA since at least as early as October 15, 2001.
Used in UNITED STATES OF AMERICA.
Registered in or for UNITED STATES OF AMERICA on December 17, 2002
under No. 2662451.

**ASSOCIATED MARKS:**
TMA222,350 TMA226,289 TMA588,915 1,509,397

**Action Information**

| ACTION | DATE | BF | COMMENTS |
|---|---|---|---|
| Filed | 2003-07-24 | | |
| Created | 2003-08-11 | | |
| Formalized | 2003-08-27 | | |
| Search Recorded | 2004-02-16 | | |
| Examiner's First Report | 2004-02-16 | 2004-06-16 | |
| Approved | 2004-06-30 | | |
| Extracted for Advertisement | 2004-07-20 | | Vol.51 Issue 2597 2004/08/04 |
| Advertised | 2004-08-04 | | Vol.51 Issue 2597 |
| Allowed | 2004-10-22 | | |
| Allowance Notice Sent | 2004-10-22 | 2005-04-22 | |
| Registered | 2004-11-29 | | |
| Amendment to Registration | 2007-07-09 | | Merger and address / Voir Preuve au dossier/See evidence on File No. 319658 |

**FOOTNOTES:**
*Merger and address/Fusionnement et adresse*
DATE REGISTERED/DATE DE L'ENREGISTREMENT: 09 juil/Jul 2007
DATE OF CHANGE/DATE DE CHANGEMENT: 30 avr/Apr 2007
COMMENTS/COMMENTAIRES: FROM: DELTA CORPORATE IDENTITY, INC.
TO: Delta Air Lines, Inc.
(a Delaware corporation)
Voir Preuve au dossier/See evidence on File No. 319658

| Back to search | Back |

Last updated:  2012-01-09

# Exhibit 5



**United States Patent and Trademark Office**

Home | Site Index | Search | FAQ | Glossary | Guides | Contacts | eBusiness | eBiz alerts | News | Help

# Trademarks > Trademark Electronic Search System (TESS)

*TESS was last updated on Mon Mar 5 04:35:46 EST 2012*

| TESS HOME | NEW USER | STRUCTURED | FREE FORM | BROWSE DICT | SEARCH OG | BOTTOM | HELP |

Logout Please logout when you are done to release system resources allocated for you.

# Record 1 out of 1

| TARR Status | ASSIGN Status | TDR | TTAB Status | *( Use the "Back" button of the Internet Browser to return to TESS)*



| | |
|---|---|
| **Goods and Services** | IC 039. US 105. G & S: Air Transportation of Persons, Property, and Mail. FIRST USE: 19590725. FIRST USE IN COMMERCE: 19590725 |
| **Mark Drawing Code** | (2) DESIGN ONLY |
| **Design Search Code** | 26.05.21 - Triangles that are completely or partially shaded<br>26.17.12 - Angles (geometric); Chevrons |
| **Serial Number** | 72086020 |
| **Filing Date** | November 25, 1959 |
| **Current Filing Basis** | 1A |
| **Original Filing Basis** | 1A |
| **Registration Number** | **0704103** |
| **International Registration Number** | 0923105 |
| **Registration Date** | September 6, 1960 |
| **Owner** | (REGISTRANT) Delta Air Lines, Inc. CORPORATION LOUISIANA ATLANTA AIRPORT Atlanta GEORGIA |
| | (LAST LISTED OWNER) DELTA AIR LINES, INC. CORPORATION DELAWARE 1030 DELTA BLVD Dept. 982 ATLANTA GEORGIA 303541989 |
| **Assignment Recorded** | ASSIGNMENT RECORDED |
| **Attorney of Record** | E. Alan Arnold |
| **Prior Registrations** | 0523611;0661166;AND OTHERS |
| **Type of Mark** | SERVICE MARK |
| **Register** | PRINCIPAL |
| **Affidavit Text** | SECT 8 (6-YR). SECTION 8(10-YR) 20091013. |
| **Renewal** | 3RD RENEWAL 20091013 |
| **Live/Dead Indicator** | LIVE |

| TESS HOME | NEW USER | STRUCTURED | FREE FORM | BROWSE DICT | SEARCH OG | TOP | HELP |



**United States Patent and Trademark Office**

Home | Site Index | Search | FAQ | Glossary | Guides | Contacts | eBusiness | eBiz alerts | News | Help

## Trademarks > Trademark Electronic Search System (TESS)

*TESS was last updated on Mon Mar 5 04:35:46 EST 2012*

| TESS HOME | NEW USER | STRUCTURED | FREE FORM | BROWSE DICT | SEARCH OG | BOTTOM | HELP |

| Logout | Please logout when you are done to release system resources allocated for you.

# Record 1 out of 1

| TARR Status | ASSIGN Status | TDR | TTAB Status | *( Use the "Back" button of the Internet Browser to return to TESS)*



| | |
|---|---|
| **Goods and Services** | IC 039. US 105. G & S: AIR TRANSPORTATION OF PERSONS, PROPERTY, AND MAIL. FIRST USE: 19790103. FIRST USE IN COMMERCE: 19790103. |
| **Mark Drawing Code** | (2) DESIGN ONLY |
| **Design Search Code** | 26.05.09 - Triangles made of geometric figures, objects, humans, plants or animals<br>26.05.12 - Triangles with bars, bands and lines<br>26.17.12 - Angles (geometric); Chevrons |
| **Serial Number** | 73206154 |
| **Filing Date** | March 5, 1979 |
| **Current Filing Basis** | 1A |
| **Original Filing Basis** | 1A |
| **Published for Opposition** | July 1, 1980 |
| **Registration Number** | 1143697 |
| **Registration Date** | December 16, 1980 |
| **Owner** | (REGISTRANT) DELTA AIR LINES, INC. CORPORATION DELAWARE HARTSFIELD ATLANTA INTERNATIONAL AIRPORT ATLANTA GEORGIA 30320<br><br>(LAST LISTED OWNER) DELTA AIR LINES, INC. CORPORATION DELAWARE 1030 DELTA BLVD ATLANTA GEORGIA 303541989 |
| **Assignment Recorded** | ASSIGNMENT RECORDED |
| **Attorney of Record** | J. SCOTT MCCLAIN |
| **Prior Registrations** | 0523611;1084292;AND OTHERS |
| **Type of Mark** | SERVICE MARK |
| **Register** | PRINCIPAL |
| **Affidavit Text** | SECT 15. SECT 8 (6-YR). SECTION 8(10-YR) 20010829. |
| **Renewal** | 1ST RENEWAL 20010829 |
| **Live/Dead Indicator** | LIVE |

| TESS HOME | NEW USER | STRUCTURED | FREE FORM | BROWSE DICT | SEARCH OG | TOP | HELP |



**United States Patent and Trademark Office**

Home | Site Index | Search | FAQ | Glossary | Guides | Contacts | eBusiness | eBiz alerts | News | Help

# Trademarks > Trademark Electronic Search System (TESS)

*TESS was last updated on Mon Mar 5 04:35:46 EST 2012*

| TESS HOME | NEW USER | STRUCTURED | FREE FORM | BROWSE DICT | SEARCH OG | BOTTOM | HELP |

Logout   Please logout when you are done to release system resources allocated for you.

# Record 1 out of 1

| TARR Status | ASSIGN Status | TDR | TTAB Status |

*( Use the "Back" button of the Internet Browser to return to TESS)*



| | |
|---|---|
| **Goods and Services** | IC 039. US 100 105. G & S: AIR TRANSPORTATION OF PERSONS, PROPERTY AND MAIL. FIRST USE: 20000323. FIRST USE IN COMMERCE: 20000323 |
| **Mark Drawing Code** | (2) DESIGN ONLY |
| **Design Search Code** | 26.05.21 - Triangles that are completely or partially shaded<br>26.05.28 - Miscellaneous designs with overall triangular shape; Triangular shape (miscellaneous overall shape) |
| **Serial Number** | 76311945 |
| **Filing Date** | September 17, 2001 |
| **Current Filing Basis** | 1A |
| **Original Filing Basis** | 1A |
| **Published for Opposition** | January 8, 2002 |
| **Registration Number** | 2556013 |
| **Registration Date** | April 2, 2002 |
| **Owner** | (REGISTRANT) Delta Corporate Identity, Inc. CORPORATION DELAWARE 1030 DELTA BOULEVARD ATLANTA GEORGIA 303202574 |
| | (LAST LISTED OWNER) DELTA AIR LINES, INC. CORPORATION DELAWARE 1030 DELTA BLVD Legal Dept. (981/ATG) ATLANTA GEORGIA 303541989 |
| **Assignment Recorded** | ASSIGNMENT RECORDED |
| **Attorney of Record** | J. Scott McClain |
| **Type of Mark** | SERVICE MARK |
| **Register** | PRINCIPAL |
| **Affidavit Text** | SECT 15. SECT 8 (6-YR). |
| **Live/Dead Indicator** | LIVE |

| TESS HOME | NEW USER | STRUCTURED | FREE FORM | BROWSE DICT | SEARCH OG | TOP | HELP |

# Exhibit 6



Canadian Intellectual Property Office
An Agency of Industry Canada

Office de la propriété intellectuelle du Canada
Un organisme d'Industrie Canada

## Canadian Intellectual Property Office

## Canadian Trade-marks Database

## CANADIAN TRADE-MARK DATA

⇨ Search Page

*** Note Data on trade-marks is shown in the official language in which it was submitted.

The database was last updated on: 2012-02-28

**APPLICATION NUMBER:**
0394178

**REGISTRATION NUMBER:**
TMA220815

**STATUS:**                              REGISTERED
**FILED:**                                1976-02-04
**REGISTERED:**                           1977-05-27

**REGISTRANT:**
DELTA AIR LINES, INC.
ATTN: MS. PATRICIA W. LAMAR
DEPT. 971,
HARTSFIELD ATLANTA INTERNATIONAL AIRPORT
ATLANTA, GEORGIA 30320
UNITED STATES OF AMERICA

REPRESENTATIVE FOR SERVICE:
NORTON ROSE CANADA
LLP/S.E.N.C.R.L.,S.R.L.
1, Place Ville Marie
Suite 2500
Montreal
QUEBEC H3B 1R1

**CURRENT OWNER:**
Delta Air Lines, Inc.
(a Delaware corporation)
1030 Delta Boulevard
Atlanta, Georgia
UNITED STATES OF AMERICA

REPRESENTATIVE FOR SERVICE:
RIDOUT & MAYBEE LLP
4TH FLOOR
100 MURRAY STREET
OTTAWA
ONTARIO K1N 0A1

**INTERESTED PARTIES:**
OLD OWNER
Delta Corporate Identity, Inc.
(a Delaware corporation)
1030 Delta Blvd.,
Atlanta, Georgia,
UNITED STATES OF AMERICA

**TRADE-MARK:**



**MARK DESCRIPTIVE REFERENCE:**
**A DESIGN**

**INDEX HEADINGS:**
A

**VIENNA INFORMATION:**
**VIENNA INFORMATION**

| Code | Description |
|------|-------------|
| 24.15.21 | Arrowheads -- Note: Not including arrowheads in the form of angles (26.3.23). |
| 26.3.23 | Lines or bands forming an angle -- Note: Including chevrons and arrowheads formed by lines or bands. |
| 26.3.1 | One triangle |
| 26.3.24 | Triangles with dark surfaces or parts of surfaces |
| 27.1.1 | Letters or numerals forming geometrical figures, written or typographical matter in perspective |
| 27.1.5 | Letters or numerals forming a triangle (surface or periphery) |

**SERVICES:**
(1) Air transportation of persons, property, and mail.

**CLAIMS:**
Used in CANADA since at least as early as September 1959.

**ASSOCIATED MARKS:**
TMA796,254

**Action Information**

| ACTION | DATE | BF | COMMENTS |
|--------|------|----|----------|
| Filed | 1976-02-04 | | |
| Registered | 1977-05-27 | | |
| Renewed | 1992-05-27 | | |
| Rep for Service Changed | 2001-06-29 | | From: 5153 To: 9681 / Voir Preuve au dossier/See evidence on File No. 319658 |
| Agent Changed | 2001-06-29 | | From: To: 9681 / Voir Preuve au dossier/See evidence on File No. 319658 |
| Change in Title Registered | 2001-06-29 | | Assignment / Voir Preuve au dossier/See evidence on File No. 319658 |
| Rep for Service Changed | 2007-01-10 | | From: 9681 To: 10425 / Voir Preuve au dossier/See evidence on File No. 394178 |
| Renewed | 2007-05-27 | | DP:2006/12/27 RD:2006/12/22 RR:(10425) RIDOUT & MAYBEE LLP |
| Amendment to | 2007-07-09 | | Merger and address / Voir Preuve au |

dossier/See evidence on File No. 319658

**FOOTNOTES:**

***OWNER ADDRESS CHANGE/CHANGEMENT D'ADRESSE DU PROPRIÉTAIRE:***
DATE REGISTERED/DATE DE L'ENREGISTREMENT: 02 oct/Oct 1992

***CHANGE IN TITLE/CHANGEMENT EN TITRE:***
TYPE OF CHANGE/GENRE DE CHANGEMENT: Assignment/Cession
DATE REGISTERED/DATE DE L'ENREGISTREMENT: 29 juin/Jun 2001
DATE OF CHANGE/DATE DE CHANGEMENT: 30 avr/Apr 2001
COMMENTS/COMMENTAIRES: FROM: DELTA AIR LINES, INC.
TO: Delta Corporate Identity, Inc.
(a Delaware corporation)
Voir Preuve au dossier/See evidence on File No. 319658

***Merger and address/Fusionnement et adresse***
DATE REGISTERED/DATE DE L'ENREGISTREMENT: 09 juil/Jul 2007
DATE OF CHANGE/DATE DE CHANGEMENT: 30 avr/Apr 2007
COMMENTS/COMMENTAIRES: FROM: Delta Corporate Identity, Inc.
(a Delaware corporation)
TO: Delta Air Lines, Inc.
(a Delaware corporation)
Voir Preuve au dossier/See evidence on File No. 319658

| Back to search | Back |

Last updated:  2012-01-09




Canadian Intellectual
Property Office

An Agency of
Industry Canada

Office de la propriété
intellectuelle du Canada

Un organisme
d'Industrie Canada



## Canadian Intellectual Property Office

# Canadian Trade-marks Database

# CANADIAN TRADE-MARK DATA

⇨  Search Page

*** Note Data on trade-marks is shown in the official language in which it was submitted.

The database was last updated on: 2012-02-28

**APPLICATION NUMBER:**
1096997
**STATUS:**
**FILED:**
**FORMALIZED:**
**ADVERTISED:**
**REGISTERED:**

**REGISTRATION NUMBER:**
TMA588854
REGISTERED
2001-03-21
2001-04-09
2003-01-01
2003-09-04

**REGISTRANT:**
DELTA CORPORATE IDENTITY, INC.
1030 Delta Boulevard,
Atlanta, Georgia, 30354-1989
UNITED STATES OF AMERICA

REPRESENTATIVE FOR SERVICE:
SMART & BIGGAR
438 UNIVERSITY AVENUE
SUITE 1500, BOX 111
TORONTO
ONTARIO M5G 2K8

**CURRENT OWNER:**
Delta Air Lines, Inc.
(a Delaware corporation)
1030 Delta Boulevard
Atlanta, Georgia
UNITED STATES OF AMERICA

REPRESENTATIVE FOR SERVICE:
SMART & BIGGAR
438 UNIVERSITY AVENUE
SUITE 1500, BOX 111
TORONTO
ONTARIO M5G 2K8

**TRADE-MARK:**



**MARK DESCRIPTIVE REFERENCE:**
**WIDGET DESIGN**

**VIENNA INFORMATION:**
**VIENNA INFORMATION**

| Code | Description |
|---|---|
| 24.15.21 | Arrowheads -- Note: Not including arrowheads in the form of angles (26.3.23). |
| 26.3.23 | Lines or bands forming an angle -- Note: Including chevrons and arrowheads formed by lines or bands. |
| 26.3.1 | One triangle |
| 26.3.6 | Triangular figures with one or more convex or concave sides |
| 26.3.7 | Triangular figures with one or more truncated or rounded angles |
| 26.3.24 | Triangles with dark surfaces or parts of surfaces |
| 27.1.1 | Letters or numerals forming geometrical figures, written or typographical matter in perspective |
| 27.1.5 | Letters or numerals forming a triangle (surface or periphery) |

**SERVICES:**
(1) Air transportation of persons, property and mail.

**CLAIMS:**
Declaration of Use filed August 05, 2003.

**Action Information**

| ACTION | DATE | BF | COMMENTS |
|---|---|---|---|
| Filed | 2001-03-21 | | |
| Created | 2001-03-28 | | |
| Formalized | 2001-04-09 | | |
| Search Recorded | 2002-10-11 | | |
| Examiner's First Report | 2002-10-15 | 2003-02-15 | |
| Approved | 2002-11-22 | | |
| Extracted for Advertisement | 2002-12-18 | | Vol.50 Issue 2514 2003/01/01 |
| Advertised | 2003-01-01 | | Vol.50 Issue 2514 |
| Allowed | 2003-03-24 | | |
| Allowance Notice Sent | 2003-03-24 | 2004-03-21 | |
| Registered | 2003-09-04 | | |
| Amendment to Registration | 2007-07-09 | | Merger and address / Voir Preuve au dossier/See evidence on File No. 319658 |

**FOOTNOTES:**
*Merger and address/Fusionnement et adresse*
DATE REGISTERED/DATE DE L'ENREGISTREMENT: 09 juil/Jul 2007
DATE OF CHANGE/DATE DE CHANGEMENT: 30 avr/Apr 2007
COMMENTS/COMMENTAIRES: FROM: DELTA CORPORATE IDENTITY, INC.