# Exhibit 1

 **United States Patent and Trademark Office**

Home | Site Index | Search | FAQ | Glossary | Guides | Contacts | eBusiness | eBiz alerts | News | Help

## Trademarks > Trademark Electronic Search System (TESS)

*TESS was last updated on Mon Mar 5 04:35:46 EST 2012*

| TESS HOME | NEW USER | STRUCTURED | FREE FORM | BROWSE DICT | SEARCH OG | BOTTOM | HELP |

Logout   Please logout when you are done to release system resources allocated for you.

# Record 1 out of 1

| TARR Status | ASSIGN Status | TDR | TTAB Status | *( Use the "Back" button of the Internet Browser to return to TESS)*



| | |
|---|---|
| **Word Mark** | DELTA AIR LINES |
| **Goods and Services** | IC 039. US 105. G & S: AIR TRANSPORTATION OF PASSENGERS, MAIL, AND EXPRESS. FIRST USE: 19340700. FIRST USE IN COMMERCE: 19340700 |
| **Mark Drawing Code** | (3) DESIGN PLUS WORDS, LETTERS, AND/OR NUMBERS |
| **Design Search Code** | 03.17.01 - Wings, birds'<br>24.03.25 - Badge, police; Badges; Police badge; Sheriff's badge; Ten Commandments<br>26.01.02 - Circles, plain single line; Plain single line circles<br>26.05.02 - Plain single line triangles; Triangles, plain single line<br>28.01.05 - Alpha (Greek letter); Greek characters; Omega (Greek letter) |
| **Serial Number** | 71529442 |
| **Filing Date** | July 25, 1947 |
| **Current Filing Basis** | 1A |
| **Original Filing Basis** | 1A |
| **Registration Number** | 0523611 |
| **Registration Date** | April 4, 1950 |
| **Owner** | (REGISTRANT) DELTA AIR LINES, INC. CORPORATION LOUISIANA MUNICIPAL AIRPORT ATLANTA GEORGIA<br><br>(LAST LISTED OWNER) DELTA AIR LINES, INC. CORPORATION DELAWARE 1030 DELTA BLVD ATLANTA GEORGIA 303541989 |
| **Assignment Recorded** | ASSIGNMENT RECORDED |
| **Attorney of Record** | E. Alan Arnold |
| **Disclaimer** | THE WORDS "AIR LINES" ARE DISCLAIMED APART FROM THE MARK AS SHOWN. |
| **Type of Mark** | SERVICE MARK |
| **Register** | PRINCIPAL |
| **Affidavit Text** | SECTION 8(10-YR) 20100315. |
| **Renewal** | 4TH RENEWAL 20100315 |
| **Live/Dead Indicator** | LIVE |

| TESS HOME | NEW USER | STRUCTURED | FREE FORM | BROWSE DICT | SEARCH OG | TOP | HELP |

 **United States Patent and Trademark Office**

Home | Site Index | Search | FAQ | Glossary | Guides | Contacts | eBusiness | eBiz alerts | News | Help

## Trademarks > Trademark Electronic Search System (TESS)

*TESS was last updated on Mon Mar 5 04:35:46 EST 2012*

| TESS HOME | NEW USER | STRUCTURED | FREE FORM | BROWSE DICT | SEARCH OG | BOTTOM | HELP |

[ Logout ]  Please logout when you are done to release system resources allocated for you.

# Record 1 out of 1

| TARR Status | ASSIGN Status | TDR | TTAB Status | *( Use the "Back" button of the Internet Browser to return to TESS)*

## Typed Drawing

| | |
|---|---|
| **Word Mark** | DELTA |
| **Goods and Services** | IC 039. US 105. G & S: AIR TRANSPORTATION OF PASSENGERS, MAIL, [ AND ] EXPRESS *, FREIGHT AND CARGO *. FIRST USE: 19450700. USED IN ANOTHER FORM IN JULY 1934 IN A SLIGHTLY DIFFERENT FORMAT. FIRST USE IN COMMERCE: 19450700 |
| **Mark Drawing Code** | (1) TYPED DRAWING |
| **Serial Number** | 72017621 |
| **Filing Date** | October 17, 1956 |
| **Current Filing Basis** | 1A |
| **Original Filing Basis** | 1A |
| **Change In Registration** | CHANGE IN REGISTRATION HAS OCCURRED |
| **Registration Number** | 0654915 |
| **International Registration Number** | 0924004 |
| **Registration Date** | November 19, 1957 |
| **Owner** | (REGISTRANT) DELTA AIR LINES, INC. CORPORATION LOUISIANA MUNICIPAL AIRPORT ATLANTA GEORGIA |
| | (LAST LISTED OWNER) DELTA AIR LINES, INC. CORPORATION DELAWARE 1030 DELTA BLVD ATLANTA GEORGIA 303541989 |
| **Assignment Recorded** | ASSIGNMENT RECORDED |
| **Attorney of Record** | J. Scott McClain |
| **Prior Registrations** | 0523611 |
| **Type of Mark** | SERVICE MARK |
| **Register** | PRINCIPAL |
| **Affidavit Text** | SECT 15. SECTION 8(10-YR) 20071106. |
| **Renewal** | 3RD RENEWAL 20071106 |
| **Live/Dead Indicator** | LIVE |

| TESS HOME | NEW USER | STRUCTURED | FREE FORM | BROWSE DICT | SEARCH OG | TOP | HELP |

 **United States Patent and Trademark Office**

Home | Site Index | Search | FAQ | Glossary | Guides | Contacts | eBusiness | eBiz alerts | News | Help

## Trademarks > Trademark Electronic Search System (TESS)

*TESS was last updated on Mon Mar 5 04:35:46 EST 2012*

| TESS HOME | NEW USER | STRUCTURED | FREE FORM | BROWSE DICT | SEARCH OG | BOTTOM | HELP |

Logout    Please logout when you are done to release system resources allocated for you.

# Record 1 out of 1

| TARR Status | ASSIGN Status | TDR | TTAB Status |    *( Use the "Back" button of the Internet Browser to return to TESS)*

## Typed Drawing

| | |
|---|---|
| **Word Mark** | DELTAMATIC |
| **Goods and Services** | IC 039. US 105. G & S: ELECTRONICALLY TRANSMITTING, RECEIVING AND RECORDING DATA RELATING TO PASSENGER AND CARGO SPACE STATISTICS, INCLUDING THE AVAILABILITY OF SPACE ON FLIGHTS OF OTHER DOMESTIC AIRLINES, AS WELL AS ON APPLICANT'S FLIGHTS; THE RESERVATION OF SPACE ON APPLICANT'S FLIGHTS AND ON CONNECTING FLIGHTS OF OTHER CARRIERS; DATA CALCULATION AND COMMUNICATION BETWEEN REMOTE POINTS ON APPLICANT'S SYSTEM (INCLUDING POINTS SERVED BY APPLICANT IN OTHER COUNTRIES) AND BETWEEN APPLICANT AND OTHER DOMESTIC AIRLINES; ASSISTANCE TO PASSENGERS AND TRAVEL AGENCIES IN BOOKING TOURS, RESERVING HOTEL ACCOMMODATIONS, RESERVING RENTAL CARS, AND MAKING SPECIAL MEAL ARRANGEMENTS; AND LOCAL INTERCOMMUNICATIONS AND RELATED SERVICES. FIRST USE: 19640901. FIRST USE IN COMMERCE: 19640901 |
| **Mark Drawing Code** | (1) TYPED DRAWING |
| **Serial Number** | 72213768 |
| **Filing Date** | March 10, 1965 |
| **Current Filing Basis** | 1A |
| **Original Filing Basis** | 1A |
| **Registration Number** | 0802405 |
| **Registration Date** | January 18, 1966 |
| **Owner** | (REGISTRANT) DELTA AIR LINES, INC. CORPORATION LOUISIANA ATLANTA AIRPORT ATLANTA GEORGIA |
| | (LAST LISTED OWNER) DELTA AIR LINES, INC. CORPORATION DELAWARE 1030 DELTA BLVD ATLANTA GEORGIA 303541989 |
| **Assignment Recorded** | ASSIGNMENT RECORDED |
| **Attorney of Record** | J. SCOTT MCCLAIN |
| **Prior Registrations** | 0523611;0762448;AND OTHERS |
| **Type of Mark** | SERVICE MARK |
| **Register** | PRINCIPAL |
| **Affidavit Text** | SECT 15. SECTION 8(10-YR) 20050930. |
| **Renewal** | 1ST RENEWAL 20050930 |
| **Live/Dead Indicator** | LIVE |

| TESS HOME | NEW USER | STRUCTURED | FREE FORM | BROWSE DICT | SEARCH OG | TOP | HELP |



**United States Patent and Trademark Office**

Home | Site Index | Search | FAQ | Glossary | Guides | Contacts | eBusiness | eBiz alerts | News | Help

# Trademarks > Trademark Electronic Search System (TESS)

*TESS was last updated on Mon Mar 5 04:35:46 EST 2012*

| TESS HOME | NEW USER | STRUCTURED | FREE FORM | BROWSE DICT | SEARCH OG | BOTTOM | HELP |

Logout   Please logout when you are done to release system resources allocated for you.

# Record 1 out of 1

| TARR Status | ASSIGN Status | TDR | TTAB Status | *( Use the "Back" button of the Internet Browser to return to TESS)*



| | |
|---|---|
| **Word Mark** | DELTA AIR LINES |
| **Goods and Services** | IC 039. US 105. G & S: AIR TRANSPORTATION OF PERSONS, PROPERTY, AND MAIL. FIRST USE: 19560101. FIRST USE IN COMMERCE: 19560101 |
| **Mark Drawing Code** | (3) DESIGN PLUS WORDS, LETTERS, AND/OR NUMBERS |
| **Design Search Code** | 03.17.01 - Wings, birds' <br> 26.03.17 - Concentric ovals; Concentric ovals and ovals within ovals; Ovals within ovals; Ovals, concentric <br> 26.03.21 - Ovals that are completely or partially shaded |
| **Serial Number** | 72410473 |
| **Filing Date** | December 17, 1971 |
| **Current Filing Basis** | 1A |
| **Original Filing Basis** | 1A |
| **Registration Number** | 0963228 |
| **Registration Date** | July 3, 1973 |
| **Owner** | (REGISTRANT) DELTA AIR LINES, INC. CORPORATION DELAWARE HARTFIELD ATLANTA INTERNATIONAL AIRPORT ATLANTA GEORGIA 303206001 <br><br> (LAST LISTED OWNER) DELTA AIR LINES, INC. CORPORATION DELAWARE 1030 DELTA BLVD ATLANTA GEORGIA 303541989 |
| **Assignment Recorded** | ASSIGNMENT RECORDED |
| **Attorney of Record** | J. SCOTT MCCLAIN |
| **Prior Registrations** | 0523611;0802405;AND OTHERS |
| **Disclaimer** | APPLICANT DISCLAIMS THE WORDS "AIR LINES" APART FROM THE MARK AS SHOWN. |
| **Type of Mark** | SERVICE MARK |
| **Register** | PRINCIPAL |
| **Affidavit Text** | SECT 8 (6-YR). SECTION 8(10-YR) 20040219. |
| **Renewal** | 2ND RENEWAL 20040219 |
| **Live/Dead Indicator** | LIVE |

| TESS HOME | NEW USER | STRUCTURED | FREE FORM | BROWSE DICT | SEARCH OG | TOP | HELP |

URL

 **United States Patent and Trademark Office**

Home | Site Index | Search | FAQ | Glossary | Guides | Contacts | eBusiness | eBiz alerts | News | Help

## Trademarks > Trademark Electronic Search System (TESS)

*TESS was last updated on Mon Mar 5 04:35:46 EST 2012*

| TESS HOME | NEW USER | STRUCTURED | FREE FORM | BROWSE DICT | SEARCH OG | BOTTOM | HELP |

Logout   Please logout when you are done to release system resources allocated for you.

# Record 1 out of 1

| TARR Status | ASSIGN Status | TDR | TTAB Status |   *( Use the "Back" button of the Internet Browser to return to TESS)*

## Typed Drawing

| | |
|---|---|
| **Word Mark** | DELTA AIR LINES |
| **Goods and Services** | IC 039. US 105. G & S: AIR TRANSPORTATION OF PERSONS, PROPERTY, AND MAIL. FIRST USE: 19340700. USED IN ANOTHER FORM NOVEMBER 1928, AS TO "DELTA.". FIRST USE IN COMMERCE: 19340700 |
| **Mark Drawing Code** | (1) TYPED DRAWING |
| **Serial Number** | 72433473 |
| **Filing Date** | August 22, 1972 |
| **Current Filing Basis** | 1A |
| **Original Filing Basis** | 1A |
| **Registration Number** | 0970418 |
| **Registration Date** | October 9, 1973 |
| **Owner** | (REGISTRANT) DELTA AIR LINES, INC. CORPORATION DELAWARE HARTSFIELD ATLANTA INTERNATIONAL AIRPORT ATLANTA GEORGIA 303206001

(LAST LISTED OWNER) DELTA AIR LINES, INC. CORPORATION DELAWARE 1030 DELTA BLVD ATLANTA GEORGIA 303541989 |
| **Assignment Recorded** | ASSIGNMENT RECORDED |
| **Attorney of Record** | J. SCOTT MCCLAIN |
| **Prior Registrations** | 0523611;0940201;AND OTHERS |
| **Disclaimer** | APPLICANT DISCLAIMS THE WORDS "AIR LINES" APART FROM THE MARK AS SHOWN. |
| **Type of Mark** | SERVICE MARK |
| **Register** | PRINCIPAL |
| **Affidavit Text** | SECT 15. SECT 8 (6-YR). SECTION 8(10-YR) 20030829. |
| **Renewal** | 2ND RENEWAL 20030829 |
| **Live/Dead Indicator** | LIVE |

| TESS HOME | NEW USER | STRUCTURED | FREE FORM | BROWSE DICT | SEARCH OG | TOP | HELP |

URL

 **United States Patent and Trademark Office**

Home | Site Index | Search | FAQ | Glossary | Guides | Contacts | eBusiness | eBiz alerts | News | Help

## Trademarks > Trademark Electronic Search System (TESS)

*TESS was last updated on Mon Mar 5 04:35:46 EST 2012*

| TESS HOME | NEW USER | STRUCTURED | FREE FORM | BROWSE DICT | SEARCH OG | BOTTOM | HELP |

Logout Please logout when you are done to release system resources allocated for you.

# Record 1 out of 1

| TARR Status | ASSIGN Status | TDR | TTAB Status | *( Use the "Back" button of the Internet Browser to return to TESS)*

## Typed Drawing

| | |
|---|---|
| **Word Mark** | DELTA CONNECTION |
| **Goods and Services** | IC 039. US 105. G & S: AIR TRANSPORTATION OF PERSONS, PROPERTY AND MAIL. FIRST USE: 19840426. FIRST USE IN COMMERCE: 19840426 |
| **Mark Drawing Code** | (1) TYPED DRAWING |
| **Serial Number** | 73566899 |
| **Filing Date** | November 4, 1985 |
| **Current Filing Basis** | 1A |
| **Original Filing Basis** | 1A |
| **Published for Opposition** | November 18, 1986 |
| **Change In Registration** | CHANGE IN REGISTRATION HAS OCCURRED |
| **Registration Number** | 1428763 |
| **Registration Date** | February 10, 1987 |
| **Owner** | (REGISTRANT) DELTA AIR LINES, INC. CORPORATION DELAWARE HARTSFIELD ATLANTA INTERNATIONAL AIRPORT ATLANTA GEORGIA 303206001 |
| | (LAST LISTED OWNER) DELTA AIR LINES, INC. CORPORATION DELAWARE 1030 DELTA BLVD ATLANTA GEORGIA 303541989 |
| **Assignment Recorded** | ASSIGNMENT RECORDED |
| **Attorney of Record** | J. SCOTT MCCLAIN |
| **Prior Registrations** | 0704103;0970418;AND OTHERS |
| **Disclaimer** | NO CLAIM IS MADE TO THE EXCLUSIVE RIGHT TO USE "CONNECTION" APART FROM THE MARK AS SHOWN |
| **Type of Mark** | SERVICE MARK |
| **Register** | PRINCIPAL |
| **Affidavit Text** | SECT 15. SECT 8 (6-YR). SECTION 8(10-YR) 20070329. |
| **Renewal** | 1ST RENEWAL 20070329 |
| **Live/Dead Indicator** | LIVE |

| TESS HOME | NEW USER | STRUCTURED | FREE FORM | BROWSE DICT | SEARCH OG | TOP | HELP |

 **United States Patent and Trademark Office**

Home | Site Index | Search | FAQ | Glossary | Guides | Contacts | eBusiness | eBiz alerts | News | Help

## Trademarks > Trademark Electronic Search System (TESS)

*TESS was last updated on Mon Mar 5 04:35:46 EST 2012*

| TESS HOME | NEW USER | STRUCTURED | FREE FORM | BROWSE DICT | SEARCH OG | BOTTOM | HELP |

Logout   Please logout when you are done to release system resources allocated for you.

# Record 1 out of 1

| TARR Status | ASSIGN Status | TDR | TTAB Status | *( Use the "Back" button of the Internet Browser to return to TESS)* |

## Typed Drawing

| | |
|---|---|
| **Word Mark** | DELTA SHUTTLE |
| **Goods and Services** | IC 039. US 105. G & S: air transportation of persons, property and mail. FIRST USE: 19910901. FIRST USE IN COMMERCE: 19910901 |
| **Mark Drawing Code** | (1) TYPED DRAWING |
| **Serial Number** | 74201827 |
| **Filing Date** | September 9, 1991 |
| **Current Filing Basis** | 1A |
| **Original Filing Basis** | 1A |
| **Published for Opposition** | May 5, 1992 |
| **Registration Number** | **1703774** |
| **Registration Date** | July 28, 1992 |
| **Owner** | (REGISTRANT) Delta Air Lines, Inc. CORPORATION DELAWARE Hartsfield Atlanta International Airport Atlanta GEORGIA 303206001 |
| | (LAST LISTED OWNER) DELTA AIR LINES, INC. CORPORATION DELAWARE 1030 DELTA BLVD ATLANTA GEORGIA 303541989 |
| **Assignment Recorded** | ASSIGNMENT RECORDED |
| **Attorney of Record** | J. SCOTT MCCLAIN |
| **Prior Registrations** | 0654915;0970418;AND OTHERS |
| **Disclaimer** | NO CLAIM IS MADE TO THE EXCLUSIVE RIGHT TO USE "SHUTTLE" APART FROM THE MARK AS SHOWN |
| **Type of Mark** | SERVICE MARK |
| **Register** | PRINCIPAL |
| **Affidavit Text** | SECT 15. SECT 8 (6-YR). SECTION 8(10-YR) 20021107. |
| **Renewal** | 1ST RENEWAL 20021107 |
| **Live/Dead Indicator** | LIVE |

| TESS HOME | NEW USER | STRUCTURED | FREE FORM | BROWSE DICT | SEARCH OG | TOP | HELP |

 **United States Patent and Trademark Office**

Home | Site Index | Search | FAQ | Glossary | Guides | Contacts | eBusiness | eBiz alerts | News | Help

## Trademarks > Trademark Electronic Search System (TESS)

*TESS was last updated on Mon Mar 5 04:35:46 EST 2012*

`TESS HOME` `NEW USER` `STRUCTURED` `FREE FORM` `BROWSE DICT` `SEARCH OG` `BOTTOM` `HELP`

`Logout`   Please logout when you are done to release system resources allocated for you.

# Record 1 out of 1

`TARR Status` `ASSIGN Status` `TDR` `TTAB Status`   *( Use the "Back" button of the Internet Browser to return to TESS)*

## Typed Drawing

| | |
|---|---|
| **Word Mark** | DELTA CENTER |
| **Goods and Services** | IC 041. US 101 102 107. G & S: providing arena facilities for exhibitions. FIRST USE: 19911016. FIRST USE IN COMMERCE: 19911016 |
| **Mark Drawing Code** | (1) TYPED DRAWING |
| **Serial Number** | 74249980 |
| **Filing Date** | February 21, 1992 |
| **Current Filing Basis** | 1A |
| **Original Filing Basis** | 1A |
| **Published for Opposition** | August 25, 1992 |
| **Registration Number** | **1733703** |
| **Registration Date** | November 17, 1992 |
| **Owner** | (REGISTRANT) Delta Air Lines, Inc. CORPORATION DELAWARE Hartsfield Atlanta International Airport Atlanta GEORGIA 303206001 |
| | (LAST LISTED OWNER) DELTA AIR LINES, INC. CORPORATION DELAWARE 1030 DELTA BLVD ATLANTA GEORGIA 303541989 |
| **Assignment Recorded** | ASSIGNMENT RECORDED |
| **Attorney of Record** | J. SCOTT MCCLAIN |
| **Prior Registrations** | 0970418;0984726;1443573;AND OTHERS |
| **Disclaimer** | NO CLAIM IS MADE TO THE EXCLUSIVE RIGHT TO USE "CENTER" APART FROM THE MARK AS SHOWN |
| **Type of Mark** | SERVICE MARK |
| **Register** | PRINCIPAL |
| **Affidavit Text** | SECT 15. SECT 8 (6-YR). SECTION 8(10-YR) 20030208. |
| **Renewal** | 1ST RENEWAL 20030208 |
| **Live/Dead Indicator** | LIVE |

`TESS HOME` `NEW USER` `STRUCTURED` `FREE FORM` `BROWSE DICT` `SEARCH OG` `TOP` `HELP`



**United States Patent and Trademark Office**

Home | Site Index | Search | FAQ | Glossary | Guides | Contacts | eBusiness | eBiz alerts | News | Help

## Trademarks > Trademark Electronic Search System (TESS)

*TESS was last updated on Mon Mar 5 04:35:46 EST 2012*

| TESS HOME | NEW USER | STRUCTURED | FREE FORM | BROWSE DICT | SEARCH OG | BOTTOM | HELP |

Logout  Please logout when you are done to release system resources allocated for you.

# Record 1 out of 1

| TARR Status | ASSIGN Status | TDR | TTAB Status |  *( Use the "Back" button of the Internet Browser to return to TESS)*

▲ **DELTA CENTER**

| | |
|---|---|
| **Word Mark** | DELTA CENTER |
| **Goods and Services** | IC 041. US 101 102 107. G & S: providing facilities for exhibitions. FIRST USE: 19911016. FIRST USE IN COMMERCE: 19911016 |
| **Mark Drawing Code** | (3) DESIGN PLUS WORDS, LETTERS, AND/OR NUMBERS |
| **Design Search Code** | 26.05.21 - Triangles that are completely or partially shaded<br>26.17.12 - Angles (geometric); Chevrons |
| **Serial Number** | 74249981 |
| **Filing Date** | February 21, 1992 |
| **Current Filing Basis** | 1A |
| **Original Filing Basis** | 1A |
| **Published for Opposition** | September 22, 1992 |
| **Registration Number** | **1740294** |
| **Registration Date** | December 15, 1992 |
| **Owner** | (REGISTRANT) Delta Air Lines, Inc. CORPORATION DELAWARE Hartsfield Atlanta International Airport Atlanta GEORGIA 303206001 |
| | (LAST LISTED OWNER) DELTA AIR LINES, INC. CORPORATION DELAWARE 1030 DELTA BLVD ATLANTA GEORGIA 303541989 |
| **Assignment Recorded** | ASSIGNMENT RECORDED |
| **Attorney of Record** | KENNETH A KLATT |
| **Disclaimer** | NO CLAIM IS MADE TO THE EXCLUSIVE RIGHT TO USE "CENTER" APART FROM THE MARK AS SHOWN |
| **Type of Mark** | SERVICE MARK |
| **Register** | PRINCIPAL |
| **Affidavit Text** | SECT 15. SECT 8 (6-YR). SECTION 8(10-YR) 20030308. |
| **Renewal** | 1ST RENEWAL 20030308 |
| **Live/Dead Indicator** | LIVE |

| TESS HOME | NEW USER | STRUCTURED | FREE FORM | BROWSE DICT | SEARCH OG | TOP | HELP |

URL



**United States Patent and Trademark Office**

Home | Site Index | Search | FAQ | Glossary | Guides | Contacts | eBusiness | eBiz alerts | News | Help

## Trademarks > Trademark Electronic Search System (TESS)

*TESS was last updated on Mon Mar 5 04:35:46 EST 2012*

| TESS HOME | NEW USER | STRUCTURED | FREE FORM | BROWSE DICT | SEARCH OG | BOTTOM | HELP |

Logout  Please logout when you are done to release system resources allocated for you.

# Record 1 out of 1

| TARR Status | ASSIGN Status | TDR | TTAB Status | *( Use the "Back" button of the Internet Browser to return to TESS)* |



| | |
|---|---|
| **Word Mark** | DELTA |
| **Goods and Services** | IC 039. US 100 105. G & S: passenger air transportation services. FIRST USE: 19600400. FIRST USE IN COMMERCE: 19600400 |
| **Mark Drawing Code** | (3) DESIGN PLUS WORDS, LETTERS, AND/OR NUMBERS |
| **Design Search Code** | 18.09.01 - Airplanes; Gliders, airplane |
| **Serial Number** | 75064766 |
| **Filing Date** | February 28, 1996 |
| **Current Filing Basis** | 1A |
| **Original Filing Basis** | 1A |
| **Published for Opposition** | February 11, 1997 |
| **Registration Number** | **2058985** |
| **Registration Date** | May 6, 1997 |
| **Owner** | (REGISTRANT) Delta Air Lines, Inc. CORPORATION DELAWARE Hartsfield Atlanta International Airport Atlanta GEORGIA 303206001 |
| | (LAST LISTED OWNER) DELTA AIR LINES, INC. CORPORATION DELAWARE 1030 DELTA BLVD ATLANTA GEORGIA 303541989 |
| **Assignment Recorded** | ASSIGNMENT RECORDED |
| **Attorney of Record** | Kenneth A. Klatt |
| **Prior Registrations** | 0970418;1428763;1703774;AND OTHERS |
| **Description of Mark** | The mark consists of the markings on the aircraft and the wording "DELTA". The dotted lines are not part of the mark and serve only to show the position of the mark upon the aircraft. |
| **Type of Mark** | SERVICE MARK |
| **Register** | PRINCIPAL |
| **Affidavit Text** | SECT 8 (6-YR). |
| **Live/Dead Indicator** | LIVE |

| TESS HOME | NEW USER | STRUCTURED | FREE FORM | BROWSE DICT | SEARCH OG | TOP | HELP |

 **United States Patent and Trademark Office**

Home | Site Index | Search | FAQ | Glossary | Guides | Contacts | eBusiness | eBiz alerts | News | Help

## Trademarks > Trademark Electronic Search System (TESS)

*TESS was last updated on Mon Mar 5 04:35:46 EST 2012*

| TESS HOME | NEW USER | STRUCTURED | FREE FORM | BROWSE DICT | SEARCH OG | BOTTOM | HELP |

| Logout | Please logout when you are done to release system resources allocated for you.

# Record 1 out of 1

| TARR Status | ASSIGN Status | TDR | TTAB Status | *( Use the "Back" button of the Internet Browser to return to TESS)*

## Typed Drawing

| | |
|---|---|
| **Word Mark** | DELTA VACATIONS |
| **Goods and Services** | IC 039. US 100 105. G & S: Passenger air transportation services; Packaged vacation booking services. FIRST USE: 19970827. FIRST USE IN COMMERCE: 19970827 |
| **Mark Drawing Code** | (1) TYPED DRAWING |
| **Serial Number** | 75698744 |
| **Filing Date** | May 5, 1999 |
| **Current Filing Basis** | 1A |
| **Original Filing Basis** | 1A |
| **Published for Opposition** | September 5, 2000 |
| **Registration Number** | 2408003 |
| **Registration Date** | November 28, 2000 |
| **Owner** | (REGISTRANT) Delta Air Lines, Inc. CORPORATION DELAWARE Hartsfield Atlanta International Airport Atlanta GEORGIA 303206001 |
| | (LAST LISTED OWNER) DELTA AIR LINES, INC. CORPORATION DELAWARE 1030 DELTA BLVD Dept. 982 ATLANTA GEORGIA 303541989 |
| **Assignment Recorded** | ASSIGNMENT RECORDED |
| **Attorney of Record** | E. Alan Arnold |
| **Prior Registrations** | 0970418;1703774;AND OTHERS |
| **Disclaimer** | NO CLAIM IS MADE TO THE EXCLUSIVE RIGHT TO USE "VACATIONS" APART FROM THE MARK AS SHOWN |
| **Type of Mark** | SERVICE MARK |
| **Register** | PRINCIPAL |
| **Affidavit Text** | SECT 15. SECT 8 (6-YR). SECTION 8(10-YR) 20091203. |
| **Renewal** | 1ST RENEWAL 20091203 |
| **Live/Dead Indicator** | LIVE |

| TESS HOME | NEW USER | STRUCTURED | FREE FORM | BROWSE DICT | SEARCH OG | Top | HELP |



**United States Patent and Trademark Office**

Home | Site Index | Search | FAQ | Glossary | Guides | Contacts | eBusiness | eBiz alerts | News | Help

# Trademarks > Trademark Electronic Search System (TESS)

*TESS was last updated on Mon Mar 5 04:35:46 EST 2012*

| TESS HOME | NEW USER | STRUCTURED | FREE FORM | BROWSE DICT | SEARCH OG | BOTTOM | HELP |

Logout   Please logout when you are done to release system resources allocated for you.

# Record 1 out of 1

| TARR Status | ASSIGN Status | TDR | TTAB Status | *( Use the "Back" button of the Internet Browser to return to TESS)*

## Typed Drawing

| | |
|---|---|
| **Word Mark** | DELTA AIRELITE |
| **Goods and Services** | IC 039. US 100 105. G & S: Air Transportation. FIRST USE: 20011015. FIRST USE IN COMMERCE: 20011015 |
| **Mark Drawing Code** | (1) TYPED DRAWING |
| **Serial Number** | 76316100 |
| **Filing Date** | September 21, 2001 |
| **Current Filing Basis** | 1A |
| **Original Filing Basis** | 1B |
| **Published for Opposition** | September 24, 2002 |
| **Registration Number** | 2662451 |
| **Registration Date** | December 17, 2002 |
| **Owner** | (REGISTRANT) Delta Corporate Identity, Inc. CORPORATION DELAWARE 1030 Delta Boulevard Atlanta GEORGIA 303202574 |
| | (LAST LISTED OWNER) DELTA AIR LINES, INC. CORPORATION DELAWARE 1030 DELTA BLVD ATLANTA GEORGIA 303541989 |
| **Assignment Recorded** | ASSIGNMENT RECORDED |
| **Attorney of Record** | J.Scott McClain |
| **Prior Registrations** | 0654915;0970418;1703774;AND OTHERS |
| **Type of Mark** | SERVICE MARK |
| **Register** | PRINCIPAL |
| **Affidavit Text** | SECT 15. SECT 8 (6-YR). |
| **Live/Dead Indicator** | LIVE |

| TESS HOME | NEW USER | STRUCTURED | FREE FORM | BROWSE DICT | SEARCH OG | TOP | HELP |

 **United States Patent and Trademark Office**

Home | Site Index | Search | FAQ | Glossary | Guides | Contacts | eBusiness | eBiz alerts | News | Help

# Trademarks > Trademark Electronic Search System (TESS)

*TESS was last updated on Mon Mar 5 04:35:46 EST 2012*

| TESS HOME | NEW USER | STRUCTURED | FREE FORM | BROWSE DICT | SEARCH OG | BOTTOM | HELP |

Logout | Please logout when you are done to release system resources allocated for you.

## Record 1 out of 1

| TARR Status | ASSIGN Status | TDR | TTAB Status | *( Use the "Back" button of the Internet Browser to return to TESS)*

## Typed Drawing

| | |
|---|---|
| **Word Mark** | DELTA CONNECTION |
| **Goods and Services** | IC 041. US 100 101 107. G & S: aircraft flight instruction and training; educational services in the nature of courses at the university level offering associate and bachelors degrees in aviation science. FIRST USE: 20030312. FIRST USE IN COMMERCE: 20030312 |
| **Mark Drawing Code** | (1) TYPED DRAWING |
| **Serial Number** | 78313739 |
| **Filing Date** | October 15, 2003 |
| **Current Filing Basis** | 1A |
| **Original Filing Basis** | 1A |
| **Published for Opposition** | May 10, 2005 |
| **Registration Number** | **2980826** |
| **Registration Date** | August 2, 2005 |
| **Owner** | (REGISTRANT) Delta Corporate Identity, Inc. CORPORATION DELAWARE Dept. 981 1030 Delta Boulevard Atlanta GEORGIA 303202574 |
| | (LAST LISTED OWNER) DELTA AIR LINES, INC. CORPORATION DELAWARE 1030 DELTA BLVD ATLANTA GEORGIA 303541989 |
| **Assignment Recorded** | ASSIGNMENT RECORDED |
| **Prior Registrations** | 1428763 |
| **Type of Mark** | SERVICE MARK |
| **Register** | PRINCIPAL |
| **Affidavit Text** | SECT 15. SECT 8 (6-YR). |
| **Live/Dead Indicator** | LIVE |

| TESS HOME | NEW USER | STRUCTURED | FREE FORM | BROWSE DICT | SEARCH OG | TOP | HELP |

 **United States Patent and Trademark Office**

Home | Site Index | Search | FAQ | Glossary | Guides | Contacts | eBusiness | eBiz alerts | News | Help

## Trademarks > Trademark Electronic Search System (TESS)

*TESS was last updated on Mon Mar 5 04:35:46 EST 2012*

| TESS HOME | NEW USER | STRUCTURED | FREE FORM | BROWSE DICT | SEARCH OG | BOTTOM | HELP |

Logout  Please logout when you are done to release system resources allocated for you.

# Record 1 out of 1

| TARR Status | ASSIGN Status | TDR | TTAB Status |

*( Use the "Back" button of the Internet Browser to return to TESS)*

## ▲ DELTA
# SKY CLUB

| | |
|---|---|
| **Word Mark** | DELTA SKY CLUB |
| **Goods and Services** | IC 039. US 100 105. G & S: Air transportation services featuring transit lounge facilities for passenger relaxation. FIRST USE: 20090415. FIRST USE IN COMMERCE: 20090415 |
| **Mark Drawing Code** | (3) DESIGN PLUS WORDS, LETTERS, AND/OR NUMBERS |
| **Design Search Code** | 26.05.21 - Triangles that are completely or partially shaded<br>26.05.28 - Miscellaneous designs with overall triangular shape; Triangular shape (miscellaneous overall shape) |
| **Trademark Search Facility Classification Code** | SHAPES-CHEVRONS Designs with a general shape of a chevron or V character<br>SHAPES-COLORS-2 Design listing or lined for two colors<br>SHAPES-MISC Miscellaneous shaped designs<br>SHAPES-TRIANGLES Triangular shaped designs and marks including incomplete triangles |
| **Serial Number** | 77684419 |
| **Filing Date** | March 5, 2009 |
| **Current Filing Basis** | 1A |
| **Original Filing Basis** | 1B |
| **Published for Opposition** | February 2, 2010 |
| **Registration Number** | 3890727 |
| **Registration Date** | December 14, 2010 |
| **Owner** | (REGISTRANT) Delta Air Lines, Inc. CORPORATION DELAWARE 1030 Delta Boulevard Atlanta GEORGIA 30320 |
| **Assignment Recorded** | ASSIGNMENT RECORDED |
| **Attorney of Record** | Frederick W. Meyers |
| **Prior Registrations** | 0654915;0970418;2058985;AND OTHERS |
| **Disclaimer** | NO CLAIM IS MADE TO THE EXCLUSIVE RIGHT TO USE "CLUB" APART FROM THE MARK AS SHOWN |
| **Description of Mark** | The color(s) red and blue is/are claimed as a feature of the mark. The mark consists of a triangular design element in the color red to the left of the wording "DELTA SKY CLUB" in the color blue. |
| **Type of Mark** | SERVICE MARK |
| **Register** | PRINCIPAL |
| **Live/Dead Indicator** | LIVE |

| TESS HOME | NEW USER | STRUCTURED | FREE FORM | BROWSE DICT | SEARCH OG | Top | HELP |

 **United States Patent and Trademark Office**

Home | Site Index | Search | FAQ | Glossary | Guides | Contacts | eBusiness | eBiz alerts | News | Help

## Trademarks > Trademark Electronic Search System (TESS)

*TESS was last updated on Mon Mar 5 04:35:46 EST 2012*

| TESS HOME | NEW USER | STRUCTURED | FREE FORM | BROWSE DICT | SEARCH OG | BOTTOM | HELP |

Logout  Please logout when you are done to release system resources allocated for you.

# Record 1 out of 1

| TARR Status | ASSIGN Status | TDR | TTAB Status | *( Use the "Back" button of the Internet Browser to return to TESS)* |

# DELTA ASSIST

| | |
|---|---|
| **Word Mark** | DELTA ASSIST |
| **Goods and Services** | IC 038. US 100 101 104. G & S: Providing a customer service forum online or via social media. FIRST USE: 20100510. FIRST USE IN COMMERCE: 20100510 |
| **Standard Characters Claimed** | |
| **Mark Drawing Code** | (4) STANDARD CHARACTER MARK |
| **Serial Number** | 85204216 |
| **Filing Date** | December 22, 2010 |
| **Current Filing Basis** | 1A |
| **Original Filing Basis** | 1B |
| **Published for Opposition** | April 26, 2011 |
| **Registration Number** | **3994004** |
| **Registration Date** | July 12, 2011 |
| **Owner** | (REGISTRANT) DELTA AIR LINES, INC. CORPORATION DELAWARE 1030 Delta Boulevard Atlanta GEORGIA 30320 |
| **Attorney of Record** | Frederick W. Meyers |
| **Disclaimer** | NO CLAIM IS MADE TO THE EXCLUSIVE RIGHT TO USE "ASSIST" APART FROM THE MARK AS SHOWN |
| **Type of Mark** | SERVICE MARK |
| **Register** | PRINCIPAL |
| **Live/Dead Indicator** | LIVE |

| TESS HOME | NEW USER | STRUCTURED | FREE FORM | BROWSE DICT | SEARCH OG | TOP | HELP |

# Exhibit 2



**United States Patent and Trademark Office**

Home | Site Index | Search | FAQ | Glossary | Guides | Contacts | eBusiness | eBiz alerts | News | Help

## Trademarks > Trademark Electronic Search System (TESS)

*TESS was last updated on Mon Mar 5 04:35:46 EST 2012*

| TESS HOME | NEW USER | STRUCTURED | FREE FORM | BROWSE DICT | SEARCH OG | BOTTOM | HELP |

Logout   Please logout when you are done to release system resources allocated for you.

# Record 1 out of 1

| TARR Status | ASSIGN Status | TDR | TTAB Status |   *( Use the "Back" button of the Internet Browser to return to TESS)*



| | |
|---|---|
| **Goods and Services** | IC 039. US 105. G & S: Air Transportation of Persons, Property, and Mail. FIRST USE: 19590725. FIRST USE IN COMMERCE: 19590725 |
| **Mark Drawing Code** | (2) DESIGN ONLY |
| **Design Search Code** | 26.05.21 - Triangles that are completely or partially shaded<br>26.17.12 - Angles (geometric); Chevrons |
| **Serial Number** | 72086020 |
| **Filing Date** | November 25, 1959 |
| **Current Filing Basis** | 1A |
| **Original Filing Basis** | 1A |
| **Registration Number** | **0704103** |
| **International Registration Number** | 0923105 |
| **Registration Date** | September 6, 1960 |
| **Owner** | (REGISTRANT) Delta Air Lines, Inc. CORPORATION LOUISIANA ATLANTA AIRPORT Atlanta GEORGIA<br><br>(LAST LISTED OWNER) DELTA AIR LINES, INC. CORPORATION DELAWARE 1030 DELTA BLVD Dept. 982 ATLANTA GEORGIA 303541989 |
| **Assignment Recorded** | ASSIGNMENT RECORDED |
| **Attorney of Record** | E. Alan Arnold |
| **Prior Registrations** | 0523611;0661166;AND OTHERS |
| **Type of Mark** | SERVICE MARK |
| **Register** | PRINCIPAL |
| **Affidavit Text** | SECT 8 (6-YR). SECTION 8(10-YR) 20091013. |
| **Renewal** | 3RD RENEWAL 20091013 |
| **Live/Dead Indicator** | LIVE |

| TESS HOME | NEW USER | STRUCTURED | FREE FORM | BROWSE DICT | SEARCH OG | TOP | HELP |



**United States Patent and Trademark Office**

Home | Site Index | Search | FAQ | Glossary | Guides | Contacts | eBusiness | eBiz alerts | News | Help

# Trademarks > Trademark Electronic Search System (TESS)

*TESS was last updated on Mon Mar 5 04:35:46 EST 2012*

| TESS HOME | NEW USER | STRUCTURED | FREE FORM | BROWSE DICT | SEARCH OG | BOTTOM | HELP |

Logout   Please logout when you are done to release system resources allocated for you.

# Record 1 out of 1

| TARR Status | ASSIGN Status | TDR | TTAB Status | *( Use the "Back" button of the Internet Browser to return to TESS)*



| | |
|---|---|
| **Goods and Services** | IC 039. US 105. G & S: AIR TRANSPORTATION OF PERSONS, PROPERTY, AND MAIL. FIRST USE: 19790103. FIRST USE IN COMMERCE: 19790103 |
| **Mark Drawing Code** | (2) DESIGN ONLY |
| **Design Search Code** | 26.05.09 - Triangles made of geometric figures, objects, humans, plants or animals<br>26.05.12 - Triangles with bars, bands and lines<br>26.17.12 - Angles (geometric); Chevrons |
| **Serial Number** | 73206154 |
| **Filing Date** | March 5, 1979 |
| **Current Filing Basis** | 1A |
| **Original Filing Basis** | 1A |
| **Published for Opposition** | July 1, 1980 |
| **Registration Number** | **1143697** |
| **Registration Date** | December 16, 1980 |
| **Owner** | (REGISTRANT) DELTA AIR LINES, INC. CORPORATION DELAWARE HARTSFIELD ATLANTA INTERNATIONAL AIRPORT ATLANTA GEORGIA 30320<br><br>(LAST LISTED OWNER) DELTA AIR LINES, INC. CORPORATION DELAWARE 1030 DELTA BLVD ATLANTA GEORGIA 303541989 |
| **Assignment Recorded** | ASSIGNMENT RECORDED |
| **Attorney of Record** | J. SCOTT MCCLAIN |
| **Prior Registrations** | 0523611;1084292;AND OTHERS |
| **Type of Mark** | SERVICE MARK |
| **Register** | PRINCIPAL |
| **Affidavit Text** | SECT 15. SECT 8 (6-YR). SECTION 8(10-YR) 20010829. |
| **Renewal** | 1ST RENEWAL 20010829 |
| **Live/Dead Indicator** | LIVE |

| TESS HOME | NEW USER | STRUCTURED | FREE FORM | BROWSE DICT | SEARCH OG | TOP | HELP |

 **United States Patent and Trademark Office**

Home | Site Index | Search | FAQ | Glossary | Guides | Contacts | eBusiness | eBiz alerts | News | Help

## Trademarks > Trademark Electronic Search System (TESS)

*TESS was last updated on Mon Mar 5 04:35:46 EST 2012*

| TESS HOME | NEW USER | STRUCTURED | FREE FORM | BROWSE DICT | SEARCH OG | BOTTOM | HELP |

Logout  Please logout when you are done to release system resources allocated for you.

# Record 1 out of 1

| TARR Status | ASSIGN Status | TDR | TTAB Status | *( Use the "Back" button of the Internet Browser to return to TESS)*



| | |
|---|---|
| **Goods and Services** | IC 039. US 100 105. G & S: AIR TRANSPORTATION OF PERSONS, PROPERTY AND MAIL. FIRST USE: 20000323. FIRST USE IN COMMERCE: 20000323 |
| **Mark Drawing Code** | (2) DESIGN ONLY |
| **Design Search Code** | 26.05.21 - Triangles that are completely or partially shaded<br>26.05.28 - Miscellaneous designs with overall triangular shape; Triangular shape (miscellaneous overall shape) |
| **Serial Number** | 76311945 |
| **Filing Date** | September 17, 2001 |
| **Current Filing Basis** | 1A |
| **Original Filing Basis** | 1A |
| **Published for Opposition** | January 8, 2002 |
| **Registration Number** | **2556013** |
| **Registration Date** | April 2, 2002 |
| **Owner** | (REGISTRANT) Delta Corporate Identity, Inc. CORPORATION DELAWARE 1030 DELTA BOULEVARD ATLANTA GEORGIA 303202574 |
| | (LAST LISTED OWNER) DELTA AIR LINES, INC. CORPORATION DELAWARE 1030 DELTA BLVD Legal Dept. (981/ATG) ATLANTA GEORGIA 303541989 |
| **Assignment Recorded** | ASSIGNMENT RECORDED |
| **Attorney of Record** | J. Scott McClain |
| **Type of Mark** | SERVICE MARK |
| **Register** | PRINCIPAL |
| **Affidavit Text** | SECT 15. SECT 8 (6-YR). |
| **Live/Dead Indicator** | LIVE |

| TESS HOME | NEW USER | STRUCTURED | FREE FORM | BROWSE DICT | SEARCH OG | TOP | HELP |

# Exhibit 3

http://www.delta.com/



http://www.delta.com/

# NEWS TO YOU



## App Check-in, Expanded

**Mobile check-in goes international.**

The Fly Delta app can now save you your check-in time for international flights. Check-in for the return flight is even easier because your passport information is already on record.

**Download the Fly Delta App**

## Foodie Fare

We've teamed with James Beard award winner Michelle Bernstein to create a delectable five-course menu for international BusinessElite®.

**Discover BusinessElite**



## Fly in Comfort

Enjoy priority boarding, more legroom, and extra recline when you fly internationally and coast to coast in Economy Comfort®.

**Step up to Economy Comfort seating**



## FARE SPECIALS

### Islands Await

Escape the chaos of home and head to the islands. Puerto Rico and the Dominican Republic are more attractive than ever.

PUERTO RICO FROM $125*
EACH WAY

**View Fares  |  View all deals**

| | | |
|---|---|---|
| Dominican Republic | FROM $190* EACH WAY | **Book now** |
| Asia: Energy & Serenity | FROM $409* EACH WAY | **Book now** |
| Great Deals to Europe | FROM $271* EACH WAY | **Book now** |

*Fees/restrictions/baggage fees may apply, round-trip purchase required. Fares available on delta.com.

 

**SIGN UP AND SAVE BIG**
Get on the list for last minute fares.

**JOIN SKYMILES TODAY**
Experience the benefits of membership.



http://www.delta.com/

## What's Happening on Facebook

Want to get the latest announcements, travel tips, and promotions from Delta? Like us on our Facebook page. Share your thoughts, photos, and experiences with Delta and our community, or just plan your next group getaway with Delta's Away We Go app.

f Like us on Facebook

## Now Trending @Delta

@Delta Got on the plane this morning and @Delta boarding music was my friends @thegreencards. Nice.
1 hour ago

► Follow @ Delta | 301K followers

## Smart Phone. Smarter Travel.

Get the Fly Delta app and take off with an easier, more convenient travel experience. Check in, change seats, track your bag, and so much more from your smartphone.

Get the Fly Delta App

**Book Now**

Best Price Guarantee
or your first night is free

INTERCONTINENTAL   CROWNE PLAZA   hotel INDIGO   Holiday Inn

Travel may be on other airlines.
Terms and conditions apply to all offers and SkyMiles benefits. See specific offer for details, and visit SkyMiles Membership Guide & Program Rules.
Subject to government approval.

# Exhibit 4



## PLEASE READ ENTIRE DOCUMENT CAREFULLY--

Dear **GERARD ZAVASKI**

Enclosed is your airline ticket voucher. This voucher is good for a certificate for **2 round trip airline tickets** to anywhere in the continental US from any major international US airport.

**This voucher must be certified to be valid.**

We have been tasked with notifying you of this award. We have attempted contacting you several times. Note that this award must be claimed by no later than 7 days after postmark.

If you do not claim your award, it will be transferred to the alternate. This is a limited time offer and can be withdrawn at any time. Flights fill quickly. Governmental taxes and fees may apply.

**This will be your last chance to respond.**

Please reference your claim number: **4924**


Sincerely.
Awards Department
**1-877-786-0949**

---

CALL US AT **1-877-786-0949** TO CLAIM YOUR
**2 ROUND TRIP AIRLINE TICKETS** WORTH UP TO **$999 TODAY!**

---

# ▲ Delta

**PLEASE READ ENTIRE DOCUMENT CAREFULLY--**

Dear **TRACY CHERRES**

Enclosed is your airline ticket voucher. This voucher is good for a certificate for **2 round trip airline tickets** to anywhere in the continental US from any major international US airport.

**This voucher must be certified to be valid.**

We have been tasked with notifying you of this award. We have attempted contacting you several times. Note that this award must be claimed by no later than 7 days after postmark.

If you do not claim your award, it will be transferred to the alternate. This is a limited time offer and can be withdrawn at any time. Flights fill quickly. Governmental taxes and fees may apply.

**This will be your last chance to respond.**

Please reference your claim number: **3914**

Note: This is not a timeshare or land sales offer.

Sincerely.
Awards Department
**1-877-209-4922**

CALL US AT **1-877-209-4922** TO CLAIM YOUR
**2 ROUND TRIP AIRLINE TICKETS** WORTH UP TO **$999 TODAY!**

↕ TO OPEN: FOLD AND TEAR ALONG DOTTED LINE ↕

↕ TO OPEN: FOLD AND TEAR ALONG DOTTED LINE ...

↕ TO OPEN: FOLD AND TEAR ALONG DOTTED LINE ↕

↕ TO OPEN: FOLD AND TEAR ALONG DOTTED LINE ↕

West Palm Beach, FL 33416
PO Box 20388
QP

**IMPORTANT**
Documents Enclosed



Tracy Cherres

San Diego CA 12127-2872 Lr24

# Exhibit 5

▲**Delta**

URGENT

# AWARD NOTIFICATION

| Form: | | Call Back Number: |
| --- | --- | --- |
| Announcement Type: | FINAL NOTICE | 1-877-786-0949 |
| Claim Number: | 645--HH | |

| Registered Winner Address and Zip Code: | RE: |
| --- | --- |
| GERARD ZAVASKI | Award:<br>2 Round Trip Airline Tickets |

| AWARDS DEPARTMENT DIVISION | Subject: NOTIFICATION | Nº: 0412 |
| --- | --- | --- |
| OFFICIAL DOCUMENTS | Issue: AWARDS DEPARTMENT | ---ISSUED--- |

## ▲Delta

| URGENT | | AWARD NOTIFICATION |
|---|---|---|
| Form: **645--HH** | | |
| Claim Number: **3914** | | Call Back Number: |
| Announcement Type: **FINAL NOTICE** | | **1-877-209-4922** |
| Registered Winner Address and Zip Code: | | RE: |
| **TRACY CHERRES** | | Award:  **2 Round Trip Airline Tickets** |
| AWARDS DEPARTMENT DIVISION  Subject: **NOTIFICATION** | | Nº: **0412** |
| **OFFICIAL DOCUMENTS**  Issue: **AWARDS DEPARTMENT** | | **—ISSUED—** |

# Exhibit 6



 FLY AWAY ESCAPE

# DELTA

```
PRSRT FIRST CLASS
U.S. POSTAGE
PAID
SACRAMENTO, CA
PERMIT NO. 1684
```

**Dear Pauline,**

## Congratulations! You have been selected to receive
## 2 Round Trip Airfares within the continental US.
### CALL WITHIN 48 HOURS AND YOU WILL ALSO RECEIVE A BONUS
### 3 DAY 2 NIGHT HOTEL STAY!

WE HAVE BEEN TRYING TO CONTACT YOU! (THIS IS NOT A TIMESHARE OR LAND SALE OFFER)

*To claim this special offer, simply call* **1-866-870-7605**

*Complimentary for Timeshare Owners*

0 43 1 *******AUTO**5-DIGIT 03801
PAULINE MONAHAN
500 MARKET ST
PORTSMOUTH NH 03801-3458

Participating Airlines include American, Delta, Northwest, United, Continental and US Airways. Certain restrictions apply.  Call for details of participation. This offer is not sponsored by or affiliated with Delta Airlines but they are a major supplier. Taxes and reservation fees are the responsibility of the recipient. Offer void where prohibited by law. Not applicable to Alaska or Hawaii.



 **Delta**          FLY AWAY ESCAPE

# DELTA

P-S I J
FIRST CLASS MAIL
US POSTAGE
P A I D
WEST PALM BEACH
PERMIT 3950

Dear   *Barbara Hubbard*

**Congratulations! You have been selected to receive 2 Round Trip Airfares to anywhere Delta flies in the continental USA.**

**CALL WITHIN 48 HOURS. YOU WILL ALSO RECEIVE AS A BONUS 3 DAY 2 NIGHT HOTEL STAY!**

WE HAVE BEEN TRYING TO CONTACT YOU! (THIS IS NOT A TIMESHARE OR LAND SALE OFFER)

*To claim this special offer, simply call 1-855-447-8403*

**RSVP 4906**

|ᵣ|ᵖ|ᵗ|ᵖᵗᵖᵖ|ᵗᵖ|ᵖ'|ᵗ|ᵖ|ᵖᵗ|ᵖᵖ'|ᵗᵖ'ᵗ|ᵖᵗᵖᵖᵗ|ᵖᵗᵖᵖ'ᵗ|ᵗ|ᵗ|
*******************\*AUTO**3-DIGIT 333*

*Barbara Hubbard*
*1625 SE 10th Ave Apt 504*
*Fort Lauderdale FL 33316-2973*

Certain restrictions apply. Call for
details of participation. This offer is not
sponsored by or affiliated with
Delta Air Lines but is a promo
to get air fares and reservations. Voucher
must be ordered with voucher paid. This
void where prohibited by law. Not

3/21/2012