IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| Delta Air Lines, Inc., | ) | |
| | ) | Case No. 1:12-cv-01758 |
| Plaintiff, | ) | |
| | ) | Honorable Edmond E. Chang |
| v. | ) | |
| | ) | Magistrate Judge Arlander Keys |
| Perfekt Marketing, LLC | ) | |
| | ) | |
| Defendant. | ) | |

## DECLARATION OF CHANTENE S. STEPHENS

I, Chantene Sabrina Stephens, of the City of Chicago, in the State of Illinois, declares as follows:

1. I was formerly employed with the firm of Ladas & Parry LLP, 224 South Michigan Avenue, Suite 1600, Chicago, Illinois 60604. I was employed with Ladas & Parry LLP from April 2009 until December 2011.

2. During my employment, I was asked by Frederick W. Meyers and Chloe A. Hecht, attorneys employed by Ladas & Parry LLP, as part of their representation of Delta Air Lines, Inc. to place a phone call to a phone number which appeared on a fraudulent postcard to determine the source of the post card. A copy of this postcard is attached hereto as Exhibit A.

3. As indicated on the postcard attached as Exhibit A, I called 1-855-447-8403.

4. The individual who answered the phone identified himself as Jeremy, and advised I reached a central call center named Perfekt Marketing and Direct Buy.

5.  Jeremy advised that they scheduled appointments for a ninety (90) minute PowerPoint seminar on behalf of travel promotion companies.

6.  Jeremy asked me several questions pertaining to my marital status, age group, and annual household income to determine whether I qualified for the promotion.

7.  Jeremy then asked for the RSVP number from the postcard.

8.  Jeremy advised that no purchase is required and a special gift is given to anyone who attends the PowerPoint seminar.

9.  Jeremy provided the following offices where I could attend the seminar:

    a. Tinley Park, IL (at Wholesale Resort Services)
    b. Bloomington, IL
    c. California (at World Wide Travel)
    d. Texas
    e. Toledo, OH

10. Jeremy then gave me the following direct number (800) 707-7496 ext. 4640 to reach him after I had an opportunity to speak with my husband about the promotion.

I declare under penalty of perjury that the foregoing is true and correct. Executed on this 29 day of March, 2012, at Chicago, Illinois.

*Chantene S. Stephens* (signature)

Chantene S. Stephens

# EXHIBIT A





3/21/2012