Burton S. Ehrlich (admitted *pro hac vice*)
John P. Luther  (admitted *pro hac vice*)
LADAS & PARRY LLP
224 S. Michigan Ave., Ste. 1600
Chicago, Illinois  60604
Telephone:  (312) 427-1300
Facsimile:  (312) 427-6663
E-mail: burte@ladas.net
E-mail: john.luther@ladas.net

Joseph G. Adams (#018210)
Matthew T. Schoonover (#028003)
SNELL & WILMER L.L.P.
One Arizona Center
400 East Van Buren
Phoenix, Arizona  85004-2202
Telephone:  (602) 382-6000
Facsimile:  (602) 382-6070
E-mail: jgadams@swlaw.com
E-mail: mschoonover@swlaw.com

Attorneys for Plaintiff

# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Delta Air Lines, Inc., a Delaware corporation,<br><br>    Plaintiff,<br><br>    v.<br><br>Perfekt Marketing, LLC, an Arizona limited liability company,<br><br>    Defendant. | Case No. 2:12-CV-01078-PHX-JAT<br><br>**PLAINTIFF DELTA AIR LINES, INC.'S MOTION FOR LEAVE TO FILE A SECOND AMENDED COMPLAINT** |

Plaintiff Delta Air Lines, Inc. (hereinafter "Delta" or "Plaintiff"), pursuant to Federal Rule of Civil Procedure Rule 15 and Local Rule 15.1, respectfully moves this Court for leave to amend its Complaint.[1]  This Motion is timely, as the deadline for moving for leave to file an amended pleading is not until November 16, 2012.  [Doc. #80 at 2.]

---

[1]   As required by Local Rule 15.1, a comparison of Plaintiff's First Amended Complaint to its [proposed] Second Amended Complaint is attached hereto as Exhibit A.

1

1    Under this Motion Plaintiff is seeking leave to amend the First Amended
2 Complaint, originally filed in the United States District Court for the District of Illinois on
3 March 28, 2012.  That Complaint was stylized for that Court and included appropriate
4 claims brought under Illinois State law.
5    On August 31, 2012, Defendant Perfekt Marketing, LLC filed an Answer to the
6 First Amended Complaint and also a Motion to Dismiss All State Law Claims. [Docs.
7 #81-82.]  Prior to this filing, on September 24, 2012, the Defendant served its Initial
8 Disclosure Statement.  And, importantly, under the August 13, 2012 Rule 16 Scheduling
9 Order, this Court set November 16, 2012 as the cutoff date for any motion to amend the
10 complaint, and November 30, 2013 for the close of discovery. [Doc. #80 at 2.]
11    As set forth in Plaintiff's Response to Defendant's Partial Motion to Dismiss
12 Requesting the Dismissal of All State Law Claims (filed concurrently with this Motion),
13 the Illinois state court counts previously pled asserting trademark infringement must be
14 read to be consistent with the Lanham Act, and that no violation of the federal trademark
15 statute would mean no violation of the relating Illinois state statutes.  Furthermore, Illinois
16 Courts look to Federal case law and apply the same analysis to state infringement claims.
17 [*See generally* Plaintiff Delta Air Lines, Inc.'s Response to Defendant's Partial Motion to
18 Dismiss Requesting the Dismissal of All State Law Claims, at 6:8-25.]  Both the
19 Amended Complaint and the proposed Second Amended Complaint assert violations of
20 the Lanham Act as the first three causes of action.  Little if any consequence would occur
21 from replacing the state court counts pled under Illinois Law with the applicable Arizona
22 law counts.  Rather then argue about which State Court Counts should be pled, or whether
23 Illinois or Arizona Law applies, the Plaintiff is instead merely seeking to avoid
24 unnecessary Court time on resolving such issues, by requesting leave to amend the
25 Complaint.  Granting Plaintiff's Motion for Leave to Amend would render moot
26 Defendant's currently-pending Motion to Dismiss All State Law Claims, thus further
27 preserving the Court's and the parties' resources.  The Plaintiff has in the attached
28

Snell & Wilmer
L.L.P.
LAW OFFICES
One Arizona Center, 400 E. Van Buren
Phoenix, Arizona 85004-2202
(602) 382-6000

pleading replaced the Illinois Counts with state court counts based under Arizona law. Moreover, Plaintiff has also used this as an opportunity very early in discovery in this case to further revise the Complaint with further information learned to date or to clarify certain pleadings.

Federal Rules of Civil Procedure 15(a)(2) states that "a party may amend its pleading only with the opposing party's written consent or the court's leave. The court should freely give leave when justice so requires." *United States v. Webb*, 655 F.2d 977, 979 (9th Cir. 1981) ("Rule 15's policy of favoring amendments to pleadings should be applied with extreme liberality.") (citation and quotation omitted)). Good cause exists for allowing the amended pleading. This amended pleading is being submitted shortly after the Defendant filed its answer, coupled with Defendant's related Motion to Dismiss the prior draft of the Complaint, as well as with the Plaintiff having only recently received Defendant's Initial Disclosure Statements in this case on September 24, 2012. Furthermore, the transfer of this case from the United States District Court for the Northern District of Illinois to this District further causes it to be appropriate to amend the Complaint. The amended pleading replaces claims based in Illinois law with claims grounded in Arizona law. The amended pleadings has also clarified or provided some additional information that was learned since the original filing of the proceeding. The amendment comes in the early stages of this litigation, as the Court has allowed the parties until November 16, 2012 to move for leave to amend, and until November 30, 2012 to complete discovery. Therefore, Plaintiff has not unduly delayed its request for leave to amend, and Defendant will not be prejudiced should the Court grant it. Good cause therefore exists to grant Plaintiff leave to file a Second Amended Complaint.

///
///
///
///

3

1  Based upon the foregoing it is respectfully requested that the Court allow leave for Plaintiff to amend the Complaint as shown by the attached pleading.

DATED this 1st day of October, 2012.

SNELL & WILMER L.L.P.


By   s/ Joseph G. Adams
     Joseph G. Adams
     Matthew Schoonover
     One Arizona Center
     400 E. Van Buren
     Phoenix, AZ  85004-2202

     -and-

     Burton S. Ehrlich
     John P. Luther
     LADAS & PARRY LLP
     224 S. Michigan Ave., Ste. 1600
     Chicago, IL 60604

     Attorneys for Plaintiff

15825725

## **CERTIFICATE OF SERVICE**

I hereby certify that on October 1, 2012, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to the CM/ECF registrants on record.

By   s/ Joseph G. Adams

15825725